**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____     Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Chineseinvestors.com, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **ChineseFN** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 35-2089868 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **227 W. Valley Blvd., Suite 208A**<br>**San Gabriel, CA 91776**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.chineseinvestors.com;  www.chinesefn.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Chineseinvestors.com, Inc.**
_____
Name

Case number (*if known*) _____

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5190__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship |
|---|---|---|---|
| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | Chineseinvestors.com, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

| 11. | Why is the case filed in this district? | *Check all that apply:* |
|---|---|---|

■ Debtor has its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. |

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated Assets | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Chineseinvestors.com, Inc.**                                     Case number (if known) _____
         Name

**Request for Relief, Declaration, and Signatures**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06 / 18 / 2020
              MM / DD / YYYY

X _____                      **Wei Warren Wang**
Signature of authorized representative of debtor        Printed name

Title   **CEO**

**18. Signature of attorney**

X _____                      Date  06 / 18 / 2020
Signature of attorney for debtor                             MM / DD / YYYY

~~James Andrew Hinds, Jr. 71222~~  Rachel M. Sposato   306045
Printed name

**THE HINDS LAW GROUP**
Firm name

**21257 Hawthorne Boulevard**
**Second Floor**
**Torrance, CA 90503**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 316-0500**      Email address    jhinds@hindslawgroup.com;
                                                          rsposato@hindslawgroup.com

306045
~~71222~~ CA
Bar number and State

**Official Form 201A (12/15)**
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Central District of California

In re    **Chineseinvestors.com, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **000-54207**   .

2. The following financial data is the latest available information and refers to the debtor's condition on   **2/29/2020**   .

   a. Total assets                                                                                                     $                    **2,655,736.00**

   b. Total debts (including debts listed in 2.c., below)                                     $                  **11,574,081.00**

   c. Debt securities held by more than 500 holders:

| | | | | | | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |

   d. Number of shares of preferred stock                                     **6,216,050**                    **108**

   e. Number of shares common stock                                     **61,372,634**                    **533**

      Comments, if any:

3. Brief description of Debtor's business:
   **Chineseinvestors.com, Inc. was established as an 'in language' (Chinese) financial information web portal that provides information about US Equity and Financial Markets, as well as other financial markets.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Warren Wang = 7%**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Chineseinvestors.com, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/18/2020    X _____

Signature of individual signing on behalf of debtor

**Wei Warren Wang**
Printed name

**CEO**
Position or relationship to debtor

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | Chineseinvestors.com, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BlueVine 401 Warren St., #300 Redwood City, CA 94063 | | PPP | | | | $375,000.00 |
| Bo Guan 37053 Cherry Street, Suite 102 Newark, CA 94560 | | Unsecured promissory note | | | | $111,786.79 |
| Changchuan Zhu 2-803 Greencity Gordon, Piaoyi Road Suzhou City, Jiangsu Provice China, MD 21500 | | Unsecured promissory note | | | | $220,508.78 |
| Ching Wen Cheng 8F, No.8, Lane37, Boachan Rod Yonghe District, New Taipei City 23 Taiwan ROC | | Unsecured promissory note | | | | $215,506.85 |
| Hui Zhang 2-901 Greencity Gardon, Piaoyi Road Suzhou, Jiangsu Province, China MD 21500 | | Unsecured promissory note | | | | $220,508.78 |
| Hui Zhang 2-901 Greencity Gardon, Piaoyi Rd, Suzhou City, Jiangsu Provice China 215000 | | Unsecured promissory note | | | | $319,972.60 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor __Chineseinvestors.com, Inc._____    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim amount. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jiaying Zhang RM 211 Haitian Gordon, No 1481 Huqingping Highway, Shenghai China 2015000 | | Unsecured promissory note | | | | $158,136.99 |
| Jingyun Gu 2750 Holly Hall Street #1109 Houston, TX 77054 | | Unsecured promissory note | | | | $111,786.79 |
| Lanquian Ju 5657 Lysander Way San Ramon, CA 94582 | | Unsecured promissory note | | | | $225,103.34 |
| Mary Man Ruo Shen 5670 Geranium Ct. Newark, CA 94560 | | Unsecured promissory note | | | | $164,958.90 |
| Mary Y . Louie 5306 Muzzay Ct Livingston, NJ 07039 | | Unsecured promissory note | | | | $219,835.62 |
| Power Up Lending 111 Great Neck Road, Suite 214 Great Neck, NY 11021 | | Convertible Note | | | | $195,333.58 |
| Qi Zhang c/o Akerman LLP 601 West 5th Street, Suite 300 Los Angeles, CA 90071 | | Pending litigation before U.S. District Court for Central District of California, Case No. 2:20-cv-02356 | Contingent Unliquidated Disputed | | | $340,205.65 |
| Siwei Yang 37796 Hayacinth Street Newark, CA 94560 | | Unsecured promissory note | | | | $111,786.79 |
| Siwei Yang 37796 Hyacinh Street Newark, CA 94560 | | Unsecured promissory note | | | | $111,786.79 |
| Weizhi Ding 14867 Granite Way Saratoga, CA 95070 | | Unsecured promissory note | | | | $112,546.44 |
| Yan Fang AN c/o Akerman LLP 601 West 5th Street, Suite 300 Los Angeles, CA 90071 | | Pending litigation before U.S. District Court for Central District of California, Case No. 2:20-cv-02356 | Contingent Unliquidated Disputed | | | $226,801.24 |
| Ye Wang 44248 Ibero Way Fremont, CA 94539 | | Unsecured promissory note | | | | $228,021.49 |

Debtor  __**Chineseinvestors.com, Inc.**_____          Case number *(if known)*  _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ying Ping Lin 38 HONG IN NONG CHANGT TIE TOU, GIA SHAN ZHENG, CANG SHAN QU FU ZHOU CITY, FU JIAN, CHINA** | | **Unsecured promissory note** | | | | $136,319.78 |
| **Yuh Shiang LLC 5306 Murray Ct. Livingston, NJ 07039** | | **Unsecured promissory note** | | | | $387,813.70 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re  **Chineseinvestors.com, Inc.**                                    Case No.

                              Debtor(s)                Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**See attached list**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date        06/18/2020            Signature _____

                                  **Wei Warren Wang**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**CHINESEINVESTORS.COM, INC.**

**Globex Transfer, LLC**

780 Deltona Blvd., Suite 202
Deltona, FL  32725
(813) 344-4490  Fax: (386) 267-3124

CUSIP:  16947Q203
Ticker:   CIIX

# Shareholders With Certificate Detail

| Registration | Certificate Number | Stop Type | Issue Date | Shares | % |
|---|---|---|---|---|---|
| ABRANHAM GIRAUD L<br>AVENIDA SUR 17 QTA SANTA EDUVIGIS, #41 EL CONDE ,<br>EL CENTRO, CARACAS , 10058, VE | | | | | |
| | 93 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |
| AGNES E. DEGEN<br>3841 LIRIO LANE, GLENDALE, CA, 91214, US | | | | | |
| | 1549 | 144 | 10/6/2017 | 375 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 375 | 0.00 % |
| ALBERT BERTALMIO TRUST U/A DTD 04/18/1985<br>110 W BUTTERFIELD RD APT 414S, ELMHURST, IL, 60126,<br>US | | | | | |
| | 232 | 144 | 9/13/2002 | 8,250 | 0.01 % |
| Total Certs: | 1 | | Total Shares: | 8,250 | 0.01 % |
| ALEXANDER LUIS BARRETTO<br>AVE INTER COMUNAL, RS EL POLIEDRO PISO 2 APTO 205,<br>CARACAS,  10091, VE | | | | | |
| | 13 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |
| ALEXANDER NILOLAEVICH DOBRYNIN<br>ZAPARINA ST 32-164, KHABAROVSK, 680026, RS | | | | | |
| | 55 | 144 | 2/13/2001 | 32 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |
| ALEXEI DMITRIEVICH BASUK<br>ZAPARINA ST 38-1002,  , KHABAROVSK,   680000, RS | | | | | |
| | 192 | 144 | 2/13/2001 | 32 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |
| ALICE YEH<br>50 HARTZ WAY, SECACUS, NJ, 07094, US | | | | | |
| | 1910 | | 11/14/2019 | 100,000 | 0.16 % |
| | 1933 | 144 | 3/13/2020 | 38,133 | 0.06 % |
| Total Certs: | 2 | | Total Shares: | 138,133 | 0.23 % |
| AMADEO LEYBA<br>EDF BANVENDEZ MEZZANINA DE REDUCTO A GLORIETA,<br>AV LECUNA, LECUNA, CARACAS , 10058, VE | | | | | |
| | 100 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**AMANDA KIM**
576 ARMITOS PL, DIAMOND BAR, CA, 91765, US

|  | 181 | 144 | 2/13/2001 | 625 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 625 | 0.00 % |

**AMY YUN YUN ZHAN**
88-03 70 DR. 1ST FL, FOREST HILLS, NY, 11375, US

|  | 1912 | 144 | 11/11/2019 | 534,000 | 0.87 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 534,000 | 0.87 % |

**ANAMIKA CUBA CHOWDHURY**
260 W ELMWOOD AVE., APT#Q          , BURBANK,
CA, 91502, US

|  | 1893 |  | 6/4/2019 | 8,000 | 0.01 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 8,000 | 0.01 % |

**ANDERSON DENG**
61 EAST BROADWAY, #4, NEW YORK, NY, 10002, US

|  | 1934 | 144 | 3/13/2020 | 26,333 | 0.04 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 26,333 | 0.04 % |

**ANDRES H ALEJANDRO**
RS VENEZUELA EDF, CARABOBO APT 100-4 PISO 100
COCHE, CARACAS, '10091, VE

|  | 4 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**ANGEL JOSE ONECA**
EDF QUESERA UD-4, CARICUAO PISO 11 APT 11002, ,
CARACAS, 10041, VE

|  | 129 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**ANTHONY LIM**
2986 E. SANTA FE RD., BREA, CA, 92821, US

|  | 1726 |  | 11/13/2018 | 12,500 | 0.02 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 12,500 | 0.02 % |

**AOKI TOKIKO**
706 EXCELLENT EIGHT 3-6-30, TUTUJIQAOKA
MIYAGINOKU, MIYAGI PREFECTURE, JA

|  | 1012 | 144 | 9/28/2011 | 52,084 | 0.08 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 52,084 | 0.08 % |

**APRIL K CARLISLE**
327 WEST 1ST ST APT NO 19, BLOOMINGTON, IN, 47403,
US

|  | 30 | 144 | 2/13/2001 | 75 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 75 | 0.00 % |

**ARON LEE**
37 ALICE ST #B, ARCADIA, CA, 91006, US

|  | 1890 |  | 6/4/2019 | 10,000 | 0.02 % |
|---|---|---|---|---|---|
|  | Total Certs: | 1 | Total Shares: | 10,000 | 0.02 % |

**AXIS PARTNERS, INC**
318 N. CARSON ST, STE 208, CARSON CITY, NV, 89701, US

|  | 1681 | 144 | 9/11/2018 | 150,000 | 0.24 % |
|---|---|---|---|---|---|
|  | Total Certs: | 1 | Total Shares: | 150,000 | 0.24 % |

**AZIM JAHANGARD MAHBOOB**
17650 STAGG STREET, NORTHRIDGE, CA, 91325, US

|  | 361 | 144 | 7/1/2009 | 15,000 | 0.02 % |
|---|---|---|---|---|---|
|  | Total Certs: | 1 | Total Shares: | 15,000 | 0.02 % |

**BARBARA JEAN ELLSON**
68 FERNHILL RD, OLTON, SOLIHULL B92 7RU, ENGLAND, UK

|  | 59 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: | 1 | Total Shares: | 13 | 0.00 % |

**BARRY CHUNG**
1739 W MONGOMERY AVE APT 1, PHILADELPHIA, PA, 19121, US

|  | 1015 | 144 | 10/21/2011 | 10,000 | 0.02 % |
|---|---|---|---|---|---|
|  | Total Certs: | 1 | Total Shares: | 10,000 | 0.02 % |

**BASAL K LAU**
3217 ISABEL AVE., ROSEMEAD, CA, 91770, US

|  | 1935 | 144 | 3/13/2020 | 17,000 | 0.03 % |
|---|---|---|---|---|---|
|  | Total Certs: | 1 | Total Shares: | 17,000 | 0.03 % |

**BASAL LAU & AIMIN LAU JTWROS**
3217 ISABEL AVE, ROSEMEAD, CA, 91770, US

|  | 1813 |  | 6/13/2019 | 80,000 | 0.13 % |
|---|---|---|---|---|---|
|  | Total Certs: | 1 | Total Shares: | 80,000 | 0.13 % |

**BEVERLY WNUK**
6275 LEROY LANE, STEVENS POINT, WI, 54481, US

|  | 299 | 144 | 10/12/2004 | 94 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: | 1 | Total Shares: | 94 | 0.00 % |

**BILL F COUNTER & KATHLEEN M COUNTER JT TEN**
ROUTE 1 BOX 5, NIAGARA, WI, 54151, US

|  | 235 | 144 | 9/13/2002 | 563 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: | 1 | Total Shares: | 563 | 0.00 % |

**BILL T DENG**
*PO BOX 362128, SEE NOTES FIRST, MILPITAS, CA, 95036, US

|  | 428 | 144 | 5/14/2010 | 1,563 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: | 1 | Total Shares: | 1,563 | 0.00 % |

**BO LIANG**
163 BAY 34 ST #1F, BROOKLYN, NY, 11214, US

| | 1936 | 144 | 3/13/2020 | 39,893 | 0.07 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 39,893 | 0.07 % |

**BOCHAO ZHANG**
3481 BISHOP PLACE, COQUTLIAM, BC, V3E 0K2, CH

| | 1937 | 144 | 3/13/2020 | 23,934 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 23,934 | 0.04 % |

**BOHONG ZHANG**
14609 BAYLOR AVE, CHINO, CA, 91710, US

| | 1938 | 144 | 3/13/2020 | 50,760 | 0.08 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 50,760 | 0.08 % |

**BRIAN M KLESMITH**
4104 BENTLY ROAD, ROSHOLT, WI, 54473, US

| | 275 | 144 | 9/8/2004 | 469 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 469 | 0.00 % |

**BRIEDA AULAR PEREZ**
CALLE BERMUDEZ COUSSIN NO 1009-92, BRIEDA AULAR
PEREZ, ENTRE AVE PADRE ALFONZO YAMANZUN,
VALENCIA, VE

| | 135 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**CAPITAL ACCESS BUREAU**
455 DOUGLAS AVE SUITE 2255-K, ALTAMONTE SPRINGS,
FL, 32714, US

| | 29 | 144 | 2/13/2001 | 5,000 | 0.01 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 5,000 | 0.01 % |

**CARLO ALFREDO FERREIRA MORON**
URBANISACION LOS CHAGUARAMOS, QTA FULER NO 40,
CARACAS , 100100, VE

| | 117 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**CARLOS ALBERTO ARMAS**
URB CARABALLEDA QTA, LOS CORALES AV PRINCIPAL, LA
GUAIRA , 10018, VE

| | 5 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**CARLOS JESUS GUEVARA DIAZ**
1-RA AVE SUR ALTAMIRA EDIFICIO, SAN ANTONIO PISO 5
APTO 1-E ALTAMIRA, CARACAS , 10060, VE

| | 49 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**CECILIA YUELING SU**
4961 NARVAEZ AVE, SAN JOSE, CA, 95136, US

|  | 1752 | 144 | 1/28/2019 | 182,000 | 0.30 % |
|---|---|---|---|---|---|
|  | Total Certs: | 1 |  | Total Shares: 182,000 | 0.30 % |

CEDE & CO
PO BOX 222 BOWLING GREEN STAT, NEW YORK, NY , 10274, US

|  |  |  |  |  |
|---|---|---|---|---|
| FASBAL | | 11/13/2017 | 300,000 | 0.49 % |
| FASBAL | | 11/14/2017 | 250,000 | 0.41 % |
| FASBAL | | 11/16/2017 | 150,000 | 0.24 % |
| FASBAL | | 12/6/2017 | 150,000 | 0.24 % |
| FASBAL | | 12/8/2017 | 120,000 | 0.20 % |
| FASBAL | | 12/27/2017 | 66,000 | 0.11 % |
| FASBAL | | 12/27/2017 | 50,000 | 0.08 % |
| FASBAL | | 12/27/2017 | 360,255 | 0.59 % |
| FASBAL | | 12/28/2017 | 360,000 | 0.59 % |
| FASBAL | | 1/2/2018 | 105,000 | 0.17 % |
| FASBAL | | 1/2/2018 | 90,000 | 0.15 % |
| FASBAL | | 2/9/2018 | 90,000 | 0.15 % |
| FASBAL | | 2/12/2018 | 90,000 | 0.15 % |
| FASBAL | | 2/16/2018 | 90,000 | 0.15 % |
| FASBAL | | 2/28/2018 | 100,000 | 0.16 % |
| FASBAL | | 3/5/2018 | 150,000 | 0.24 % |
| FASBAL | | 3/27/2018 | 180,000 | 0.29 % |
| FASBAL | | 3/28/2018 | 300,000 | 0.49 % |
| FASBAL | | 4/6/2018 | 100,000 | 0.16 % |
| FASBAL | | 4/11/2018 | 150,000 | 0.24 % |
| FASBAL | | 4/12/2018 | 150,000 | 0.24 % |
| FASBAL | | 4/23/2018 | 300,000 | 0.49 % |
| FASBAL | | 5/2/2018 | 120,000 | 0.20 % |
| FASBAL | | 5/3/2018 | 405,000 | 0.66 % |
| FASBAL | | 5/9/2018 | 255,000 | 0.42 % |
| FASBAL | | 5/23/2018 | 150,000 | 0.24 % |
| FASBAL | | 6/7/2018 | 235,000 | 0.38 % |
| FASBAL | | 6/11/2018 | 277,000 | 0.45 % |
| FASBAL | | 6/28/2018 | 20,000 | 0.03 % |
| FASBAL | | 7/5/2018 | 540,000 | 0.88 % |

| | | | |
|---|---|---|---|
| FASBAL | 7/17/2018 | 71,563 | 0.12 % |
| FASBAL | 8/27/2018 | 10,000 | 0.02 % |
| FASBAL | 8/29/2018 | 125,000 | 0.20 % |
| FASBAL | 9/4/2018 | 235,000 | 0.38 % |
| FASBAL | 9/6/2018 | 300,000 | 0.49 % |
| FASBAL | 9/6/2018 | 104,000 | 0.17 % |
| FASBAL | 9/12/2018 | 210,000 | 0.34 % |
| FASBAL | 9/18/2018 | 390,000 | 0.64 % |
| FASBAL | 9/24/2018 | 150,000 | 0.24 % |
| FASBAL | 10/1/2018 | 102,000 | 0.17 % |
| FASBAL | 10/8/2018 | 300,000 | 0.49 % |
| FASBAL | 10/10/2018 | 260,000 | 0.42 % |
| FASBAL | 10/12/2018 | 157,000 | 0.26 % |
| FASBAL | 10/17/2018 | 260,000 | 0.42 % |
| FASBAL | 10/18/2018 | 950,000 | 1.55 % |
| FASBAL | 10/19/2018 | 325,000 | 0.53 % |
| FASBAL | 10/22/2018 | 376,000 | 0.61 % |
| FASBAL | 10/24/2018 | 270,000 | 0.44 % |
| FASBAL | 10/25/2018 | 400,000 | 0.65 % |
| FASBAL | 10/26/2018 | 635,000 | 1.03 % |
| FASBAL | 10/26/2018 | 90,000 | 0.15 % |
| FASBAL | 10/29/2018 | 60,000 | 0.10 % |
| FASBAL | 10/29/2018 | 60,000 | 0.10 % |
| FASBAL | 10/31/2018 | 90,000 | 0.15 % |
| FASBAL | 11/9/2018 | 100,000 | 0.16 % |
| FASBAL | 11/9/2018 | 135,000 | 0.22 % |
| FASBAL | 11/12/2018 | 225,000 | 0.37 % |
| FASBAL | 11/16/2018 | 200,000 | 0.33 % |
| FASBAL | 11/19/2018 | 130,000 | 0.21 % |
| FASBAL | 11/26/2018 | 120,000 | 0.20 % |
| FASBAL | 12/3/2018 | 120,000 | 0.20 % |
| FASBAL | 12/5/2018 | 75,000 | 0.12 % |
| FASBAL | 12/6/2018 | 50,000 | 0.08 % |
| FASBAL | 12/13/2018 | 200,000 | 0.33 % |

| FASBAL | 12/20/2018 | 300,000 | 0.49 % |
| FASBAL | 1/3/2019 | 12,500 | 0.02 % |
| FASBAL | 1/10/2019 | 300,000 | 0.49 % |
| FASBAL | 1/31/2019 | 120,000 | 0.20 % |
| FASBAL | 2/1/2019 | 280,000 | 0.46 % |
| FASBAL | 2/4/2019 | 50,000 | 0.08 % |
| FASBAL | 2/4/2019 | 240,000 | 0.39 % |
| FASBAL | 2/6/2019 | 360,000 | 0.59 % |
| FASBAL | 2/7/2019 | 100,000 | 0.16 % |
| FASBAL | 2/11/2019 | 340,000 | 0.55 % |
| FASBAL | 2/18/2019 | 160,000 | 0.26 % |
| FASBAL | 2/22/2019 | 240,000 | 0.39 % |
| FASBAL | 2/25/2019 | 200,000 | 0.33 % |
| FASBAL | 3/4/2019 | 365,000 | 0.59 % |
| FASBAL | 3/4/2019 | 60,000 | 0.10 % |
| FASBAL | 3/8/2019 | 12,167,349 | 19.83 % |
| FASBAL | 3/11/2019 | 59,874 | 0.10 % |
| FASBAL | 3/18/2019 | 138,474 | 0.23 % |
| FASBAL | 3/18/2019 | 40,000 | 0.07 % |
| FASBAL | 3/20/2019 | 100,000 | 0.16 % |
| FASBAL | 4/9/2019 | 10,000 | 0.02 % |
| FASBAL | 4/9/2019 | 300,000 | 0.49 % |
| FASBAL | 4/18/2019 | 510,000 | 0.83 % |
| FASBAL | 4/24/2019 | 141,000 | 0.23 % |
| FASBAL | 5/2/2019 | 61,526 | 0.10 % |
| FASBAL | 5/2/2019 | 80,000 | 0.13 % |
| FASBAL | 5/15/2019 | 100,000 | 0.16 % |
| FASBAL | 5/28/2019 | 40,000 | 0.07 % |
| FASBAL | 6/12/2019 | 100,000 | 0.16 % |
| FASBAL | 6/24/2019 | 200,000 | 0.33 % |
| FASBAL | 6/27/2019 | 200,000 | 0.33 % |
| FASBAL | 6/27/2019 | 60,000 | 0.10 % |
| FASBAL | 8/6/2019 | 100,000 | 0.16 % |
| FASBAL | 8/27/2019 | 226,245 | 0.37 % |

| | | | | | |
|---|---|---|---|---|---|
| | FASBAL | | 9/11/2019 | 62,000 | 0.10 % |
| | FASBAL | | 9/24/2019 | 60,000 | 0.10 % |
| | FASBAL | | 10/7/2019 | 182,000 | 0.30 % |
| | FASBAL | | 10/14/2019 | 182,000 | 0.30 % |
| | FASBAL | | 11/19/2019 | 100,000 | 0.16 % |
| | FASBAL | | 11/19/2019 | 100,000 | 0.16 % |
| | FASBAL | | 11/25/2019 | 135,000 | 0.22 % |
| | FASBAL | | 12/9/2019 | 50,000 | 0.08 % |
| | FASBAL | | 1/3/2020 | 230,000 | 0.37 % |
| | FASBAL | | 1/6/2020 | 175,000 | 0.29 % |
| | FASBAL | | 1/8/2020 | 260,000 | 0.42 % |
| | FASBAL | | 2/6/2020 | 240,000 | 0.39 % |
| | FASBAL | | 3/30/2020 | 63,000 | 0.10 % |
| | FASBAL | | 4/9/2020 | 60,000 | 0.10 % |

Total Certs:  112          Total Shares:  32,649,786          53.20 %

**CEN SHI**
#306 NO 8 180 LANE TIANYAOQIAO ROAD, XUHUI
DISTRICT, SHANGHAI, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1280 | 144 | 3/26/2014 | 2,000 | 0.00 % |

Total Certs:  1          Total Shares:  2,000          0.00 %

**CEN SHI**
ROOM 306, NO. 8, LANE 180 TIANYAOQIAO RD, XUHUI
DISTRICT, SHANGHAI, 200030, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1367 | 144 | 2/28/2017 | 10,000 | 0.02 % |
| | 1771 | 144 | 12/19/2018 | 20,000 | 0.03 % |
| | 1876 | | 6/4/2019 | 40,000 | 0.07 % |

Total Certs:  3          Total Shares:  70,000          0.11 %

**CHANGQI LIU**
140-24 NEGUNDO AVE, 2 FL, FLUSHING, NY, 11355, US

| | | | | | |
|---|---|---|---|---|---|
| | 1939 | 144 | 3/13/2020 | 23,934 | 0.04 % |

Total Certs:  1          Total Shares:  23,934          0.04 %

**CHAO JUNG CHEN**
1108 S CALIFORNIA AVE, WEST COVINA, CA, 91790, US

| | | | | | |
|---|---|---|---|---|---|
| | 1940 | 144 | 3/13/2020 | 63,800 | 0.10 % |

Total Certs:  1          Total Shares:  63,800          0.10 %

**CHAO WEI TAN**
1622 WEST 10TH STREET, BROOKLYN, NY, 11223, US

| | | | | | |
|---|---|---|---|---|---|
| | 1918 | 144 | 11/11/2019 | 400,000 | 0.65 % |

| | | | | Total Shares: | 400,000 | 0.65 % |
|---|---|---|---|---|---|---|

**CHARLES R S SHEPARD TRUST**
*80 CAMINO BARRANCA, PLACITAS, NM, 87043, US

| 247 | 144 | 9/13/2002 | 938 | 0.00 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: | 938 | 0.00 % |

**CHARLES S ROBERSON**
3643 EBBETS DR, EVANSVILLE, IN, 47725, US

| 141 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: | 13 | 0.00 % |

**CHARLIE CHENGCHANG CHAO**
3745 GIBSON RD APT E, EL MONTE, CA, 91731, US

| 1941 | 144 | 3/13/2020 | 27,400 | 0.04 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: | 27,400 | 0.04 % |

**CHENGUANG LI**
103 KIRK AVE., MONTAUK, NY, 11954, US

| 1450 | | 5/30/2017 | 31,250 | 0.05 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: | 31,250 | 0.05 % |

**CHENYAN LIU**
75-20 BELL BLVD #4F, OAKLAND GARDENS , NY, 11364, US

| 1942 | 144 | 3/13/2020 | 39,894 | 0.07 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: | 39,894 | 0.07 % |

**CHI HANG LI**
905 CENTRAL TERR, SAL WAN ESTATE, HONG KONG, HK

| 432 | 144 | 5/14/2010 | 1,563 | 0.00 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: | 1,563 | 0.00 % |

**CHI KEUNG NG**
5443 N. CHARLOTTE AVE, SAN GABRIEL, CA, 91776, US

| 1943 | 144 | 3/13/2020 | 11,894 | 0.02 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: | 11,894 | 0.02 % |

**CHIA FANG CHENG**
16322 21 RD , WHITESTONE, NY, 11357, US

| 1817 | | 7/2/2019 | 60,000 | 0.10 % |
|---|---|---|---|---|
| 1944 | 144 | 3/13/2020 | 14,000 | 0.02 % |
| Total Certs: 2 | | Total Shares: | 74,000 | 0.12 % |

**CHINFANG CHEN**
12617 RICHMOND RUN DR, RALEIGH, NC, 27614, US

| 1749 | | 2/1/2019 | 3,125 | 0.01 % |
|---|---|---|---|---|
| 1750 | | 2/1/2019 | 150,000 | 0.24 % |
| 1945 | 144 | 3/13/2020 | 39,893 | 0.07 % |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Total Certs: | 3 |  | Total Shares: | 193,018 | 0.31 % |

**CHIR-HSIN TIEN**
16 LONGMEADOW CRESCENT, MARKHAM, ON, L3R 3J5, CA

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 1946 | 144 | 3/13/2020 | 23,933 | 0.04 % |
| Total Certs: | 1 |  | Total Shares: | 23,933 | 0.04 % |

**CHRIS FRIEDL**
5901 WARNER AVENUE # 307, HUNTINGTON BEACH, CA, 92649, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 360 | 144 | 7/1/2009 | 75,000 | 0.12 % |
| Total Certs: | 1 |  | Total Shares: | 75,000 | 0.12 % |

**CHRISTENE M WIERSBA**
409 W MCDONALD DR, STEVENS POINT, WI, 54481, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 287 | 144 | 9/8/2004 | 263 | 0.00 % |
| Total Certs: | 1 |  | Total Shares: | 263 | 0.00 % |

**CHRISTINA ZHENG**
12617 RICHMOND RUN DR, RALEIGH, NC, 27614, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 1751 |  | 2/1/2019 | 120,000 | 0.20 % |
| 1947 | 144 | 3/13/2020 | 31,920 | 0.05 % |
| Total Certs: | 2 |  | Total Shares: | 151,920 | 0.25 % |

**CHUCK CHEN**
17036 WEDGE WORTH DR, HACIENDA HEIGHTS, CA, 91745, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 1930 |  | 2/18/2020 | 184,116 | 0.30 % |
| Total Certs: | 1 |  | Total Shares: | 184,116 | 0.30 % |

**CHUCK CHEN**
17036 WEDGEWORTH DRIVE, HACIENDA HTS, CA, 91745, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 1948 | 144 | 3/13/2020 | 119,667 | 0.19 % |
| Total Certs: | 1 |  | Total Shares: | 119,667 | 0.19 % |

**CHUCK KUEN LEE**
2145-84 STREET, BROOKLYN, NY, 11214, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 1949 | 144 | 3/13/2020 | 20,160 | 0.03 % |
| Total Certs: | 1 |  | Total Shares: | 20,160 | 0.03 % |

**CHUN GU**
*#25 358 LANE WEI NIN RD, SUITE 101, CHANGNING DISTRICT, SHANGHAI,

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 1393 | 144 | 12/15/2016 | 10,000 | 0.02 % |
| Total Certs: | 1 |  | Total Shares: | 10,000 | 0.02 % |

**CHUN ZHENG**
2613 E OGAI DR, BREA, CA, 92821, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 1708 |  | 10/15/2018 | 80,000 | 0.13 % |

| | | | | | |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 80,000 | 0.13 % |

**CHUNFANG TANG**
ROOM 1306, NO.16, LANE 1366, JIANGYANG WEST RD,
JING'AN DISTRICT, SHANGHAI, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1744 | 144 | 11/9/2018 | 40,000 | 0.07 % |
| Total Certs: | 1 | | Total Shares: | 40,000 | 0.07 % |

**CHUNPING LI**
516 W. FERN DR, FULLERTON, CA, 90833, US

| | | | | | |
|---|---|---|---|---|---|
| | 1972 | 144 | 3/13/2020 | 23,973 | 0.04 % |
| Total Certs: | 1 | | Total Shares: | 23,973 | 0.04 % |

**CLARENCE A KLASINSKI**
217 PRENTICE ST, STEVENS POINT, WI, 54481, US

| | | | | | |
|---|---|---|---|---|---|
| | 284 | 144 | 9/8/2004 | 657 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 657 | 0.00 % |

**CLARENCE E BACHMAN & THE BACHMAN TRUST U/A DTD**
JULY 29 1971
19759 KARA CIRCLE, NORTH FORT MYERS, FL, 33917, US

| | | | | | |
|---|---|---|---|---|---|
| | 234 | 144 | 9/13/2002 | 469 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 469 | 0.00 % |

**CLIFFORD HUNT**
5415 BATES ST., SEMINOLE, FL, 33772, US

| | | | | | |
|---|---|---|---|---|---|
| | 85 | 144 | 2/13/2001 | 1,875 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 1,875 | 0.00 % |

**DAISY OVIEDO DE LARA**
EDF BANVENDEZ REDUCTO, A GLORIETA AV LECUNA,
CARACAS , 10058, VE

| | | | | | |
|---|---|---|---|---|---|
| | 42 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**DAN LING TSENG**
1366 80TH STREET, BROOKLYN, NY, 11228, US

| | | | | | |
|---|---|---|---|---|---|
| | 1164 | | 6/8/2012 | 3,125 | 0.01 % |
| Total Certs: | 1 | | Total Shares: | 3,125 | 0.01 % |

**DANIEL KERN**
1027 GOLDENROD, CORONA DEL MAR, CA, 92625, US

| | | | | | |
|---|---|---|---|---|---|
| | 1599 | 144 | 3/27/2018 | 40,000 | 0.07 % |
| Total Certs: | 1 | | Total Shares: | 40,000 | 0.07 % |

**DANIEL TSENG**
109-8751 CITATION DR, RICHMON, BC, V6Y 2Y5, CA

| | | | | | |
|---|---|---|---|---|---|
| | 1441 | | 5/16/2017 | 112,500 | 0.18 % |
| Total Certs: | 1 | | Total Shares: | 112,500 | 0.18 % |

DANIELA SCHADENDORF DE ESPARIS
EDF BANVENDEZ MEZZANINA, DE REDUCTO A GLORIETA
AV LECUNA, CARACAS , 10058, VE

| | 43 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

DANNY YANG LIU
16989 VIANA DR., CHINO HILLS, CA, 91709, US

| | 1950 | 144 | 3/13/2020 | 39,893 | 0.07 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 39,893 | 0.07 % |

DANPING WANG
24560 AVENIDA DA MARCIA, YORBA LINDA, CA, 92887, US

| | 1803 | | 5/2/2019 | 200,000 | 0.33 % |
|---|---|---|---|---|---|
| | 1908 | | 11/5/2019 | 160,000 | 0.26 % |
| | 1951 | 144 | 3/13/2020 | 92,973 | 0.15 % |
| Total Certs: | 3 | | Total Shares: | 452,973 | 0.74 % |

DAVID CURBENOS GARCIA
RES LA FLORESTA, AVE INTER COMUNAL LOS CEDROS APT
3-2, CARACAS , 10091, VE

| | 65 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

DAVID E CARRA
1319 S ELLIOTT ST, EVANSVILLE, IN, 47713, US

| | 31 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

DAVID GUEVARA DIAZ
1-RA AV SUR ALTAMIRA, ALTAMIRA , CARACAS , 10060, VE

| | 50 | 144 | 2/13/2001 | 75 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 75 | 0.00 % |

DAVID INGLES
2701 CHAMBER ST, STEVENS POINT, WI, 54481, US

| | 273 | 144 | 9/8/2004 | 469 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 469 | 0.00 % |

DAVID K PENG & LINDA M PENG JT TEN
10620 TUGGLE PL, CUPERTINO, CA, 95014, US

| | 470 | 144 | 5/14/2010 | 1,563 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,563 | 0.00 % |

DAVID LO
112 A PALMETTO DR, ALHAMBRA, CA, 91801, US

| | 438 | 144 | 5/14/2010 | 1,563 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,563 | 0.00 % |

DAVY YUSHI MAO
82 ISLAND CORAL, IRVINE, CA, 92620,

|  | 1789 | 144 | 12/19/2018 | 10,000 | 0.02 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 10,000 | 0.02 % |

**DENIS MICHAELOVICH NEVZOROV**
ZAPARINA ST 123-55, KHABAROVSK, 680028, RS

|  | 123 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 32 | 0.00 % |

**DEYING WANG**
ROOM 603, 222 YAOHUA ROAD, PUDONG NEW DISTRICT,
SHANGHAI, 200126, CH

|  | 1629 | 144 | 6/27/2018 | 20,000 | 0.03 % |
|---|---|---|---|---|---|
|  | 1761 | 144 | 12/19/2018 | 35,000 | 0.06 % |
|  | 1866 |  | 6/4/2019 | 70,000 | 0.11 % |
|  | Total Certs: 3 |  | Total Shares: | 125,000 | 0.20 % |

**DEYING WANG**
361 ZHIWENJIAO , HUANGGOU TOWN, WOYANG, ANHUI,
233600, CH

|  | 1637 | 144 | 6/27/2018 | 5,000 | 0.01 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 5,000 | 0.01 % |

**DIANA PENG**
49 WILLOW TREE LANE, IRVINE, CA, 92612, US

|  | 1054 |  | 2/8/2012 | 1,563 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 1,563 | 0.00 % |

**DIANYING JING**
37 BROOKVILLE RD., GLEN HEAD, NY, 11545, US

|  | 1952 | 144 | 3/13/2020 | 79,786 | 0.13 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 79,786 | 0.13 % |

**DONALD CISEWSKI**
1754 COUNTY HIGHWAY C, STEVENS POINT, WI, 54481,
US

|  | 291 | 144 | 9/8/2004 | 469 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 469 | 0.00 % |

**DONALD R MEYERS**
15 SUTHERLAND DR.              , HIGHLAND
MILLS, NY, 10930, US

|  | 1891 |  | 6/4/2019 | 10,000 | 0.02 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 10,000 | 0.02 % |

**DULCE DELGADO**
EDF BANVENDEZ, DE REDUCTO A GLORIETA AV LECUNA,
CARACAS , 10058, VE

|  | 48 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**DUMAS ROBERTO GOMEZ GONZALEZ**
AV PRINCIPAL COS CORTISOS, DE LOUDES LOS RUICES
OFIL PISO 1, CARACAS , 10021, VE

| | 72 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**EDGAR JOSE MALDONADO GARCIA**
AV VICTORIA EDF LA VICTORIA, PISO 3 APT 3-2,
CARACAS , 10032, VE

| | 75 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**EDUARDO JOSE BANCO**
AVE INTER COMUNAL, RS ACUARIUS PISO 3 APTO 303,
CARACAS , 10091, VE

| | 12 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**EDUARDO JOSE CRESPO**
AV BARALT B UCARE ACARMEN, EDF BUCARE PISO 2 APT 2
-3, CARACAS,  10058, VE

| | 39 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**EDUARDO PALOMAR LOPEZ**
RS ARAGUANEY PISO 12 APT 1205, CARRETERA PETARE,
GUARENAS , 100100, VE

| | 101 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**EDWARD YU MAO**
2201 DUPONT DRIVE #500, IRVINE, CA, 92612,

| | 1791 | 144 | 12/19/2018 | 10,000 | 0.02 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 10,000 | 0.02 % |

**ELBA ELENA DIAZ ACERO**
1 AV ALTAMMIRA SUR RES SAN ANTONIO, PISO 5 APTO 1-
E, CARACAS,  10060, VE

| | 1 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**ELENA VIKTOROVNA DOBRYNINA**
ZAPARINA ST 32-164, KHABAROVSK,  680026, RS

| | 56 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**EMILY HU**
946 CREST VISTA DR, MONTEREY PARK, CA, 91754, US

| | 437 | 144 | 5/14/2010 | 3,125 | 0.01 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 3,125 | 0.01 % |

**EMILY YEH IVERSON**
411 SOUTH FERNWOOD CIRCLE, SUNNYVALE, CA, 94085, US

| | 1953 | 144 | 3/13/2020 | 19,187 | | 0.03 % |
|---|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 19,187 | | 0.03 % |

**EMILY YU**
6568 PINE MEADOW CIRCLE, STOCKTON, CA, 95219, US

| | 1954 | 144 | 3/13/2020 | 23,933 | | 0.04 % |
|---|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 23,933 | | 0.04 % |

**EMMA WEIGHT**
23 CLANDON CLOSE, KINGS HEATH, B'HAM, B14 5QL, UK

| | 173 | 144 | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**ERIC DAVID DOMINGO AZAUJO**
EL CAFETAL EDF TARAUS, PISO 3 APT 3-1, CARACAS , 10081, VE

| | 10 | 144 | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**ERNEST KING**
441 CROSSBOW DR, PLOVER, WI, 54467, US

| | 276 | 144 | 9/8/2004 | 188 | | 0.00 % |
|---|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 188 | | 0.00 % |

**ERNESTO FERNANDEZ**
CALLE DEL NARANJAL, QINTA PATRICIA SAN JOSE DE LOS ALTOS, LOS TEQUES , 100100, VE

| | 60 | 144 | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**ERSEL SUSAR**
5661 CALLE LAS COLINAS, EVANSVILLE, IN, 47712, US

| | 155 | 144 | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**ESDGAN MUJICA**
EDF BANVENDEZ MEZZANINA DE REDUCTO A GLORIETA, AV LECUNA, , CARACAS, 10058, VE

| | 118 | 144 | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**ETHEL LIU WAN**
539 28TH AVE. APT#2, SAN FRANCISCO, CA, 94121, US

| | 1955 | 144 | 3/13/2020 | 39,893 | | 0.07 % |
|---|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 39,893 | | 0.07 % |

**EVGENI NIKOLAEVICH KERN**
LERMONTOVA ST 32-27, , KHABAROVSK, 680013, RS

| | 88 | 144 | 2/13/2001 | 32 | | 0.00 % |
|---|---|---|---|---|---|---|

|  | | | | | |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**FAI LAM**
146-07 HOLLY AVE., FLUSHING , NY, 11355, US

|  | | | | | |
|---|---|---|---|---|---|
| | 1956 | 144 | 3/13/2020 | 23,933 | 0.04 % |
| Total Certs: | 1 | | Total Shares: | 23,933 | 0.04 % |

**FAN ZHANG & WEI ZHANG JT TEN**
87 SONAS DR, HAYWARD, CA, 94542, US

|  | | | | | |
|---|---|---|---|---|---|
| | 469 | 144 | 5/14/2010 | 4,688 | 0.01 % |
| Total Certs: | 1 | | Total Shares: | 4,688 | 0.01 % |

**FANG FANG**
2217 DUNRAVEN LANE, HOUSTON, TX, 77019, US

|  | | | | | |
|---|---|---|---|---|---|
| | 1957 | 144 | 3/13/2020 | 23,933 | 0.04 % |
| Total Certs: | 1 | | Total Shares: | 23,933 | 0.04 % |

**FANG SUN**
1953 BARRY AVE, LOS ANGELES, CA, 90025, US

|  | | | | | |
|---|---|---|---|---|---|
| | 1958 | 144 | 3/13/2020 | 23,933 | 0.04 % |
| Total Certs: | 1 | | Total Shares: | 23,933 | 0.04 % |

**FEI DU**
3537 WHISTLER AVE, EL MONTE, CA, 91732, US

|  | | | | | |
|---|---|---|---|---|---|
| | 1776 | 144 | 12/19/2018 | 21,000 | 0.03 % |
| | 1881 | | 6/4/2019 | 48,000 | 0.08 % |
| Total Certs: | 2 | | Total Shares: | 69,000 | 0.11 % |

**FELIPE ENRIQUE BETANCOURT GARCIA**
URB JARDINES DE STA ROSA # 35, QTA ANDIS VEREDA
#20, CUA EDO MIRANDA , CARACAS , 10060, VE

|  | | | | | |
|---|---|---|---|---|---|
| | 66 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**FELIZ MORALES MARCANO**
CALLE REAL MANICOMIO, AV PRINCIPAL LIDICE NO 41,
CARACAS , 10058, VE

|  | | | | | |
|---|---|---|---|---|---|
| | 104 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**FENG DENG**
230 N NICHOLSON AVE APT E, MONTEREY PARK, CA,
91755, US

|  | | | | | |
|---|---|---|---|---|---|
| | 1777 | 144 | 12/19/2018 | 20,000 | 0.03 % |
| | 1882 | | 6/4/2019 | 40,000 | 0.07 % |
| Total Certs: | 2 | | Total Shares: | 60,000 | 0.10 % |

**FENG HU**
DONGXINLAIYIN YUAN 6-201, XIAOSHAN DISTRICT,
HANGZHOU, ZHEJIANG PROVINCE, 311202, CH

|  | | | | | |
|---|---|---|---|---|---|
| | 1959 | 144 | 3/13/2020 | 28,053 | 0.05 % |

| | Total Certs: | 1 | | | Total Shares: | 28,053 | | 0.05 % |
|---|---|---|---|---|---|---|---|---|

**FERNANDEZ QUINTERO REINALDO ALBERTO**
AVE VENEZUELA, EDF EL AMADO PISO 5 APT 1O, BELLO
MONTE , CARACAS, 10060, VE

| | 139 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|---|

**FERNANDO PEREIRA**
EDF BANVENDEZ DE REDUCTO A GLORIETA , AV LECUNA,
CARACAS , 10058, VE

| | 134 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|---|

**FRANCIS CAROLINA MALDONADO GONZALEZ**
CENTRO FINANCIERO LATINO PISO 22, AV URDANETA,
CARACAS, 10058, VE

| | 73 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|---|

**FRANK ENRIQUE LADERA LADERA**
URB STA CECILIA-RES TOWN, CITY # APB#1 VALENCIA,
ED CARABOBO , VALENCIA, VE

| | 94 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|---|

**FRANK GANG CHEN**
10970 NORTHSKY SQ, CUPERTINO, CA, 95014, US

| | 1960 | 144 | 3/13/2020 | 119,680 | 0.20 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 119,680 | 0.20 % |
|---|---|---|---|---|---|---|

**GABRIEL ANTONIO CARABALLO SOTO**
AV PRINCIPAL CAURIMARE , EDF ORINOCO PISO 9 APT 9-2
ENTRADA B, CARACAS, 10018, VE

| | 153 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|---|

**GANG WEI**
301, UNIT 1 BUILDING 28, JIANQIAO CHUNYU, YUHUA
EAST RD, CHANG'AN DISTRICT, HEBEI PROVINCE, CH

| | 1745 | 144 | 11/9/2018 | 40,000 | 0.07 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 40,000 | 0.07 % |
|---|---|---|---|---|---|---|

**GARY KONG**
39-01 MAIN STREET #605, FLUSHING , NY, 11354, US

| | 1860 | | 8/13/2019 | 200,000 | 0.33 % |
|---|---|---|---|---|---|
| | 1961 | 144 | 3/13/2020 | 55,893 | 0.09 % |

| | Total Certs: | 2 | | Total Shares: | 255,893 | 0.42 % |
|---|---|---|---|---|---|---|

**GEORGE DAO DAO**
KM 13 DETRAS DE LA OVEJA, NEGRA SAN ANTONIO DE
LOS ALTOS, LOS TEQUES, 100100, VE

|  | 41 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**GEORGE GOEBEL**
125 OAKLEAF LANE, LONGWOOD, FL, 32779, US

|  | 1333 |  | 11/28/2016 | 12,500 | 0.02 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 12,500 | 0.02 % |

**GEORGE R SOMMER REVOCABLE TRUST U/A DTD JUNE 20 1996**
71 DUNSTER ROAD, FRAMINGTON, MA, 01702, US

|  | 246 | 144 | 9/13/2002 | 938 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 938 | 0.00 % |

**GEORGE RHEA**
1927 500 STREET, CHEROKEE, IA, 51012, US

|  | 245 | 144 | 9/13/2002 | 375 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 375 | 0.00 % |

**GILBERT GIM LEE**
15110 KOURY DR, HACIENDA HEIGHTS, CA, 91745, US

|  | 423 | 144 | 5/14/2010 | 2,500 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 2,500 | 0.00 % |

**GRAHAM BOWMER**
5344 E TIMBERWOOD DR, NEWBURGH, IN, 47630, US

|  | 195 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**GUI SEN LIU**
8802 MARSHALL ST, ROSEMEAD, CA, 91770, US

|  | 1607 |  | 4/30/2018 | 18,000 | 0.03 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 18,000 | 0.03 % |

**GUILLERMO GUEVARA**
619 S HARLAN AVE, EVANSVILLE, IN, 47714, US

|  | 76 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**GUILLERMO PAREDES**
CRUZ VERDE A VELAZQUEZ, NO 77 SANTA TERESA , EL CENTRO, CARACAS, 10058, VE

|  | 131 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**GUO FANG CHENG**
CAOQIAO DONG LU 16 HAO LOU 6032, FENGTAI DISTRICT, BEIJING, 100067, CH

|  | 1380 | 144 | 12/15/2016 | 10,000 | 0.02 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 10,000 | 0.02 % |

**GUO QIANG ZHAO**
4240 BOWNE STREET, APT. 3N, FLUSHING, NY, 11355, US

| | | | | | |
|---|---|---|---|---|---|
| | 1963 | 144 | 3/13/2020 | 9,653 | 0.02 % |
| Total Certs: | 1 | | Total Shares: | 9,653 | 0.02 % |

**GUOGEN ZHANG**
6918 GLENVIEW DR, SAN JOSE, CA, 95120, US

| | | | | | |
|---|---|---|---|---|---|
| | 1962 | 144 | 3/13/2020 | 79,787 | 0.13 % |
| Total Certs: | 1 | | Total Shares: | 79,787 | 0.13 % |

**GUOLIAN ZHANG**
2376 BURGUNDY WAY, FAIRFIELD, CA, 94533, US

| | | | | | |
|---|---|---|---|---|---|
| | 396 | 144 | 2/10/2010 | 12,500 | 0.02 % |
| Total Certs: | 1 | | Total Shares: | 12,500 | 0.02 % |

**GUOLIANG HUAN**
8913 CLOVERMIST DR, HOUSTIN, TX, 77064, US

| | | | | | |
|---|---|---|---|---|---|
| | 1647 | | 7/25/2018 | 37,500 | 0.06 % |
| Total Certs: | 1 | | Total Shares: | 37,500 | 0.06 % |

**GUSTAVO HEITEN AGUYLAR**
LA FLORIA QTA LANENA, EL BOSQUE ALTA FLORIDA,
CARACAS,  10021, VE

| | | | | | |
|---|---|---|---|---|---|
| | 3 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**HAI HE**
NO.23 HEZHUANG VILLAGE,HEZHUANG ADMINISTRATIVE
VILLAGE,  HUANGDIAN TOWN, DINGTAO COUNTY,, HEZE
CITY, SHANDONG, 274100, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1634 | 144 | 6/27/2018 | 20,000 | 0.03 % |
| | 1764 | 144 | 12/19/2018 | 33,000 | 0.05 % |
| | 1869 | | 6/4/2019 | 80,000 | 0.13 % |
| Total Certs: | 3 | | Total Shares: | 133,000 | 0.22 % |

**HAI HE**
HEZHUANG #023, XINGZHENG CUN, HUANGDIAN ZHEN,
DINGTAO XIAN, SHANDONG, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1641 | 144 | 6/27/2018 | 2,500 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 2,500 | 0.00 % |

**HAI XU**
ROOM402, NO31, LANE 900, NORTH LONGSHUI ROAD,
XUHUI DISTRICT, SHANGHAI, 200232, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1631 | 144 | 6/27/2018 | 20,000 | 0.03 % |
| | 1760 | 144 | 12/19/2018 | 30,000 | 0.05 % |
| | 1865 | | 6/4/2019 | 80,000 | 0.13 % |
| Total Certs: | 3 | | Total Shares: | 130,000 | 0.21 % |

**HAI XU**
900 N LONGSHUI ROAD #31-402, SHANGHAI, 200232, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1636 | 144 | 6/27/2018 | 3,500 | 0.01 % |
| | Total Certs: 1 | | Total Shares: | 3,500 | 0.01 % |

**HAN ENG**
67 HOLLY HILL DR, UNCASVILLE, CT, 6382, US

| | | | | | |
|---|---|---|---|---|---|
| | 1702 | | 10/12/2018 | 60,000 | 0.10 % |
| | 1964 | 144 | 3/13/2020 | 23,933 | 0.04 % |
| | Total Certs: 2 | | Total Shares: | 83,933 | 0.14 % |

**HAN ZHONG LIANG**
*27A MACKAY DR, RICHMOND HILL , ONTARIO, L4C6N9,
CA

| | | | | | |
|---|---|---|---|---|---|
| | 487 | 144 | 4/5/2011 | 52,084 | 0.08 % |
| | Total Certs: 1 | | Total Shares: | 52,084 | 0.08 % |

**HAO GONG**
BUILDING #8, APT 3301, 1 JINGGUAN RD. XI'AN, SHAANXI
PROVINCE, CHINA. 710032,

| | | | | | |
|---|---|---|---|---|---|
| | 1394 | 144 | 12/15/2016 | 10,000 | 0.02 % |
| | Total Certs: 1 | | Total Shares: | 10,000 | 0.02 % |

**HAO GONG**
6-106 COMMUNITY, WANSHOU SOUTH RD, XINCHENG
DISTRICT, XIAN, SHAANXI, 710000, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1784 | 144 | 12/19/2018 | 10,000 | 0.02 % |
| | Total Certs: 1 | | Total Shares: | 10,000 | 0.02 % |

**HEA WANG**
113 GLENN CIRCLE, WILLIAMSBURG, VA, 23185, US

| | | | | | |
|---|---|---|---|---|---|
| | 1078 | | 2/16/2012 | 25,000 | 0.04 % |
| | Total Certs: 1 | | Total Shares: | 25,000 | 0.04 % |

**HELEN JAO**
18870 ALDRIDGE PLACE, ROWLAND HEIGHTS, CA, 91748,
US

| | | | | | |
|---|---|---|---|---|---|
| | 1326 | | 5/1/2015 | 12,500 | 0.02 % |
| | Total Certs: 1 | | Total Shares: | 12,500 | 0.02 % |

**HENRY ROSSENSCHEIN**
AV LEONARDO DAVINCI, EDF PISALLE PISO 5 APT 52
BELLOMONTE, , CARACAS, 10085, VE

| | | | | | |
|---|---|---|---|---|---|
| | 144 | 144 | 2/13/2001 | 13 | 0.00 % |
| | Total Certs: 1 | | Total Shares: | 13 | 0.00 % |

**HERMOGENES FRANCISCO GIL SUAREZ**
URBANISACION ATLANTIDA, CATIA LA MAR CASA NO 19,
LA GUAIRA , 10018, VE

| | | | | | |
|---|---|---|---|---|---|
| | 154 | 144 | 2/13/2001 | 13 | 0.00 % |
| | Total Certs: 1 | | Total Shares: | 13 | 0.00 % |

**HONGBING YIN**
2217 BEARDEN STREET, DAVIS, CA, 95618, US

| | | | | | |
|---|---|---|---|---|---|
| 1965 | 144 | 3/13/2020 | 63,866 | | 0.10 % |
| Total Certs: 1 | | Total Shares: | 63,866 | | 0.10 % |

**HONGEN PEI**
622 W PARR AVE APT 1, LOS GATOS, CA, 95032, US

| | | | | | |
|---|---|---|---|---|---|
| 417 | 144 | 5/14/2010 | 1,563 | | 0.00 % |
| Total Certs: 1 | | Total Shares: | 1,563 | | 0.00 % |

**HONGMING LI**
216 LINWOOD AVENUE, MONROVIA, CA, 91016, US

| | | | | | |
|---|---|---|---|---|---|
| 385 | 144 | 6/19/2009 | 37,500 | | 0.06 % |
| 386 | 144 | 12/9/2009 | 37,500 | | 0.06 % |
| Total Certs: 2 | | Total Shares: | 75,000 | | 0.12 % |

**HONGTAO MENG**
10 JIANHUA ROAD, LIANHU DISTRICT, XI'AN, SHAANXI
PROVINCE, 710032, CH

| | | | | | |
|---|---|---|---|---|---|
| 1396 | 144 | 12/15/2016 | 10,000 | | 0.02 % |
| 1786 | 144 | 12/19/2018 | 10,000 | | 0.02 % |
| Total Certs: 2 | | Total Shares: | 20,000 | | 0.03 % |

**HOOSIERS & CO**
*C/O MELLON SECURITY TRUST COMPANY, FOR ACS
UNCLAIMED PROPERTY CLEARINGHOUSE, 120 BROADWAY
13TH FL TELLER WINDOW, NEW YORK, NY, 10271, US

| | | | | | |
|---|---|---|---|---|---|
| 333 | 144 | 7/10/2006 | 213 | | 0.00 % |
| Total Certs: 1 | | Total Shares: | 213 | | 0.00 % |

**HUAN PENG**
RM E, 27F, NO. 18 CAOXI N RD, XUHUI DISTRICT,
SHANGHAI, 200232, CH

| | | | | | |
|---|---|---|---|---|---|
| 1632 | 144 | 6/27/2018 | 20,000 | | 0.03 % |
| 1763 | 144 | 12/19/2018 | 33,000 | | 0.05 % |
| 1868 | | 6/4/2019 | 75,000 | | 0.12 % |
| Total Certs: 3 | | Total Shares: | 128,000 | | 0.21 % |

**HUAN PENG**
88 YUNPING ROAD #149-202, JIADING DISTRICT,
SHANGHAI, 201801, CH

| | | | | | |
|---|---|---|---|---|---|
| 1639 | 144 | 6/27/2018 | 5,000 | | 0.01 % |
| Total Certs: 1 | | Total Shares: | 5,000 | | 0.01 % |

**HUGO CESAR BASTIDAS**
CALLE 3B EDF C2-08PB, ZONA INDUSTRIALLA URBINA,
CARACAS, 10045, VE

| | | | | | |
|---|---|---|---|---|---|
| 191 | 144 | 2/13/2001 | 13 | | 0.00 % |
| Total Certs: 1 | | Total Shares: | 13 | | 0.00 % |

**HUI JI**
60 S 8TH STREET, UNIT 634, BROOKLYN, NY, 11249, US

| | | | | | |
|---|---|---|---|---|---|
| | 1748 | | 1/28/2019 | 150,000 | 0.24 % |
| | 1966 | 144 | 3/13/2020 | 9,693 | 0.02 % |
| Total Certs: | 2 | | Total Shares: | 159,693 | 0.26 % |

**HUI SUN**
67-30 CLYDE ST, APT 3T, FOREST HILLS, NY, 11357, US

| | | | | | |
|---|---|---|---|---|---|
| | 1783 | 144 | 12/19/2018 | 15,000 | 0.02 % |
| | 1888 | | 6/4/2019 | 40,000 | 0.07 % |
| Total Certs: | 2 | | Total Shares: | 55,000 | 0.09 % |

**HUI ZHANG**
704-4759 VALLEY DRIVE, VANCOUVER, BC, CA

| | | | | | |
|---|---|---|---|---|---|
| | 1564 | | 12/29/2017 | 450,000 | 0.73 % |
| | 1967 | 144 | 3/13/2020 | 119,667 | 0.19 % |
| Total Certs: | 2 | | Total Shares: | 569,667 | 0.93 % |

**HUICHAO SUN**
18 DAOKOU VILLAGE GULIU TOWN, LAIYANG, SHANDONG, 265202, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1270 | 144 | 3/26/2014 | 2,500 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 2,500 | 0.00 % |

**HUICHAO SUN**
ROOM 602, NO.110, LANE345, BAIHUAJIE RD.,, XUHUI DISTRICT, SHANGHAI, 200120, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1366 | 144 | 2/28/2017 | 40,000 | 0.07 % |
| | 1768 | 144 | 12/19/2018 | 50,000 | 0.08 % |
| | 1873 | | 6/4/2019 | 110,000 | 0.18 % |
| Total Certs: | 3 | | Total Shares: | 200,000 | 0.33 % |

**HUIWU XUE**
ROOM 501, BUILDING 55, 11TH VILLAGE OF MEILONG COMMUNITY, SHANGZHONG XI ROAD, XUHUI DISTRICT, SHANGHAI, 200237, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1767 | 144 | 12/19/2018 | 25,000 | 0.04 % |
| Total Certs: | 1 | | Total Shares: | 25,000 | 0.04 % |

**IBAIN GREGORIO LOPEZ ARTIAGA**
AV PRINCIPAL LAS MINAS, URBANISACION LAS MINAS CASA NO 15, BARUTA, 10081, VE

| | | | | | |
|---|---|---|---|---|---|
| | 6 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**IRAIDA DE LA CORTEZA CARRASCO DEJOHN**
CASA #4312 LA PASTORA,  AV BARALT, CARACAS , 10060, VE

| | | | | | |
|---|---|---|---|---|---|
| | 32 | 144 | 2/13/2001 | 13 | 0.00 % |

| | | | | | |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**IRINA VLADIMIROVNA KERN**
LERMONTOVA ST 32-27,  , KHABAROVSK, 680013, RS

| | 89 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**JACQUELINE CARRASCO GAMEZ**
CASA #4312 LA PASTORA,  AV BARALT, CARACAS , 10060,
VE

| | 64 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JACQUELINE MI.**
16 STONER AVE APT 3G, GREAT NECK, NY, 11021, US

| | 1968 | 144 | 3/13/2020 | 23,867 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 23,867 | 0.04 % |

**JAHANGARD DEVELOPMENT LLC**
17650 STAGG STREET, NORTHRIDGE, CA, 91325, US

| | 362 | 144 | 7/1/2009 | 22,500 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 22,500 | 0.04 % |

**JAMES D GRUBA**
4737 KENNEDY DRIVE, STEVENS POINT, WI, 54481, US

| | 264 | 144 | 9/8/2004 | 235 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 235 | 0.00 % |

**JAMES G SMITH & NOCOLINE H SMITH JT WROS**
36 SHONGUM ROAD, RANDOLPH, NJ, 07869, US

| | 364 | 144 | 7/1/2009 | 37,500 | 0.06 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 37,500 | 0.06 % |

**JAMIE BOYD**
4495 W HWY 114, PARADISE, TX, 76073, US

| | 233 | 144 | 9/13/2002 | 1,125 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,125 | 0.00 % |

**JANET SO WAH LAM**
2341 FALKIRK ROW, LA JOLLA, CA, 92037, US

| | 408 | 144 | 5/14/2010 | 2,344 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 2,344 | 0.00 % |

**JANICE JIANG CHAN**
1542 SYMPHONY CIRCLE, BRENTWOOD, CA, 94513, US

| | 1556 | | 11/13/2017 | 125,000 | 0.20 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 125,000 | 0.20 % |

**JASON WENHONG HE**
38 SANTA BARBARA AVE., SAN FRANCISCO, CA, 94112, US

| | 1969 | 144 | 3/13/2020 | 23,947 | 0.04 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 23,947 | 0.04 % |
|---|---|---|---|---|---|---|

**JEAN WEIGHT**
7 FORHILL LEA END LANE, WEATHEROAK,
WORCESTERSHIRE , B38 9ED, UK

| 174 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|---|

**JEANS CARLOS HERRERA**
AVE INTER COMUNAL, EL VALLE RES TEQUENDANA PISO
12-1204, CARACAS , 10091, VE

| 80 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|---|

**JEFFREY COHAN**
1540 BROOKSHIRE DR, PLOVER, WI, 54467, US

| 296 | 144 | 9/8/2004 | 132 | 0.00 % |
|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 132 | 0.00 % |
|---|---|---|---|---|---|---|

**JEFFREY G MARTENS**
1347 LEGENDS LANE, CUSTER, WI, 54423, US

| 1038 | | 1/26/2012 | 11,744 | 0.02 % |
|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 11,744 | 0.02 % |
|---|---|---|---|---|---|---|

**JEFFREY MOFFATT**
2601 PRAIS ST, STEVENS POINT, WI, 54481, US

| 286 | 144 | 9/8/2004 | 985 | 0.00 % |
|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 985 | 0.00 % |
|---|---|---|---|---|---|---|

**JENNIFER KIM MAO**
13782 CARLSBAD DR, SANTA ANA, CA, 92705, US

| 1790 | 144 | 12/19/2018 | 10,000 | 0.02 % |
|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 10,000 | 0.02 % |
|---|---|---|---|---|---|---|

**JENNY Y KWOK**
127-12 25 AVE, COLLEGE POINT, NY, 11356, US

| 433 | 144 | 5/14/2010 | 1,563 | 0.00 % |
|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 1,563 | 0.00 % |
|---|---|---|---|---|---|---|

**JERIAH D CIVLEI**
*2604 WINDING CREEK, EVANSVILLE, IN, 47715, US

| 36 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|---|

**JESUS AMOYO GOMEZ**
EDF BANVENDEZ MEZZANINA DE REDUCTO A GLORIETA,
AV LECUNA, CARACAS , 10058, VE

| 71 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|---|

**JHONNY EMILIANO DIAZ PACHECO**
URBANISACION MONTANA ALTA, SAN ANTONIO DE LOS
ALTOS,  , LOS TEQUES, 100100, VE

| | | | | | |
|---|---|---|---|---|---|
| | 130 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JIAJING ZHUANG**
RM 601,21,825 LN, CHANGDAO RD, PUDONG NEW
DISTRICT, SHANGHAI, 200129, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1371 | 144 | 2/28/2017 | 10,000 | 0.02 % |
| | 1770 | 144 | 12/19/2018 | 20,000 | 0.03 % |
| | 1875 | | 6/4/2019 | 35,000 | 0.06 % |
| Total Certs: | 3 | | Total Shares: | 65,000 | 0.11 % |

**JIAN JIM YE**
5018 GLICKMAN AVE , TEMPLE CITY, CA, 91780, US

| | | | | | |
|---|---|---|---|---|---|
| | 1970 | 144 | 3/13/2020 | 9,120 | 0.01 % |
| Total Certs: | 1 | | Total Shares: | 9,120 | 0.01 % |

**JIAN LIU**
20602 CRESTLINE DR, DIAMOND BAR, CA, 91765, US

| | | | | | |
|---|---|---|---|---|---|
| | 1971 | 144 | 3/13/2020 | 79,786 | 0.13 % |
| Total Certs: | 1 | | Total Shares: | 79,786 | 0.13 % |

**JIAN YIN**
19-4-603 SHUANG YU SHU BEI LI, HAIDIAN DISTRICT,
BEJING, 10086, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1675 | | 8/30/2018 | 120,000 | 0.20 % |
| Total Certs: | 1 | | Total Shares: | 120,000 | 0.20 % |

**JIANGUO CHEN**
1728 HIGHLAND OAKS BLVD., LUTZ, FL, 33559, US

| | | | | | |
|---|---|---|---|---|---|
| | 1731 | 144 | 11/21/2018 | 181,818 | 0.30 % |
| | BE 4 | | 4/24/2019 | 159,000 | 0.26 % |
| | 1973 | 144 | 3/13/2020 | 71,133 | 0.12 % |
| Total Certs: | 3 | | Total Shares: | 411,951 | 0.67 % |

**JIANGUO ZHANG**
1450 BELLWOOD RD, SAN MARINO, CA, 91108, US

| | | | | | |
|---|---|---|---|---|---|
| | 1974 | 144 | 3/13/2020 | 79,786 | 0.13 % |
| Total Certs: | 1 | | Total Shares: | 79,786 | 0.13 % |

**JIANPING WU**
821 S 4TH ST #23, ALHAMBRA, CA, 91801, US

| | | | | | |
|---|---|---|---|---|---|
| | 175 | 144 | 2/13/2001 | 688 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 688 | 0.00 % |

**JIANXIN WANG**
152-15 JUXING BLVD, CHENCE BUILDING, HUANGGUANG,
HUBEI, CH

| | 1271 | 144 | 3/26/2014 | 2,000 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 2,000 | 0.00 % |

**JIAQING ZHANG**
2612 MAYFLOWER AVE, ARCADIA, CA, 91006, US

| | 1975 | 144 | 3/13/2020 | 386,933 | 0.63 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 386,933 | 0.63 % |

**JIE WU**
2828 WEST 20TH AVE., VANCOUVER, BC, V6L1H3, CA

| | 1976 | 144 | 3/13/2020 | 56,107 | 0.09 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 56,107 | 0.09 % |

**JIEXI LIU**
400 CHAGALL ST, MOUNTAIN VIEW, CA, 94041, US

| | 2046 | 144 | 5/11/2020 | 64,360 | 0.10 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 64,360 | 0.10 % |

**JIN YANG**
1860 TICE CREEK DR. #1252, WALNUT CREEK, CA, 94595,

| | 1978 | 144 | 3/13/2020 | 47,867 | 0.08 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 47,867 | 0.08 % |

**JING CHENG**
6LILAC DR. B. WESTERLY RI 02891,

| | 1381 | 144 | 12/15/2016 | 10,000 | 0.02 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 10,000 | 0.02 % |

**JING SUN**
5877 KILLARNEY CIR, SAN JOSE, CA, 95138, US

| | 1601 | | 4/6/2018 | 90,000 | 0.15 % |
|---|---|---|---|---|---|
| | 1722 | | 11/1/2018 | 60,000 | 0.10 % |
| Total Certs: | 2 | | Total Shares: | 150,000 | 0.24 % |

**JING WANG**
514 W HUNTINGTON DR #W, ARCADIA, CA, 91007, US

| | 188 | 144 | 2/13/2001 | 2,813 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 2,813 | 0.00 % |

**JING XUE**
3 GAUDETTE ST, ONTARIO , MARKHAM, L3R 4R7, CA

| | 1312 | | 8/29/2014 | 25,000 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 25,000 | 0.04 % |

**JINGHONG AN**
5 E. LINDA VISTA AVE, ALHAMBRA, CA, 91801, US

| | 1778 | 144 | 12/19/2018 | 20,000 | 0.03 % |
|---|---|---|---|---|---|
| | 1883 | | 6/4/2019 | 35,000 | 0.06 % |

|  | | | | | |
|---|---|---|---|---|---|
| | Total Certs: | 2 | Total Shares: | 55,000 | 0.09 % |

**JINJIN LI**
4 GROUPS DIZHANG TOWNSHIP, LUONINGXIANG COUNTY,
LUOYANG, HENAN, 471718, CH

| | 1266 | 144 | 3/26/2014 | 3,000 | 0.00 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | Total Shares: | 3,000 | 0.00 % |

**JINTAO ZOU**
3975 STATE HWY 6 SOUTH , STE #300, COLLEGE
STATION, TX, 77845, US

| | 1931 | | 2/18/2020 | 347,902 | 0.57 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | Total Shares: | 347,902 | 0.57 % |

**JOAN E HARBATH**
10157 ECHO HILL DR, BRECKSVILLE, OH, 44141, US

| | 238 | 144 | 9/13/2002 | 1,875 | 0.00 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | Total Shares: | 1,875 | 0.00 % |

**JOAN JINSKY**
4737 KENNEDY DRIVE, STEVENS POINT, WI, 54481, US

| | 265 | 144 | 9/8/2004 | 235 | 0.00 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | Total Shares: | 235 | 0.00 % |

**JOANNA HUANG**
862 34TH AVE, SAN FRANCISCO, CA, 94121, US

| | 406 | 144 | 5/14/2010 | 1,563 | 0.00 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | Total Shares: | 1,563 | 0.00 % |

**JOHN PETER DEBNEY**
68 FERNHILL RD, OLTON, SOLIHULL, B92 7RU, UK

| | 47 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | Total Shares: | 13 | 0.00 % |

**JOHN TSAI**
1508 S BEVERLY GLEN BLVD APT 101, LOS ANGELES, CA,
90024, US

| | 160 | 144 | 2/13/2001 | 44 | 0.00 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | Total Shares: | 44 | 0.00 % |

**JOHN YUAN**
81 CRESCENT CREEK WAY, SELKIRK, NY, 12158, US

| | CI.2006 | | 1/31/2018 | 90,000 | 0.15 % |
|---|---|---|---|---|---|
| | 1979 | 144 | 3/13/2020 | 35,907 | 0.06 % |
| | Total Certs: | 2 | Total Shares: | 125,907 | 0.21 % |

**JON LESZCZYNSKI**
4915 W HIAWATHA DR, MEQUON, WI, 53092, US

| | 281 | 144 | 9/8/2004 | 938 | 0.00 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | Total Shares: | 938 | 0.00 % |

**JONATHAN JAFFE**
1003 BRADFORD BLVD, GALLATIN, TN, 37066, US

| | | | | | |
|---|---|---|---|---|---|
| 242 | 144 | | 9/13/2002 | 1,875 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 1,875 | 0.00 % |

**JORGE A BRIONES TORREALBA**
AV VENEZUELA TORRE AMENICA, PISO 8 OFIC 816,  BELLO
MONTE, CARACAS , 10085, VE

| | | | | | |
|---|---|---|---|---|---|
| 158 | 144 | | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JORGE CARVAJAL MORALES**
EDF BANVENDEZ DE REDUCTO A GLORIETA , AV LECUNA,
CARACAS , 10058, VE

| | | | | | |
|---|---|---|---|---|---|
| 115 | 144 | | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JOSE DOMINGUEZ**
AVDA SOLO EDF MARLENE, EL ROSAL NO 51, CARACAS
10020, VE

| | | | | | |
|---|---|---|---|---|---|
| 57 | 144 | | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JOSE FELIZ OLETTA**
EDF BANVENDEZ MEZZANINA DE REDUCTO A GLORIETA,
AV LECUNA, CARACAS , 10058, VE

| | | | | | |
|---|---|---|---|---|---|
| 128 | 144 | | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JOSE LUIS FERREIRA**
CARRETERA PANAMERICANA, KM 16 VIA LOS TEQUES
MINICENTRO LA, MINA PB  , LOS TEQUES, 100100, VE

| | | | | | |
|---|---|---|---|---|---|
| 61 | 144 | | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JOSE LUIS GUEVARA DIAZ**
1-RA AV SUR ALTAMIRA, EDIFICIO SAN ANTONIO PISO 5
APT 1-E, ALTAMIRA  , CARACAS, 10060, VE

| | | | | | |
|---|---|---|---|---|---|
| 51 | 144 | | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JOSE LUIS LORETO GUTIERREZ**
AVE INTER COMUNAL, RS RINCONADA PISO 6 APT 603,
CARACAS , 10091, VE

| | | | | | |
|---|---|---|---|---|---|
| 78 | 144 | | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JOSE LUIS VEGAS**
AV PRINCIPAL ANTIMANO, EDF PEDREDAL APTO 5-5,
CARACAS,  10081, VE

| | | | | | |
|---|---|---|---|---|---|
| 164 | 144 | | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JOSE PIMENTEL LATVAA**
EDF BANVENDEZ MEZZANINA DE REDUCTO A GLORIETA,
AV LECUNA,  , CARACAS, 10058, VE

| | | | | | |
|---|---|---|---|---|---|
| 97 | 144 | 2/13/2001 | 13 | | 0.00 % |
| Total Certs: 1 | | Total Shares: 13 | | | 0.00 % |

**JOSEPH J SKIBINSKI**
3073 COUNTY HIGHWAY G, JUNCTION CITY, WI, 54443,
US

| | | | | | |
|---|---|---|---|---|---|
| 280 | 144 | 9/8/2004 | 469 | | 0.00 % |
| Total Certs: 1 | | Total Shares: 469 | | | 0.00 % |

**JOSEPH SHIUE**
300 S GARFIELD AVE #102, MONTEREY PARK, CA, 91754,
US

| | | | | | |
|---|---|---|---|---|---|
| 463 | 144 | 5/14/2010 | 1,563 | | 0.00 % |
| Total Certs: 1 | | Total Shares: 1,563 | | | 0.00 % |

**JOSHUA MORELAND BERG**
1530 EAST CEDAR AVENUE, DENVER, CO, 80209, US

| | | | | | |
|---|---|---|---|---|---|
| 1286 | 144 | 3/26/2014 | 16,000 | | 0.03 % |
| Total Certs: 1 | | Total Shares: 16,000 | | | 0.03 % |

**JOSUEISMAEL  GOMEZ**
ABANICO A SOCORRO, EDF REMI PISO 2 APT 202
ALTAGRACIA, CARACAS , 10058, VE

| | | | | | |
|---|---|---|---|---|---|
| 70 | 144 | 2/13/2001 | 13 | | 0.00 % |
| Total Certs: 1 | | Total Shares: 13 | | | 0.00 % |

**JOY DONG**
48 MCCURDY DR, KANATA, ONTARIO , K2L2W6, CA

| | | | | | |
|---|---|---|---|---|---|
| 1299 | | 5/16/2014 | 2,813 | | 0.00 % |
| Total Certs: 1 | | Total Shares: 2,813 | | | 0.00 % |

**JUAN DARIO HERNANDEZ CANO**
AVE LUIS ROCHE, EDIF TORRE ALTAMIRA PISO 12 APTO
124, CARACAS,  10060, VE

| | | | | | |
|---|---|---|---|---|---|
| 28 | 144 | 2/13/2001 | 13 | | 0.00 % |
| Total Certs: 1 | | Total Shares: 13 | | | 0.00 % |

**JUAN XUE**
#201 NO 39 LANE 51, GREENWOOD ROAD, PUDONG NEW
DISTRICT, SHANGHAI, CH

| | | | | | |
|---|---|---|---|---|---|
| 1278 | 144 | 3/26/2014 | 1,000 | | 0.00 % |
| Total Certs: 1 | | Total Shares: 1,000 | | | 0.00 % |

**JUAN XUE**
RM 201, NO.39, LNE 51, LVLIN ROAD, PUDONG NEW
DISTRICT, SHANGHAI, 201204, CH

| | | | | | |
|---|---|---|---|---|---|
| 1369 | 144 | 2/28/2017 | 15,000 | | 0.02 % |
| 1769 | 144 | 12/19/2018 | 15,000 | | 0.02 % |

| | | | | |
|---|---|---|---|---|
| | 1874 | | 6/4/2019 | 35,000 | 0.06 % |
| Total Certs: | 3 | | Total Shares: | 65,000 | 0.11 % |

**JUANJUAN CHENG**
13 WEST JINGTAIXI RD, CHONGWEN DISTRICT, BEIJING, 100075,

| | | | | |
|---|---|---|---|---|
| | 1382 | 144 | 12/15/2016 | 10,000 | 0.02 % |
| | 1787 | 144 | 12/19/2018 | 10,000 | 0.02 % |
| Total Certs: | 2 | | Total Shares: | 20,000 | 0.03 % |

**JULIE CAROLINE AVERY**
43 ARDEN OAK RD, SHELDON,  B'HAM , B26 3NA, UK

| | | | | |
|---|---|---|---|---|
| | 7 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JULIE UHLER**
30111 REDDING AVE, MURRIETA, CA, 92563, US

| | | | | |
|---|---|---|---|---|
| | 1742 | 144 | 11/9/2018 | 60,000 | 0.10 % |
| Total Certs: | 1 | | Total Shares: | 60,000 | 0.10 % |

**JULIO CESAR RODRIGUEZ REVETTE**
AVE INTER COMUNAL, EL VALLE RS TOKIO PISO 17 APT 17 -5,  , CARACAS, 10091, VE

| | | | | |
|---|---|---|---|---|
| | 140 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**JUN WANG**
ROOM 803, UNIT 1 BUIDING #4, NANMEIJIARI YIQI, BAOXINGXI LU, BAOTING XIAN, HAINAN, 572300, CH

| | | | | |
|---|---|---|---|---|
| | 1915 | 144 | 11/11/2019 | 334,000 | 0.54 % |
| | 1980 | 144 | 3/13/2020 | 23,933 | 0.04 % |
| Total Certs: | 2 | | Total Shares: | 357,933 | 0.58 % |

**KAI CHIEH CHANG**
4788 HUDSON ST., VANCOUVER, BC, V6H3C2, CA

| | | | | |
|---|---|---|---|---|
| | 1981 | 144 | 3/13/2020 | 2,293 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 2,293 | 0.00 % |

**KAN ZHANG**
1430 HOFFMAN LANE, CAMPBELL, CA, 95008, US

| | | | | |
|---|---|---|---|---|
| | 1932 | | 2/18/2020 | 363,093 | 0.59 % |
| Total Certs: | 1 | | Total Shares: | 363,093 | 0.59 % |

**KAREN LIU**
1373 PHELPS AVE #12, SAN JOSE, CA, 95117, US

| | | | | |
|---|---|---|---|---|
| | 1982 | 144 | 3/13/2020 | 23,933 | 0.04 % |
| Total Certs: | 1 | | Total Shares: | 23,933 | 0.04 % |

**KE XU**
170 MERRYMOUNT ST, STATEN ISLAND, NY, 10314, US

| | | | | | |
|---|---|---|---|---|---|
| | 1926 | | 2/28/2020 | 200,000 | 0.33 % |
| | 1983 | 144 | 3/13/2020 | 79,787 | 0.13 % |
| | Total Certs: 2 | | Total Shares: | 279,787 | 0.46 % |

**KEEVIN GILLESPIE**
21972 ANNETTE, LAKE FOREST, CA, 92630, US

| | | | | | |
|---|---|---|---|---|---|
| | 1798 | 144 AFFILIATE | 3/1/2019 | 50,000 | 0.08 % |
| | 1897 | | 6/4/2019 | 230,000 | 0.37 % |
| | Total Certs: 2 | | Total Shares: | 280,000 | 0.46 % |

**KEN CHAN**
5703 SULTANA AVENUE, TEMPLE CITY, CA, 91780, US

| | | | | | |
|---|---|---|---|---|---|
| | 338 | 144 | 6/19/2009 | 12,500 | 0.02 % |
| | Total Certs: 1 | | Total Shares: | 12,500 | 0.02 % |

**KEN GUOWEI CHAN**
5703 SULTANA AVE., TEMPLE CITY, CA, 91780, US

| | | | | | |
|---|---|---|---|---|---|
| | 1984 | 144 | 3/13/2020 | 18,800 | 0.03 % |
| | Total Certs: 1 | | Total Shares: | 18,800 | 0.03 % |

**KENGFAN LEE**
43 HIGHTREE CT., DANVILLE , CA, 94526, US

| | | | | | |
|---|---|---|---|---|---|
| | 1721 | | 10/29/2018 | 202,000 | 0.33 % |
| | 1985 | 144 | 3/13/2020 | 119,680 | 0.20 % |
| | Total Certs: 2 | | Total Shares: | 321,680 | 0.52 % |

**KENNETH WNUK**
6275 LEROY LANE, STEVENS POINT, WI, 54481, US

| | | | | | |
|---|---|---|---|---|---|
| | 270 | 144 | 9/8/2004 | 94 | 0.00 % |
| | Total Certs: 1 | | Total Shares: | 94 | 0.00 % |

**KENT A HAUSAUER**
4641 FIDDLE DRIVE, WATERFORD, MI, 48328, US

| | | | | | |
|---|---|---|---|---|---|
| | 240 | 144 | 9/13/2002 | 750 | 0.00 % |
| | Total Certs: 1 | | Total Shares: | 750 | 0.00 % |

**KEVIN SHULFER**
2025 W BRENTWOOD DRIVE, STEVENS POINT, WI, 54481,
US

| | | | | | |
|---|---|---|---|---|---|
| | 292 | 144 | 9/8/2004 | 563 | 0.00 % |
| | Total Certs: 1 | | Total Shares: | 563 | 0.00 % |

**KEYAN LI**
547 MILL RIVER LANE, SEE DELIVERY ADDRESS, SAN
JOSE, CA, 95134, US

| | | | | | |
|---|---|---|---|---|---|
| | 1527 | | 9/8/2017 | 90,000 | 0.15 % |
| | Total Certs: 1 | | Total Shares: | 90,000 | 0.15 % |

**KIM L KRAYECKI**
1001-A SECOND ST, STEVENS POINT, WI, 54481, US

| | 277 | 144 | 9/8/2004 | 469 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 469 | 0.00 % |

**KIN FAI LUK**
8563 AQUARIUS DR, SAN DIEGO, CA, 92126, US

| | 1067 | | 2/13/2012 | 1,563 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,563 | 0.00 % |

**KUANG NAN TANG**
2215 ALCAZAR ST. APT 442, LOS ANGELES, CA, 90033, US

| | 1779 | 144 | 12/19/2018 | 8,000 | 0.01 % |
|---|---|---|---|---|---|
| | 1884 | | 6/4/2019 | 30,000 | 0.05 % |
| Total Certs: | 2 | | Total Shares: | 38,000 | 0.06 % |

**KUOLONG CHAO**
3459 SUGARCREEK CT, SAN JOSE, CA, 95121, US

| | 1986 | 144 | 3/13/2020 | 23,920 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 23,920 | 0.04 % |

**KWEN WANG**
1117 LAFAYETTE ST, SAN GABRIEL, CA, 91776, US

| | 447 | 144 | 5/14/2010 | 4,688 | 0.01 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 4,688 | 0.01 % |

**LAN JIANG**
4953 ARDSLEY DR., TEMPLE CITY, CA, 91780, US

| | 1354 | 144 AFFILIATE | 2/28/2017 | 200,000 | 0.33 % |
|---|---|---|---|---|---|
| | 1560 | 144 AFFILIATE | 10/31/2017 | 380,000 | 0.62 % |
| | 1795 | 144 AFFILIATE | 3/1/2019 | 800,000 | 1.30 % |
| Total Certs: | 3 | | Total Shares: | 1,380,000 | 2.25 % |

**LAN JIANG**
4953 ARDSLEY DR, TEMPLE CITY, CA, 91760, US

| | 1577 | 144 | 1/22/2018 | 48,000 | 0.08 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 48,000 | 0.08 % |

**LANQIAN JU**
5657 LYSANDER WAY, SAN RAMON, CA, 94582, US

| | 1987 | 144 | 3/13/2020 | 23,933 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 23,933 | 0.04 % |

**LAY-SHING LAI**
4330 MUSCATEL AVE, ROSEMEAD, CA, 91770, US

| | 407 | 144 | 5/14/2010 | 3,157 | 0.01 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 3,157 | 0.01 % |

**LEILEI CARTER**
3138 WINDMILL ST, SUGAR LAND, TX, 77479, US

| | 1533 | | 9/15/2017 | 75,000 | 0.12 % |
|---|---|---|---|---|---|

| | Total Certs: 1 | | Total Shares: 75,000 | | 0.12 % |
|---|---|---|---|---|---|

**LEON THULL**
277 WEST MAIN ST, CAMPBELLSPORT, WI, 53010, US

| 249 | 144 | 9/13/2002 | 750 | 0.00 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: 750 | | 0.00 % |

**LEONARDO GEORGE BASTARDO**
CARRETERA PANAMERICANA, KM 14 SAN ANTONIO DE LOS
ALTOS, LOS TEQUES,  100100, VE

| 15 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: 13 | | 0.00 % |

**LEONARDO PEDRIN VARGAS**
AVE INTER COMUNAL, LOS CEDROS LA FLORESTA EDF 1
APT #2, CARACAS , 10091, VE

| 161 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: 13 | | 0.00 % |

**LEONARDO VELAZQUEZ**
EDF BANVENDEZ MEZZANINA DE REDUCTO A GLORIETA,
AV LECUNA, CARACAS , 10058, VE

| 165 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: 13 | | 0.00 % |

**LEONEL ANTONIO BORRESO HERRERA**
ALTOS DE CARICUAO, EDF GUASDUALITO PISO 8 APT 805,
CARACAS , 10041, VE

| 81 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: 13 | | 0.00 % |

**LEXINGTON ADVISERS INC**
*2801 TOWNSGATE RD SUITE 210, WESTLAKE VILLAGE,
CA, 91361, US

| 99 | 144 | 2/13/2001 | 1,875 | 0.00 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: 1,875 | | 0.00 % |

**LI OING TU**
3535 ROSS AVE #106, SAN JOSE, CA, 95124, US

| 372 | 144 | 9/8/2009 | 12,500 | 0.02 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: 12,500 | | 0.02 % |

**LI ZHANG**
1050 ARBOR LANE, #101, NORTHFIELD, IL, 60093, US

| 1988 | 144 | 3/13/2020 | 2,293 | 0.00 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: 2,293 | | 0.00 % |

**LI ZHENG**
317 N GARFIELD AVE #4, ALHAMBRA, CA, 91801, US

| 177 | 144 | 2/13/2001 | 1,875 | 0.00 % |
|---|---|---|---|---|
| Total Certs: 1 | | Total Shares: 1,875 | | 0.00 % |

**LI ZHI**
133-03 41ST AVE 4R, FLUSHING, NY, 11355, US

| | 412 | 144 | 5/14/2010 | 3,750 | 0.01 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 3,750 | 0.01 % |

**LIANG JIANG**
4953 ARDSLEY DR, TEMPLE CITY, CA, 91780, US

| | 87 | 144 | 2/13/2001 | 938 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 938 | 0.00 % |

**LICHENG YU**
309-6533 MCKAY AVE, BURNABY, BC, V5H 2W8, US

| | 1989 | 144 | 3/13/2020 | 23,933 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 23,933 | 0.04 % |

**LIJUN TAO**
ROOM 402 NO 45 SHANGYE YI CUN, GUANGZHONGZHI RD,
HONGKOU DISTRICT, SHANGHAI, CH

| | 1269 | 144 | 3/26/2014 | 1,000 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,000 | 0.00 % |

**LILING TANG**
43-35 UNION ST #4D, FLUSHING, NY, 11355, US

| | 1990 | 144 | 3/13/2020 | 31,907 | 0.05 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 31,907 | 0.05 % |

**LILY CHEN**
419 WARNER LANE, SAN GABRIEL, CA, 91775, US

| | 341 | 144 | 6/19/2009 | 12,500 | 0.02 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 12,500 | 0.02 % |

**LILY LIN TAI HSU**
FLAT 12D, 6/F FONTANA GARDENS, 1A KA NING PATH, TAI
HANG, HK

| | 1009 | 144 | 9/28/2011 | 100,000 | 0.16 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 100,000 | 0.16 % |

**LIN CHEN**
LONG BAI LIU CUN #151 SUITE 1705, MIN HANG
DISTRICT, SHANGHAI CHINA 201103,

| | 1399 | 144 | 12/15/2016 | 10,000 | 0.02 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 10,000 | 0.02 % |

**LIN LI**
133-03 41ST AVE APT 4R, FLUSHING, NY, 11355, US

| | 429 | 144 | 5/14/2010 | 7,500 | 0.01 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 7,500 | 0.01 % |

**LIN LU**
40755 MARINO CT, FREEMONT, CA, 94539, US

| | 471 | 144 | 5/14/2010 | 4,688 | 0.01 % |
|---|---|---|---|---|---|

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total Certs: | 1 |  | Total Shares: | 4,688 | 0.01 % |

**LINDA CHAO**
19 SCOTT STREET, NEW HYDE PARK, NY, 11040, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 1807 |  | 5/15/2019 | 50,000 | 0.08 % |
|  | 1991 | 144 | 3/13/2020 | 9,093 | 0.01 % |
| Total Certs: | 2 |  | Total Shares: | 59,093 | 0.10 % |

**LING DONG**
1350 JAMES COURT, MORGAN HILL, CA, 95037, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 1992 | 144 | 3/13/2020 | 159,560 | 0.26 % |
| Total Certs: | 1 |  | Total Shares: | 159,560 | 0.26 % |

**LINQI HUANG**
630 W HUNTINGTON UNIT 225 DR, ARCADIA, CA, 91007, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 1780 | 144 | 12/19/2018 | 16,000 | 0.03 % |
|  | 1885 |  | 6/4/2019 | 35,000 | 0.06 % |
| Total Certs: | 2 |  | Total Shares: | 51,000 | 0.08 % |

**LINUAN CHEN**
6856 DARTMOOR WAY, SAN JOSE, CA, 95129, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 1993 | 144 | 3/13/2020 | 23,933 | 0.04 % |
| Total Certs: | 1 |  | Total Shares: | 23,933 | 0.04 % |

**LLONA YANOCHEVNA NERBA**
SLUZEBNAYA ST 3-14,     , KHABAROVSK, 680013, RS

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 119 | 144 | 2/13/2001 | 32 | 0.00 % |
| Total Certs: | 1 |  | Total Shares: | 32 | 0.00 % |

**LONG HUANG**
12 WINTER AVE, STATEN ISLAND, NY, 10301, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 1994 | 144 | 3/13/2020 | 23,946 | 0.04 % |
| Total Certs: | 1 |  | Total Shares: | 23,946 | 0.04 % |

**LONNIE J PRZBYLSKI**
1943 KENWOOD DR EAST, IOLA, WI, 54945, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 263 | 144 | 9/8/2004 | 469 | 0.00 % |
| Total Certs: | 1 |  | Total Shares: | 469 | 0.00 % |

**LUIS ENRIQUE OBERTO**
EDF BANVENDEZ DE REDUCTO A GLORIETA , AV LECUNA, CARACAS,  10058, VE

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 126 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 |  | Total Shares: | 13 | 0.00 % |

**MAIKEL LOPEZ LOPEZ**
URB STA MARIA CAFETAL, RES CARIBE PISO 2 APTO 1, CARACAS , 10045, VE

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 102 | 144 | 2/13/2001 | 13 | 0.00 % |

| | Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |
|---|---|---|---|---|---|---|---|

**MANUEL ANTONIO GONZALEZ GONZALEZ**
AV UNIVERCIDAD, EDF MIRACIELOS PISO 2 APT 1,
CARACAS,  10030, VE

| | 74 | 144 | | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**MAO RI DONG**
2360 42ND AVENUE COURT, GREELEY, CO, 80634, US

| | 491 | 144 | | 5/18/2011 | 20,834 | | 0.03 % |
|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 20,834 | | 0.03 % |

**MARIA CRISTINA PARRA**
EDF BANVENDEZ DE REDUCTO A GLORIETA , AV LECUNA,
CARACAS , 10058, VE

| | 132 | 144 | | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**MARIA JOSEFA CHEDA SAAVEDRA**
PRINCIPAL EL MARQEZ, EDF PRIMAVERA PISO 5 APTO 5A,
CARACAS , 10051, VE

| | 147 | 144 | | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**MARIA PARTICIA PICHARDO**
RS HIPODROMOMO, PISO 12 SPT 12-02,  , CARACAS,
10091, VE

| | 136 | 144 | | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**MARIO J LEMOINE IRAGORRI**
AVE PAEZ RESD LAS MERCEDES, PISO 2 APTO 2-4, EL
PARAISO ,  CARACAS , 100100-A, VE

| | 86 | 144 | | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**MARIO OLIVARES MARCANO**
CALLE RIO CAURA CENTRO, COMERCIAL LA PIRAMIDE PB
LOCAL 17, CARACAS , 10015, VE

| | 105 | 144 | | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**MARIZTZA MATIOZZI**
EDF BANVENDEZ, DE REDUCTO A GLORIETA AV LECUNA,
CARACAS,  10058, VE

| | 107 | 144 | | 2/13/2001 | 13 | | 0.00 % |
|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 13 | | 0.00 % |

**MARY LOUIE**
5306 MURRAY CT., LIVINGTON, NJ, 07039, US

| | 1800 | | | 4/25/2019 | 60,000 | | 0.10 % |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1995 | 144 | 3/13/2020 | 9,600 | 0.02 % |
| Total Certs: 2 | | Total Shares: | 69,600 | 0.11 % |

**MARY MAN-RUO SHEN**
5670 GERANIUM CT, NEWARK, CA, 94560, US

| | | | | |
|---|---|---|---|---|
| 1921 | 144 | 12/24/2019 | 335,000 | 0.55 % |
| Total Certs: 1 | | Total Shares: | 335,000 | 0.55 % |

**MAY LIN SMITH**
64-37 215TH ST, OAKLAND GARDENS, NY, 11364, US

| | | | | |
|---|---|---|---|---|
| 1928 | | 2/18/2020 | 703,231 | 1.15 % |
| Total Certs: 1 | | Total Shares: | 703,231 | 1.15 % |

**MEI LUN MA**
514 KINGSFORD ST, MONTEREY PARK, CA, 91754, US

| | | | | |
|---|---|---|---|---|
| 472 | 144 | 5/14/2010 | 3,125 | 0.01 % |
| Total Certs: 1 | | Total Shares: | 3,125 | 0.01 % |

**MEI MARKER**
227 W VALLEY BLVD #208A, SAN GABRIEL, CA, 91776, US

| | | | | |
|---|---|---|---|---|
| 1917 | 144 | 11/11/2019 | 400,000 | 0.65 % |
| 1929 | | 2/18/2020 | 474,953 | 0.77 % |
| Total Certs: 2 | | Total Shares: | 874,953 | 1.43 % |

**MEI-CHIN LAIO**
224-40 76 AVE, BAYSIDE, NY, 11364, US

| | | | | |
|---|---|---|---|---|
| 439 | 144 | 5/14/2010 | 1,563 | 0.00 % |
| Total Certs: 1 | | Total Shares: | 1,563 | 0.00 % |

**MEI-YIN LIU**
1023 BERRY GLEN CT., RICHMOND, TX, 77469, US

| | | | | |
|---|---|---|---|---|
| 1455 | | 6/15/2017 | 25,000 | 0.04 % |
| Total Certs: 1 | | Total Shares: | 25,000 | 0.04 % |

**MELISSA ARMSTRONG**
1755 ARGYLE AVE APT 1405, LOS ANGELES, CA, 90028, US

| | | | | |
|---|---|---|---|---|
| 1895 | | 6/4/2019 | 250,000 | 0.41 % |
| Total Certs: 1 | | Total Shares: | 250,000 | 0.41 % |

**MENA MATUTE MAYERLING DALIATH**
URB LA ALAMEDA CALLE B, RES CANAVERAL TORRE B PB1-
B, STA FE NORTE BARUTA E, CARACAS, VE

| | | | | |
|---|---|---|---|---|
| 40 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: 1 | | Total Shares: | 13 | 0.00 % |

**MERCEDES VARGAS**
EDF BANVENDEZ MEZZANINA DE REDUCTO A GLORIETA,
AV LECUNA, , CARACAS, 10058, VE

| | | | | |
|---|---|---|---|---|
| 162 | 144 | 2/13/2001 | 13 | 0.00 % |

|  | | | | Total Certs: | 1 | | | Total Shares: | 13 | | 0.00 % |

**MEVERT AURELIO SERRANO SELAZCO**
URB LA ALAMADA, CALLE B RES, CANAVERAL P-B-1B, STA
FE NORTE , CARACAS , 10080, VE

|  | | | | 151 | | 144 | | 2/13/2001 | 13 | | 0.00 % |
|  | | | | Total Certs: | 1 | | | Total Shares: | 13 | | 0.00 % |

**MICHAEL CHAN**
80 LYNNWOOD DRIVE, LONGMEADOW, MA, 01106, US

|  | | | | 335 | | 144 | | 6/19/2009 | 12,500 | | 0.02 % |
|  | | | | Total Certs: | 1 | | | Total Shares: | 12,500 | | 0.02 % |

**MICHAEL CHEN**
80 LYNNWOOD DR, LONGMEADOW, MA, 01100, US

|  | | | | 367 | | 144 | | 9/8/2009 | 12,500 | | 0.02 % |
|  | | | | Total Certs: | 1 | | | Total Shares: | 12,500 | | 0.02 % |

**MICHAEL D DERER**
2600 STANLEY ST, STEVENS POINT, WI, 54481, US

|  | | | | 285 | | 144 | | 6/17/2004 | 985 | | 0.00 % |
|  | | | | Total Certs: | 1 | | | Total Shares: | 985 | | 0.00 % |

**MICHAEL DMITRIEVICH NERBA**
SLUZHEBNAYA ST 3-14,      , KHARARVOSK, 680013, RS

|  | | | | 120 | | 144 | | 2/13/2001 | 32 | | 0.00 % |
|  | | | | Total Certs: | 1 | | | Total Shares: | 32 | | 0.00 % |

**MICHAEL NIKOLAEVICH NEVZOROV**
FRUUZE ST 56-36,  , KHABAROVSK, 680000, RS

|  | | | | 124 | | 144 | | 2/13/2001 | 32 | | 0.00 % |
|  | | | | Total Certs: | 1 | | | Total Shares: | 32 | | 0.00 % |

**MICHAEL Q CHEN**
1544 78TH ST 1ST FL, BROOKLYN, NY, 11228, US

|  | | | | 473 | | 144 | | 5/14/2010 | 4,063 | | 0.01 % |
|  | | | | Total Certs: | 1 | | | Total Shares: | 4,063 | | 0.01 % |

**MICHAEL R MROCZYNSKI**
PO BOX 235, GIRDWOOD, AK, 99587, US

|  | | | | 295 | | 144 | | 9/8/2004 | 263 | | 0.00 % |
|  | | | | Total Certs: | 1 | | | Total Shares: | 263 | | 0.00 % |

**MICHELLE CHARLENE LEE**
2140 20TH ST, SANTA MONICA, CA, 90405, US

|  | | | | 1482 | | | | 8/17/2017 | 90,000 | | 0.15 % |
|  | | | | Total Certs: | 1 | | | Total Shares: | 90,000 | | 0.15 % |

**MID-OHIO SECURITIES FBO PETER E HARBATH IRA**
ATTN LEONARD J GIBEL, PO BOX 1529, 36 LAKE AVE,
ELYRIA, OH, 44036, US

| | 237 | 144 | 9/13/2002 | 1,875 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,875 | 0.00 % |

MIGUEL ANTONIO FLORES VARGAS
AV NUEVA GRANADA, QUINTA LARURAYMA,  , CARACAS,
10080, VE

| | 163 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

MIGUEL ENRIQUE RAVELO VOUTERIS
AV PRINCIPAL BELLO MONTE, EDF PIGALLE PB,  ,
CARACAS, 10021, VE

| | 166 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

MIKE LASZINSKI
5499 SORENSON, STEVENS POINT, WI, 54481, US

| | 274 | 144 | 9/8/2004 | 57 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 57 | 0.00 % |

MIN WEI
842 W 59TH AVE, VANCOUVER, BC, V6P 1X7, CA

| | 1996 | 144 | 3/13/2020 | 47,867 | 0.08 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 47,867 | 0.08 % |

MING JIN PENG
46-9333 SILLS AVE, RICHMOND, BC, V6Y 4K8, CA

| | 1316 | | 1/13/2015 | 25,000 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 25,000 | 0.04 % |

MING JUN GUO
18300 VILLA CLARA ST, ROWLAND HTS, CA, 91748, US

| | 77 | 144 | 2/13/2001 | 6,563 | 0.01 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 6,563 | 0.01 % |

MING REN
3337 149 ST, FLUSHING, NY, 11354, US

| | 441 | 144 | 5/14/2010 | 1,250 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,250 | 0.00 % |

MINGLIANG FANG
555 MEILONG ROAD, #74-103, SHANGHAI, 200237, CH

| | BE | 144 | 3/10/2012 | 1,330 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,330 | 0.00 % |

MITZY CAPRILES DE LEDEZMA
EDF BANVENDEZ MEZZANINA DE REDUCTO A GLORIETA,
AV LECUNA, CARACAS, 10058, VE

| | 44 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**MONICA GUEVARA DIAZ**
1-RA AVE SUR ALTAMIRA EDIFICIO, SAN ANTONIO PISO 5
APTO 1-E ALTAMIRA, CARACAS , 10060, VE

| | 52 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**NAN HSUN**
134 E HAVEN AVE, ARCADIA, CA, 91006, US

| | 82 | 144 | 2/13/2001 | 1,875 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,875 | 0.00 % |

**NANCY MONTERO**
EDF BANVENDEZ, DE REDUCTO A GLORIETA AV LECUNA,
CARACAS , 10058, VE

| | 113 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**NATALYA ALEXANDROVNA BOYARKINA**
LENINGRADSKAYA ST 3-61,  , KHABAROVSK, 680013, RS

| | 198 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**NATALYA PETROVNA TIMOSHILOVA**
D. BEDNOGO ST. 21, APT. 162, KHABAROVSK,  680069, RS

| | 156 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**NEIL ALBERTO ALCALA BELLO**
AV INTER COMUNAL, RES EL PARQUE PISO 2 APT 205,
CARACAS,  10091, VE

| | 193 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**NELSON JOSE LARA**
EDF BANVENDEZ, DE REDUCTO A GLORIETA AV LECUNA,  ,
CARACAS, 10058, VE

| | 95 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**NICOLE NEUBERGER**
7866 COUNTY ROAD KQ, CUSTER, WI, 54423, US

| | 293 | 144 | 9/8/2004 | 263 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 263 | 0.00 % |

**NIKOLAI PETROVICH RUMIN**
LERMONTOVA ST 6-27, KHABAROVSK , 680013, RS

| | 145 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**NINA YAPING WANG**
3468 E SANTA CLARA LN, ONTARIO, CA, 91761, US

| | 1892 | | 6/4/2019 | 10,000 | 0.02 % |
|---|---|---|---|---|---|

|  | Total Certs: | 1 |  | Total Shares: | 10,000 | 0.02 % |
|---|---|---|---|---|---|---|

**OLGA NIKOLAEVNA NERBA**
LERMONTOVA ST 6-27, KHABAROVSK , 680013, RS

|  | 121 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 32 | 0.00 % |

**OMAR ANTONIO MORALES MANCANO**
RS BOLIVARIANAS BLOQUE 5, ENTRADA 1 PISO 3 APT 303
COCHE, CARACAS , 10091, VE

|  | 103 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**PABLO HERNANDEZ GALLON**
AVE LUIS ROCHE, EDIF TORRE ALTAMIRA PISO 12 APTO
124, CARACAS , 10060, VE

|  | 63 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**PABLO RAFAEL BARRETTO**
RS AYACUCHO UD-4, PISO 2 APT 201 , CARICUAO,
CARACAS,  10041, VE

|  | 14 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**PAMELA AVERY**
43 ARDEN OAK RD,  , SHELDON,  B'HAM, B26 3NA, UK

|  | 8 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**PAUL F PELOSI JR**
2269 CHESTNUT STREET, SAN FRANCISCO, CA, 94123, US

|  | 1754 | 144 | 1/15/2019 | 125,000 | 0.20 % |
|---|---|---|---|---|---|
|  | 1900 | 144 | 9/26/2019 | 125,000 | 0.20 % |
|  | Total Certs: 2 |  | Total Shares: | 250,000 | 0.41 % |

**PAVEL ALEXANDROVICH SIDORKIN**
VOLOCHAEVSKAYA ST 122-18,  , KHABAROVSK, 680000, RS

|  | 152 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 32 | 0.00 % |

**PEDRO MIGUEL CARDOZO AZUAJE**
3RD TRANVESAL LOS CORTIJOS, EDIF LOS CORTISOS II
SEMISOTANO,  , CARACAS, 10021, VE

|  | 11 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: | 13 | 0.00 % |

**PEDRO PABLO GUTIERREZ MORENO**
AVE INTER COMUNAL, EL VALLE RS SAVOY ENTADA 2 PISO
100, APT 100-02 , CARACAS, 10091, VE

|  | 116 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|

| | | | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | | | |

**PEDRO PACHECO**
CARRETERA PANAMERICANA, URB CARRIZAL NO 14 QTAS
LACIMA, LOS TEQUES , 100100, VE

| 133 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|

| | | | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | | | |

**PEI LENG**
754 FARBEN DRIVE, DIAMOND BAR, CA, 91765, US

| 1730 | | 11/29/2018 | 12,500 | 0.02 % |
|---|---|---|---|---|

| | | | Total Shares: | 12,500 | 0.02 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | | | |

**PING FANG & FEN FANG JTTEN**
3673 MONMOUTH AVE., VANCOUVER, BC, CA

| 1997 | 144 | 3/13/2020 | 23,947 | 0.04 % |
|---|---|---|---|---|

| | | | Total Shares: | 23,947 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | | | |

**PING TANG**
15144 20TH ROAD, WHITESTONE, NY, 11357, US

| 2045 | | 4/15/2020 | 128,145 | 0.21 % |
|---|---|---|---|---|

| | | | Total Shares: | 128,145 | 0.21 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | | | |

**QI SHANG CHEN**
126 LEE AVE, SAN FRANCISCO, CA, 94112, US

| 1998 | 144 | 3/13/2020 | 16,827 | 0.03 % |
|---|---|---|---|---|

| | | | Total Shares: | 16,827 | 0.03 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | | | |

**QIANCHENG LI**
ROOM 401, NO.6, LANE17, SOUTH XIYING ROAD, PUDONG
DISTRICT, SHANGHAI, CHINA, 200126, CH

| 1373 | 144 | 2/28/2017 | 5,000 | 0.01 % |
|---|---|---|---|---|

| | | | Total Shares: | 5,000 | 0.01 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | | | |

**QIANG CHEN**
4134 77TH ST. FL2, ELMHURST, NY, 11373, US

| 1999 | 144 | 3/13/2020 | 23,933 | 0.04 % |
|---|---|---|---|---|

| | | | Total Shares: | 23,933 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | | | |

**QIAOQIAO ZHANG**
145-15 21ST AVE APT #2, WHITESTONE, NY, 11357, US

| 1894 | | 6/4/2019 | 5,000 | 0.01 % |
|---|---|---|---|---|

| | | | Total Shares: | 5,000 | 0.01 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | | | |

**QING CHEN**
688 N RIMSDALE ST., #69,, COVINA, 91722,

| 1804 | | 5/7/2019 | 60,000 | 0.10 % |
|---|---|---|---|---|
| 2000 | 144 | 3/13/2020 | 10,387 | 0.02 % |

| | | | Total Shares: | 70,387 | 0.11 % |
|---|---|---|---|---|---|
| Total Certs: | 2 | | | | |

QING LI
349 MISSION RD, GLENDALE, CA, 91205, US

| | | | | | |
|---|---|---|---|---|---|
| | 182 | 144 | 2/13/2001 | 1,875 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 1,875 | 0.00 % |

QINGXIAN XIE
1795 ELLWELL DR, MILPITAS, CA, 95035, US

| | | | | | |
|---|---|---|---|---|---|
| | 448 | 144 | 5/14/2010 | 4,688 | 0.01 % |
| Total Certs: | 1 | | Total Shares: | 4,688 | 0.01 % |

QIUHUA WANG
37 MAPLE ST, ROSLYN, NY, 11577, US

| | | | | | |
|---|---|---|---|---|---|
| | 1927 | 144 | 12/16/2019 | 334,000 | 0.54 % |
| | 1922 | 144 | 12/24/2019 | 1,000,000 | 1.63 % |
| | 2001 | 144 | 3/13/2020 | 39,893 | 0.07 % |
| Total Certs: | 3 | | Total Shares: | 1,373,893 | 2.24 % |

QUAN HU
14480 SANFORD AVE. 1H, , FLUSHING, NY, 11355, US

| | | | | | |
|---|---|---|---|---|---|
| | 1818 | | 7/11/2019 | 100,000 | 0.16 % |
| | 2002 | 144 | 3/13/2020 | 24,333 | 0.04 % |
| Total Certs: | 2 | | Total Shares: | 124,333 | 0.20 % |

RAFAEL ANGEL CHAVEZ
AC PRINCIPAL EL CAFETAL, EDF EL RUKA MATE PISO 4
APT 42, CARACAS,  10081, VE

| | | | | | |
|---|---|---|---|---|---|
| | 33 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

RAFAEL CHENUBINI OCANDO
CENTRO EJECUTIVO LA PIRAMIDE, MEZZ OFIC 21-E , EL
CENTRO, CARACAS , 10058, VE

| | | | | | |
|---|---|---|---|---|---|
| | 127 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

RALPH E HERTER
*PO BOX 8554, HORSESHOE BAY, TX, 78657, US

| | | | | | |
|---|---|---|---|---|---|
| | 239 | 144 | 9/13/2002 | 938 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 938 | 0.00 % |

RALPH HUTCHENS
808 OAK KNOLL DR, LAKE FOREST, IL, 60045, US

| | | | | | |
|---|---|---|---|---|---|
| | 288 | 144 | 9/8/2004 | 1,313 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 1,313 | 0.00 % |

RENJING XIAO
ROOM 1001, BUILDING 10, LANE 518, HUIYUAN ROAD,
JIADING DISTRICT, SHANGHAI, 201815, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1628 | 144 | 6/27/2018 | 20,000 | 0.03 % |

|  | 1759 | 144 | 12/19/2018 | 30,000 | 0.05 % |
|  | 1864 |  | 6/4/2019 | 75,000 | 0.12 % |
| Total Certs: | 3 |  | Total Shares: | 125,000 | 0.20 % |

**RENJING XIAO**
13 YAOWANZI TANGJIANG, TANJIANG TOWN, NANKANG, JIANGXI, 341400, CH

|  | 1635 | 144 | 6/27/2018 | 4,000 | 0.01 % |
| Total Certs: | 1 |  | Total Shares: | 4,000 | 0.01 % |

**RENJUN CHEN**
608 E VALLEY BLVD #243, SAN GABRIEL, CA, 91776, US

|  | 1701 |  | 10/12/2018 | 40,000 | 0.07 % |
| Total Certs: | 1 |  | Total Shares: | 40,000 | 0.07 % |

**RICH HEMMER**
1004 W COUNTRY CLUB DR APT 42, BLOOMINGTON, IN, 47403, US

|  | 79 | 144 | 2/13/2001 | 75 | 0.00 % |
| Total Certs: | 1 |  | Total Shares: | 75 | 0.00 % |

**RICHARD TOVAR**
AV LIBERTADOR BELLO, CAMPO EDIF TEROT PISO 1 OFC 4, CARACAS , 6334, VE

|  | 159 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 |  | Total Shares: | 13 | 0.00 % |

**ROBERT CHARLES BOWMER**
7 FORHILL LEA END LANE, WEATHEROAK, WORCESTERSHIRE,  B38 9ED, UK

|  | 196 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 |  | Total Shares: | 13 | 0.00 % |

**ROBERT F RYAN MD**
5068 SHOSHONE DRIVE, PERDIDO BAY COUNTRY CLUB, PENSACOLA, FL, 32507, US

|  | 248 | 144 | 9/13/2002 | 4,688 | 0.01 % |
| Total Certs: | 1 |  | Total Shares: | 4,688 | 0.01 % |

**ROBERT GEORGE WILLIAM AVERY**
43 ARDEN OAK RD,  , SHELDON,  B'HAM, B26 3NA, UK

|  | 9 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 |  | Total Shares: | 13 | 0.00 % |

**ROBERT J PLISKA**
2864 HWY 66 W, STEVENS POINT, WI, 54481, US

|  | 279 | 144 | 9/8/2004 | 375 | 0.00 % |
| Total Certs: | 1 |  | Total Shares: | 375 | 0.00 % |

**ROBERTO CARLOS DIAZ**
AV PRINSIPAL SAN BERNARDINO, QUINTA PATRICIA, CARACAS , 10041, VE

|  | 53 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 13 |  | 0.00 % |

**ROGER SWETT**
943 VERNON ST APT 6, ALTOONA, WI, 54720, US

|  | 283 | 144 | 9/8/2004 | 657 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 657 |  | 0.00 % |

**ROGER THOMAS SANT**
19 HUNTS FARM CLOSE, TOLLESBURY, MALDON, ESSEX ,
CM9 8QX, UK

|  | 150 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 13 |  | 0.00 % |

**RONALD CISEWSKI**
3128 CHERRY ST, STEVENS POINT, WI, 54481, US

|  | 282 | 144 | 9/8/2004 | 121 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 121 |  | 0.00 % |

**ROSALIA ROMERO**
EDF BANVENDEZ REDUCTO A GLORIETA, AV LECUNA,
CARACAS , 10058, VE

|  | 143 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 13 |  | 0.00 % |

**RUBEN SILVA BOICO**
RES INTERCOMUNAL, PISO 1 APT 1A COCHE, CARACAS,
10091, VE

|  | 194 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 13 |  | 0.00 % |

**RUI GONG**
RM 1201, 10 YUANYANGXINTANDI, XINKAI RD, TIANJIN,
CH

|  | 1913 | 144 | 11/11/2019 | 334,000 | 0.54 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 334,000 |  | 0.54 % |

**RUILU ZHAO**
14 PHEASANT RUN, ROSLYN, NY, 11576, US

|  | 1678 |  | 9/4/2018 | 70,000 | 0.11 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 70,000 |  | 0.11 % |

**RULEI BU**
13915 SCHAEFFER RD., BOYDS, MD, 20841, US

|  | 1904 |  | 10/17/2019 | 60,000 | 0.10 % |
|---|---|---|---|---|---|
|  | 2003 | 144 | 3/13/2020 | 16,827 | 0.03 % |
|  | Total Certs: 2 |  | Total Shares: 76,827 |  | 0.13 % |

**SARA S LEONG**
244 MOSEL AVE., STATEN ISLAND , NY, 10304, US

|  | 1806 |  | 5/15/2019 | 80,000 | 0.13 % |
|---|---|---|---|---|---|

| | 2004 | 144 | 3/13/2020 | 14,547 | 0.02 % |
|---|---|---|---|---|---|
| Total Certs: | 2 | | Total Shares: | 94,547 | 0.15 % |

**SAU LAN CHEUNG**
399 MAPLE ST 2FL, KEARNY, NJ, 07032, US

| | 2005 | 144 | 3/13/2020 | 39,893 | 0.07 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 39,893 | 0.07 % |

**SERGEI KONSTANTINOVICH AFON**
SVETLANSKAY ST 123-18, , VLADIVOSTOK, 681235, RS

| | 2 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**SERGEI MICHAELOVICH NERBA**
SLUZHEBNAYA ST 3-14, KHABAROVSK , 680013, RS

| | 122 | 144 | 2/13/2001 | 94 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 94 | 0.00 % |

**SHAO YUN TENG**
245-16 61ST AVE 2FL , LITTLE NECK, NY, 11362, US

| | 1481 | | 8/16/2017 | 180,000 | 0.29 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 180,000 | 0.29 % |

**SHAOYUN TENG**
245-16 61ST AVE 2ND FLOOR, LITTLE NECK, NY, 11362, US

| | 1665 | | 8/24/2018 | 100,000 | 0.16 % |
|---|---|---|---|---|---|
| | 2006 | 144 | 3/13/2020 | 39,893 | 0.07 % |
| Total Certs: | 2 | | Total Shares: | 139,893 | 0.23 % |

**SHELLY YING SUN**
138-10 FRANKLIN 12B , FLUSHING , NY, 11355, US

| | 2007 | 144 | 3/13/2020 | 23,933 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 23,933 | 0.04 % |

**SHENG FU**
ROOM 405, BUILDING 3, NO 140 LIQUAN ROAD, PUTUO DISTRICT , SHANGHAI, CH

| | 1277 | 144 | 3/26/2014 | 1,000 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,000 | 0.00 % |

**SHENG YAO JIANG**
1470 SHERWOOD DR, E MEADOW, NY, 11554, US

| | 405 | 144 | 5/14/2010 | 1,250 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,250 | 0.00 % |

**SHENGBIAO WU**
48TH HOUSE, 9 DADUI, TANGHUA VILLAGE, BACHE SERVICE AREA, SONGLIN TOW, WUJIANG DISTRICT, SUZHOU CITY, JIANGSU PROVINCE, CHINA, 215222, CH

| | 1374 | 144 | 2/28/2017 | 10,000 | 0.02 % |
|---|---|---|---|---|---|

|  |  | Total Certs: | 1 |  | Total Shares: | 10,000 | 0.02 % |

**SHI LIAN LIU**
3635 WINFIELD LA NW, WASHINGTON, DC, 20007, US

|  |  | 414 | 144 | 5/14/2010 | 2,813 | 0.00 % |
|  |  | Total Certs: | 1 | Total Shares: | 2,813 | 0.00 % |

**SHI-LONG YANG & XIOJIANG CHENG JTWROS**
663 WAGNER ST., FREMONT, CA, 94539, US

|  |  | 2008 | 144 | 3/13/2020 | 27,507 | 0.04 % |
|  |  | Total Certs: | 1 | Total Shares: | 27,507 | 0.04 % |

**SHIXU BAI**
40-26 COLLEGE POINT, QUEENS, NY, 11354, US

|  |  | 1801 |  | 4/25/2019 | 120,000 | 0.20 % |
|  |  | 2009 | 144 | 3/13/2020 | 19,200 | 0.03 % |
|  |  | Total Certs: | 2 | Total Shares: | 139,200 | 0.23 % |

**SHIZHANG LI**
271 DES ROSEAUX RUE, LAVAL, QUEBEC , H7X 4H3, CA

|  |  | 446 | 144 | 5/14/2010 | 1,563 | 0.00 % |
|  |  | Total Certs: | 1 | Total Shares: | 1,563 | 0.00 % |

**SHOULAN  HONG**
ROOM 204, BUILDING 9, YUSHAN VILLAGE, YUSHAN
DISTRICT, MA'ANSHAN, ANHUI PROVINCE, CHINA, 243031,
CH

|  |  | 1370 | 144 | 2/28/2017 | 15,000 | 0.02 % |
|  |  | Total Certs: | 1 | Total Shares: | 15,000 | 0.02 % |

**SHOULAN HONG**
1278 HUOLI ZHEN JIGUAN, HUASHAN DISTRICT
MA'ANSHAN CITY, ANHUI, CH

|  |  | 1279 | 144 | 3/26/2014 | 1,000 | 0.00 % |
|  |  | Total Certs: | 1 | Total Shares: | 1,000 | 0.00 % |

**SHUIBO HE**
1421 S 8TH AVE, ARCADIA, CA, 91066, US

|  |  | 1781 | 144 | 12/19/2018 | 10,000 | 0.02 % |
|  |  | 1886 |  | 6/4/2019 | 30,000 | 0.05 % |
|  |  | Total Certs: | 2 | Total Shares: | 40,000 | 0.07 % |

**SHULIN CHANG**
2102 PARKVIEW LN, MISSOURI CITY, TX, 77459, US

|  |  | 2010 | 144 | 3/13/2020 | 39,893 | 0.07 % |
|  |  | Total Certs: | 1 | Total Shares: | 39,893 | 0.07 % |

**SHUXIN LIN**
22840 HILTON HEAD DR #134, DIAMOND BAR, CA, 91765,
US

|  |  | 1889 |  | 6/4/2019 | 8,000 | 0.01 % |

|  | Total Certs: | 1 |  | Total Shares: | 8,000 | 0.01 % |
|---|---|---|---|---|---|---|

**SILLIO ANTONIO MANANERO LARIVA**
PLAZA CANDELARIA, EDF RUIZ SENOR PISO 4 APT 404,  ,
CARACAS, 10041, VE

| 96 | 144 | 2/13/2001 | 13 | 0.00 % |
|---|---|---|---|---|

|  | Total Certs: | 1 |  | Total Shares: | 13 | 0.00 % |
|---|---|---|---|---|---|---|

**SIWEI YANG**
37796 HYACINTH STREET, NEWARK, CA, 94560, US

| 2011 | 144 | 3/13/2020 | 107,173 | 0.17 % |
|---|---|---|---|---|

|  | Total Certs: | 1 |  | Total Shares: | 107,173 | 0.17 % |
|---|---|---|---|---|---|---|

**STANISLAV NIKOLAEVICH GEMES**
LVA TOLSTOGO ST 22-27,  , KHABAROVSK, 68000, RS

| 68 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|

|  | Total Certs: | 1 |  | Total Shares: | 32 | 0.00 % |
|---|---|---|---|---|---|---|

**STEPAN ALEXANDROVICH DYBOV**
VOLOCHAEVSKAYA ST 122-18, KHABAROVSK,  680000, RS

| 58 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|

|  | Total Certs: | 1 |  | Total Shares: | 32 | 0.00 % |
|---|---|---|---|---|---|---|

**STEPHEN LEE**
435 CHINA BASIN ST UNIT 544, SAN FRANCISCO, CA,
94158, US

| 98 | 144 | 2/13/2001 | 75 | 0.00 % |
|---|---|---|---|---|

|  | Total Certs: | 1 |  | Total Shares: | 75 | 0.00 % |
|---|---|---|---|---|---|---|

**STEVEN MCDERMID**
WEST 1048 SHADY ROAD, SEYMOUR, WI, 54165, US

| 289 | 144 | 9/8/2004 | 657 | 0.00 % |
|---|---|---|---|---|

|  | Total Certs: | 1 |  | Total Shares: | 657 | 0.00 % |
|---|---|---|---|---|---|---|

**SUFANG PENG**

| 1905 | | 10/31/2019 | 12,000 | 0.02 % |
|---|---|---|---|---|

|  | Total Certs: | 1 |  | Total Shares: | 12,000 | 0.02 % |
|---|---|---|---|---|---|---|

**SUIJIE WU**
ROOM #302 11 111 LANE, JIANGSUBEI ROAD, SHANGHAI,
200042, CH

| 1190 | | 9/11/2012 | 7,980 | 0.01 % |
|---|---|---|---|---|

|  | Total Certs: | 1 |  | Total Shares: | 7,980 | 0.01 % |
|---|---|---|---|---|---|---|

**SUIQING WU**
111 NONG JIANGSU N RD. #11-302, CHANGNING
DISTRICT, SHANGHAI, CH

| 1282 | 144 | 3/26/2014 | 6,000 | 0.01 % |
|---|---|---|---|---|

|  | Total Certs: | 1 |  | Total Shares: | 6,000 | 0.01 % |
|---|---|---|---|---|---|---|

**SUIQING WU**
ROOM 702, 4, 1028 LANE, CHANGSHOU RD., SHANGHAI,
200042, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1376 | 144 | 2/28/2017 | 10,000 | 0.02 % |
| | 1772 | 144 | 12/19/2018 | 28,000 | 0.05 % |
| | 1877 | | 6/4/2019 | 60,000 | 0.10 % |
| Total Certs: | 3 | | Total Shares: | 98,000 | 0.16 % |

**SUNGIL WANG**
1418 PALM AVE APT B, SAN GABRIEL, CA, 91766, US

| | | | | | |
|---|---|---|---|---|---|
| | 440 | 144 | 5/14/2010 | 1,250 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 1,250 | 0.00 % |

**SUSAN ELIZABETH CORMELL**
76 GOLDTHORNE AVE, SHELDON , B'HAM,  B26 3LE, UK

| | | | | | |
|---|---|---|---|---|---|
| | 38 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**SUSANA PRADA DE ALLULLI**
EDF BANVENDEZ MEZZANINA DE REDUCTO A GLORIETA,
AV LECUNA, CARACAS , 10058, VE

| | | | | | |
|---|---|---|---|---|---|
| | 45 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**T L YOSHII**
5106 WEST 136TH ST, HAWTHORNE, CA, 90250, US

| | | | | | |
|---|---|---|---|---|---|
| | 250 | 144 | 9/13/2002 | 1,125 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 1,125 | 0.00 % |

**TAK CHAU YEUNG**
150-11 CENTERVILLE ST.,1 FL, OZONE PARK, NY, 11416,
US

| | | | | | |
|---|---|---|---|---|---|
| | 2012 | 144 | 3/13/2020 | 23,933 | 0.04 % |
| Total Certs: | 1 | | Total Shares: | 23,933 | 0.04 % |

**TAT MING CHAN**
1412 GREENBRIAR PARKWAY SUITE 129, CHESAPEAKE, VA,
23320, US

| | | | | | |
|---|---|---|---|---|---|
| | 342 | 144 | 6/19/2009 | 25,000 | 0.04 % |
| Total Certs: | 1 | | Total Shares: | 25,000 | 0.04 % |

**TATYANA ALEXANDROVNA NEVZOROVA**
FRUUZE ST 56-36, KHABAROVSK , 680000, RS

| | | | | | |
|---|---|---|---|---|---|
| | 125 | 144 | 2/13/2001 | 32 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**TATYANA TICHONOVNA RUMINA**
LERMONTOVA ST 6-27, KHABAROVSK,  680013, RS

| | | | | | |
|---|---|---|---|---|---|
| | 146 | 144 | 2/13/2001 | 32 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**TEDDY MAO**
650 N ROSE DRIVE #528, PLACENTIA, CA, 92870, US

| | | | | | |
|---|---|---|---|---|---|
| 1793 | 144 | 12/19/2018 | 10,000 | | 0.02 % |
| Total Certs: 1 | | Total Shares: | 10,000 | | 0.02 % |

**TEONG T NG**
338 W GLENDON WAY #B, SAN GABRIEL, CA, 91776, US

| | | | | | |
|---|---|---|---|---|---|
| 1753 | 144 | 1/28/2019 | 182,000 | | 0.30 % |
| Total Certs: 1 | | Total Shares: | 182,000 | | 0.30 % |

**TERRENCE J CHECK**
1038 MARTIN LSLAND DR, STEVENS POINT, WI, 54481, US

| | | | | | |
|---|---|---|---|---|---|
| 267 | 144 | 9/8/2004 | 469 | | 0.00 % |
| Total Certs: 1 | | Total Shares: | 469 | | 0.00 % |

**THAD KLASINSKI**
317 PRENTICE ST, STEVENS POINT, WI, 54481, US

| | | | | | |
|---|---|---|---|---|---|
| 266 | 144 | 9/8/2004 | 469 | | 0.00 % |
| Total Certs: 1 | | Total Shares: | 469 | | 0.00 % |

**THE 2000 FEIMIN L HSU REVOCABLE LIVING TRUST**
94 DAPHNE, IRVINE, CA, 92606, US

| | | | | | |
|---|---|---|---|---|---|
| 1903 | | 10/9/2019 | 60,000 | | 0.10 % |
| 2013 | 144 | 3/13/2020 | 17,347 | | 0.03 % |
| Total Certs: 2 | | Total Shares: | 77,347 | | 0.13 % |

**THOMAS SHULFER**
*333 WEST KARNER ST, STEVENS POINT, WI, 54481, US

| | | | | | |
|---|---|---|---|---|---|
| 278 | 144 | 9/8/2004 | 94 | | 0.00 % |
| Total Certs: 1 | | Total Shares: | 94 | | 0.00 % |

**TIAN LUO**
RM1105,BLDG5,108 QINZHOU RD, XUHUI DISTRICT,
SHANGHAI, 200030, CH

| | | | | | |
|---|---|---|---|---|---|
| 1372 | 144 | 2/28/2017 | 15,000 | | 0.02 % |
| 1774 | 144 | 12/19/2018 | 30,000 | | 0.05 % |
| 1879 | | 6/4/2019 | 60,000 | | 0.10 % |
| Total Certs: 3 | | Total Shares: | 105,000 | | 0.17 % |

**TING LI**
2675 ALDERWOOD DR, SAN JOSE, CA, 95132, US

| | | | | | |
|---|---|---|---|---|---|
| 1923 | 144 | 12/24/2019 | 334,000 | | 0.54 % |
| 2014 | 144 | 3/13/2020 | 79,773 | | 0.13 % |
| Total Certs: 2 | | Total Shares: | 413,773 | | 0.67 % |

**TODD ZURAWSKI**
301 CANTEBURY DR, PLOVER , WI, 54467, US

| | | | | | |
|---|---|---|---|---|---|
| 1234 | 144 | 1/13/2014 | 938 | | 0.00 % |

| | | | | | |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 938 | 0.00 % |

**TRACY WANG**
626 PEARL STREET, OCEANSIDE, NY, 11572, US

| | | | | | |
|---|---|---|---|---|---|
| | 2015 | 144 | 3/13/2020 | 20,307 | 0.03 % |
| Total Certs: | 1 | | Total Shares: | 20,307 | 0.03 % |

**TUNG MING WONG**
35-47 89 ST 1ST FL, JACKSON HEIGHTS, NY, 11372, US

| | | | | | |
|---|---|---|---|---|---|
| | 422 | 144 | 5/14/2010 | 3,125 | 0.01 % |
| Total Certs: | 1 | | Total Shares: | 3,125 | 0.01 % |

**TUN-YU WANG**
19532 GREY FOX, WALNUT, CA, 91789, US

| | | | | | |
|---|---|---|---|---|---|
| | 167 | 144 | 2/13/2001 | 375 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 375 | 0.00 % |

**VADIM ALEXANDROVICH YUCHNO**
*DZERSHINSKY ST 91-88,    , KHABAROVSK, 680038, RS

| | | | | | |
|---|---|---|---|---|---|
| | 176 | 144 | 2/13/2001 | 32 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**VICTOR CHARLES BOWMER**
*8 BELLAMY FARM RD, SHIRLEY, SOLIHULL,  WEST
MIDLANDS , B9O 3DH, UK

| | | | | | |
|---|---|---|---|---|---|
| | 197 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**VICTOR JOSE MONILLO**
CHACAO AVE EL COLESIO, EDF PRIMAVERA PISO 5 APT 5A,
, CARACAS, 10032, VE

| | | | | | |
|---|---|---|---|---|---|
| | 112 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**VICTOR JOVANNY SUAREZ VALDES PINO**
RS BRAVOS DEAPURE, PISO 5 APT 504 CARICUAO, ,
CARACAS, 10041, VE

| | | | | | |
|---|---|---|---|---|---|
| | 137 | 144 | 2/13/2001 | 13 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 13 | 0.00 % |

**VICTORIA VITALYEVNA BOYARKINA**
LENINGRADSKAYA ST 3-61,    , KHABAROVSK, 680013, RS

| | | | | | |
|---|---|---|---|---|---|
| | 199 | 144 | 2/13/2001 | 32 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**VITALY ALEXANDROVICH BOYARKIN**
LENINGRADSKAYA ST 3-61,   , KHABAROVSK, 680013, RS

| | | | | | |
|---|---|---|---|---|---|
| | 25 | 144 | 2/13/2001 | 32 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**VIVIAN Y LI**
638 N BAYVIEW AVE, SUNNYVALE, CA, 94806, US

| | 411 | 144 | 5/14/2010 | 10,938 | 0.02 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 10,938 | 0.02 % |

**VLADIMIR VIKTOROVICH KNYSHOV**
OBLACHNAY ST 6-27,    , KHABAROVSK, 680014, RS

| | 92 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**VLADIMIR YREVICH DOBROV**
SERYSHEVA ST 13-3, KHABAROVSK , 680028, RS

| | 54 | 144 | 2/13/2001 | 32 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 32 | 0.00 % |

**WAI LAM SUM**
14938 SUGAR SWEET DRIVE, SUGAR LAND, TX, 77498, US

| | 1305 | | 6/27/2014 | 25,000 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 25,000 | 0.04 % |

**WAN HONG WEI**
143 BAY 7 STREET, BROOKLYN, NY, 11228, US

| | 394 | 144 | 12/9/2009 | 25,000 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 25,000 | 0.04 % |

**WAN-PIN CHEN**
10442 SUGAR SANDS CT, SUGAR LAND, TX, 77478, US

| | 401 | 144 | 5/14/2010 | 1,250 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,250 | 0.00 % |

**WARREN WANG**
4953 ADSLEY DR., TEMPLE CITY, CA, 91780, US

| | 1290 | 144 AFFILIATE | 4/10/2014 | 100,000 | 0.16 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 100,000 | 0.16 % |

**WAYNE CISEWSKI**
2311 WASHINGTON AVE, PLOVER, WI, 54467, US

| | 290 | 144 | 9/8/2004 | 161 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 161 | 0.00 % |

**WEI HUA MEI**
255B TARGEE ST, STATEN ISLAND, NY, 10304, US

| | 416 | 144 | 5/14/2010 | 1,250 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,250 | 0.00 % |

**WEI WANG**
4953 ARDSLEY DR, TEMPLE CITY, CA, 91780, US

| | 1132 | 144 AFFILIATE | 3/21/2012 | 14,500 | 0.02 % |
|---|---|---|---|---|---|
| | 1152 | 144 AFFILIATE | 4/24/2012 | 59,929 | 0.10 % |
| | 1171 | 144 AFFILIATE | 7/24/2012 | 14,500 | 0.02 % |
| | 1206 | 144 AFFILIATE | 2/27/2013 | 8,500 | 0.01 % |

| | | | | | |
|---|---|---|---|---|---|
| | 1222 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1223 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1224 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1225 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1226 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1227 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1228 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1231 | 144 AFFILIATE | 9/26/2013 | 45,714 | 0.07 % |
| | 1353 | 144 AFFILIATE | 2/28/2017 | 300,000 | 0.49 % |
| | 1561 | 144 AFFILIATE | 10/31/2017 | 760,000 | 1.24 % |
| | 1794 | 144 AFFILIATE | 3/1/2019 | 1,600,000 | 2.61 % |
| Total Certs: 15 | | | Total Shares: | 3,153,143 | 5.14 % |

WEI WANG & LAN JIANG JTTEN
4953 ARDSLEY DR, TEMPLE CITY, CA, 91780, US

| | | | | | |
|---|---|---|---|---|---|
| | 1216 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1217 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1218 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1219 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1220 | 144 AFFILIATE | 9/26/2013 | 50,000 | 0.08 % |
| | 1221 | 144 AFFILIATE | 9/26/2013 | 31,250 | 0.05 % |
| Total Certs: 6 | | | Total Shares: | 281,250 | 0.46 % |

WEI YU
16332 JINYUQINGQING COMMUNITY, JIUSHI RD, BAQIAO
DISTRICT, XI'AN, SHAANXI PROVINCE, CHINA 710032,

| | | | | | |
|---|---|---|---|---|---|
| | 1398 | 144 | 12/15/2016 | 10,000 | 0.02 % |
| Total Certs: 1 | | | Total Shares: | 10,000 | 0.02 % |

WEI YU
16332 SASHI ROAD, BAQIAO DISTRICT, XIAN, SHAANXI,
710000, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1788 | 144 | 12/19/2018 | 10,000 | 0.02 % |
| Total Certs: 1 | | | Total Shares: | 10,000 | 0.02 % |

WEI ZHANG
222-23 GARLAND DR , BAYSIDE, NY, 11364, US

| | | | | | |
|---|---|---|---|---|---|
| | 2016 | 144 | 3/13/2020 | 39,893 | 0.07 % |
| Total Certs: 1 | | | Total Shares: | 39,893 | 0.07 % |

WEI ZHENG
1728 EASTLEIGH AVE, HACIENDA HTS, CA, 91765, US

| | | | | | |
|---|---|---|---|---|---|
| | 178 | 144 | 2/13/2001 | 375 | 0.00 % |

|  | | Total Certs: | 1 | | Total Shares: | 375 | | 0.00 % |
|---|---|---|---|---|---|---|---|---|

**WEIDA ZHOU**
3814 ULLOA ST, SAN FRANCISCO, CA, 94116, US

| | 1115 | | | 3/8/2012 | 4,375 | 0.01 % |
|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 4,375 | 0.01 % |

**WEIGUO LIU**
4221 DURAN COURT, DUBLIN, CA, 94568, US

| | 1805 | | 5/15/2019 | 60,000 | 0.10 % |
|---|---|---|---|---|---|
| | 2017 | 144 | 3/13/2020 | 10,907 | 0.02 % |
| | Total Certs: | 2 | | Total Shares: | 70,907 | 0.12 % |

**WEIZHI DING**
779 KEVENAIRE DR., MILPITAS, CA, 95035, US

| | 1914 | 144 | 11/11/2019 | 340,000 | 0.55 % |
|---|---|---|---|---|---|
| | 2018 | 144 | 3/13/2020 | 63,827 | 0.10 % |
| | Total Certs: | 2 | | Total Shares: | 403,827 | 0.66 % |

**WEN LING CHIN**
1914 GRAY BIRCH DR, SUGAR LAND, TX, 77479, US

| | 475 | 144 | 5/14/2010 | 1,563 | 0.00 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 1,563 | 0.00 % |

**WENDY KLASINSKI**
317 PRENTICE STREET, STEVENS POINT, WI, 54481, US

| | 298 | 144 | 10/12/2004 | 469 | 0.00 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 469 | 0.00 % |

**WILCO**
236 SOUTH MAIN ST, SALT LAKE CITY, UT, 84101, US

| | 1925 | | 1/24/2020 | 50,000 | 0.08 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 50,000 | 0.08 % |

**WILLIAM FANG**
411 HILLIARD AVENUE, MONTERREY PARK, CA, 91754, US

| | 2019 | 144 | 3/13/2020 | 39,893 | 0.07 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 39,893 | 0.07 % |

**WILLIAM FOX**
1170 MIDDLESEX ROAD, GIBSONIA, PA, 15044, US

| | 1597 | 144 | 3/7/2018 | 3,750 | 0.01 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 3,750 | 0.01 % |

**WILLIAM HOFFMAN**
3001 MICHIGAN AVE, STEVENS POINT, WI, 54481, US

| | 294 | 144 | 9/8/2004 | 657 | 0.00 % |
|---|---|---|---|---|---|
| | Total Certs: | 1 | | Total Shares: | 657 | 0.00 % |

**WILLIAM JIAN CHEN**
76-06 169TH STREET, FRESH MEADOWS, NY, 11366, US

| | | | | | |
|---|---|---|---|---|---|
| 2020 | 144 | 3/13/2020 | 23,946 | | 0.04 % |
| Total Certs: 1 | | Total Shares: 23,946 | | | 0.04 % |

**WILLIAM ROMMEL MONTES ROJAS**
AV INTERCOMUNAL, APT 100-03,  , CARACAS, 10091, VE

| | | | | | |
|---|---|---|---|---|---|
| 142 | 144 | 2/13/2001 | 13 | | 0.00 % |
| Total Certs: 1 | | Total Shares: 13 | | | 0.00 % |

**WILLIAMS MONTES**
RS LONGARAY, PISO 13 APT 13-4 ELVALLE,  , CARACAS, 10090, VE

| | | | | | |
|---|---|---|---|---|---|
| 114 | 144 | 2/13/2001 | 13 | | 0.00 % |
| Total Certs: 1 | | Total Shares: 13 | | | 0.00 % |

**WILMER JOSE DE ABREV VAZQUEZ**
RS VENEZUELA, EDF ORINOCO, PISO 3 APT 3-1 COCHE, CARACAS , 10091, VE

| | | | | | |
|---|---|---|---|---|---|
| 46 | 144 | 2/13/2001 | 13 | | 0.00 % |
| Total Certs: 1 | | Total Shares: 13 | | | 0.00 % |

**WINNIE ZENG**
20 PRESTON STREET, GOFFSTOWN, NH, 03045, US

| | | | | | |
|---|---|---|---|---|---|
| 1195 | | 9/27/2012 | 25,000 | | 0.04 % |
| Total Certs: 1 | | Total Shares: 25,000 | | | 0.04 % |

**XIANFENG MENG**

| | | | | | |
|---|---|---|---|---|---|
| 1906 | 144 | 10/31/2019 | 10,000 | | 0.02 % |
| Total Certs: 1 | | Total Shares: 10,000 | | | 0.02 % |

**XIANG HAN**
3539 WOLF PL, SANTA CLARA, CA, 95051, US

| | | | | | |
|---|---|---|---|---|---|
| 2021 | 144 | 3/13/2020 | 191,467 | | 0.31 % |
| Total Certs: 1 | | Total Shares: 191,467 | | | 0.31 % |

**XIANG YANG YUN**
NO.403 80TH GATE , HUANHU, NANLI HUANHU MIDDLE ROAD, HEXI DIST, TIANJI, CH

| | | | | | |
|---|---|---|---|---|---|
| 1743 | 144 | 11/9/2018 | 60,000 | | 0.10 % |
| Total Certs: 1 | | Total Shares: 60,000 | | | 0.10 % |

**XIANGDONG WANG**
1300 N. VOSBURG DR, AZUSA, CA, 91702, US

| | | | | | |
|---|---|---|---|---|---|
| 1457 | | 6/19/2017 | 125,000 | | 0.20 % |
| Total Certs: 1 | | Total Shares: 125,000 | | | 0.20 % |

**XIANGQUN CHEN**
791 VIDA LARGA LOOP, MILPITAS, CA, 95036, US

| | | | | | |
|---|---|---|---|---|---|
| 1526 | | 9/7/2017 | 37,500 | | 0.06 % |

|  |  | Total Certs: | 1 |  | Total Shares: | 37,500 | 0.06 % |
|---|---|---|---|---|---|---|---|

**XIANYI CAO**
10011 CHESTNUT CREEK WAY, PEARLAND, TX, 77584, US

|  | 1649 |  |  | 7/25/2018 | 37,500 | 0.06 % |
|---|---|---|---|---|---|---|
|  |  | Total Certs: | 1 | Total Shares: | 37,500 | 0.06 % |

**XIAOCHAO LI**
6722 UTOPIA PKWY 1, FRESH MEADOWS, NY, 11365, US

|  | 1697 |  |  | 10/8/2018 | 60,000 | 0.10 % |
|---|---|---|---|---|---|---|
|  |  | Total Certs: | 1 | Total Shares: | 60,000 | 0.10 % |

**XIAOHUI CUI**
33469 CALIBAN DRIVE, FREMONT, CA, 94555, US

|  | 2022 | 144 | 3/13/2020 | 23,947 | 0.04 % |
|---|---|---|---|---|---|
|  |  | Total Certs: | 1 | Total Shares: | 23,947 | 0.04 % |

**XIAOHUI CUI & HAO XU JTWROS**
33469 CALIBAN DR., FREMONT, CA, 94555, US

|  | 1911 | 144 | 11/11/2019 | 334,000 | 0.54 % |
|---|---|---|---|---|---|
|  |  | Total Certs: | 1 | Total Shares: | 334,000 | 0.54 % |

**XIAONING XU**
11130 RANCHITO ST, EL MONTE, CA, 91731, US

|  | 1916 | 144 | 11/11/2019 | 200,000 | 0.33 % |
|---|---|---|---|---|---|
|  |  | Total Certs: | 1 | Total Shares: | 200,000 | 0.33 % |

**XIAOXI MA**
227 W VALLEY BLVD. #208A, SAN GABRIEL, CA, 91776, US

|  | 1709 |  | 10/16/2018 | 60,000 | 0.10 % |
|---|---|---|---|---|---|
|  |  | Total Certs: | 1 | Total Shares: | 60,000 | 0.10 % |

**XIAOYAN WANG**
ROOM402, NO31, LANE 900, NORTH LONGSHUI ROAD,
XUHUI DISTRICT, SHANGHAI, CHINA, 200232, CH

|  | 1633 | 144 | 6/27/2018 | 20,000 | 0.03 % |
|---|---|---|---|---|---|
|  | 1765 | 144 | 12/19/2018 | 33,000 | 0.05 % |
|  | 1870 |  | 6/4/2019 | 80,000 | 0.13 % |
|  |  | Total Certs: | 3 | Total Shares: | 133,000 | 0.22 % |

**XIAOYAN WANG**
YAOJIA 29, LIANHE CUN, LUODIAN ZHEN, BAOSHAN
DISTRICT, SHANGHAI, 201900, CH

|  | 1640 | 144 | 6/27/2018 | 3,000 | 0.00 % |
|---|---|---|---|---|---|
|  |  | Total Certs: | 1 | Total Shares: | 3,000 | 0.00 % |

**XIAOYU SONG**
144-82 37TH AVE, FLUSHING, NY, 11354, US

|  | 2023 | 144 | 3/13/2020 | 15,000 | 0.02 % |
|---|---|---|---|---|---|

|  | | | Total Certs: | 1 | | Total Shares: | 15,000 | 0.02 % |
|---|---|---|---|---|---|---|---|---|

**XIN XU**
# 701 NO 31, 666 LANE, GAOXING ROAD, MINHANG
DISTRICT, SHANGHAI, CH

| | 1276 | 144 | | 3/26/2014 | 1,000 | | 0.00 % |
|---|---|---|---|---|---|---|---|

| | | | Total Certs: | 1 | | Total Shares: | 1,000 | 0.00 % |
|---|---|---|---|---|---|---|---|---|

**XIN YANG**
5175 HUMMINGBIRD DRIVE, BRITISH COLUMBIA,
RICHMOND, V7E 5T7, CA

| | 486 | 144 | | 2/14/2011 | 15,625 | | 0.03 % |
|---|---|---|---|---|---|---|---|

| | | | Total Certs: | 1 | | Total Shares: | 15,625 | 0.03 % |
|---|---|---|---|---|---|---|---|---|

**XING WANG**
18153 RUE ROUSSON, PIERREFONDS, QC, H9K1J7, CA

| | 1558 | | | 11/24/2017 | 75,000 | | 0.12 % |
|---|---|---|---|---|---|---|---|

| | | | Total Certs: | 1 | | Total Shares: | 75,000 | 0.12 % |
|---|---|---|---|---|---|---|---|---|

**XINGPING CHEN**
64 CHANG TANG VILLAGE HEAN, SHUIBU,TAISHAN,
GUANGDONG PROVINCE, CH

| | 1822 | | | 7/12/2019 | 150,000 | | 0.24 % |
|---|---|---|---|---|---|---|---|
| | 2024 | 144 | | 3/13/2020 | 36,653 | | 0.06 % |

| | | | Total Certs: | 2 | | Total Shares: | 186,653 | 0.30 % |
|---|---|---|---|---|---|---|---|---|

**XINGYU WANG**
312 MAJOR KING LANE, FORT WASHINGTON, MD, 20744,
US

| | 1565 | | | 12/29/2017 | 100,000 | | 0.16 % |
|---|---|---|---|---|---|---|---|

| | | | Total Certs: | 1 | | Total Shares: | 100,000 | 0.16 % |
|---|---|---|---|---|---|---|---|---|

**XINGYU WANG**
312 MAJOR KING LN, FORT WASHINGTON, MD, 20744, US

| | 1735 | | | 12/17/2018 | 120,000 | | 0.20 % |
|---|---|---|---|---|---|---|---|
| | 1736 | | | 12/17/2018 | 80,000 | | 0.13 % |
| | 2025 | 144 | | 3/13/2020 | 1,480 | | 0.00 % |

| | | | Total Certs: | 3 | | Total Shares: | 201,480 | 0.33 % |
|---|---|---|---|---|---|---|---|---|

**XINYU ZHU**
98 NONG WUHUA RD, #4-501, HONGKOU DISTRICT,
SHANGHAI, CH

| | 1275 | 144 | | 3/26/2014 | 1,000 | | 0.00 % |
|---|---|---|---|---|---|---|---|

| | | | Total Certs: | 1 | | Total Shares: | 1,000 | 0.00 % |
|---|---|---|---|---|---|---|---|---|

**XINYUN ZHONG**
 ROOM 1001, BUILDING 36, LANE 33, SHENGXINHUAN XI
ROAD,, HUAQIAO TOWN, KUNSHAN, SUZHOU, JIANGSU,
215332, CH

| | 1630 | 144 | | 6/27/2018 | 20,000 | | 0.03 % |
|---|---|---|---|---|---|---|---|
| | 1762 | 144 | | 12/19/2018 | 33,000 | | 0.05 % |

| | | | | | |
|---|---|---|---|---|---|
| | 1867 | | 6/4/2019 | 75,000 | 0.12 % |
| Total Certs: | 3 | | Total Shares: | 128,000 | 0.21 % |

**XINYUN ZHONG**
ROOM 1001, BUILDING 36, LANE 33, SHENGXINHUAN XI
ROAD, HUAQIAO TOWN, KUNSHAN, SUZHOU, JIANGSU
PROVINCE, 215332, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1638 | 144 | 6/27/2018 | 2,000 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 2,000 | 0.00 % |

**XIONGHU CAO**
BUILDING #8, APT 3301, 1 JINGGUAN RD. XI'AN, SHAANXI
PROVINCE, CHINA. 710032,

| | | | | | |
|---|---|---|---|---|---|
| | 1395 | 144 | 12/15/2016 | 10,000 | 0.02 % |
| Total Certs: | 1 | | Total Shares: | 10,000 | 0.02 % |

**XIONGHU CAO**
052 XIMENOING COMMUNITY, FUQIAND ROAD, WAYAO
TOWN, ZICHANG COUNTY , SHAANXI, 717300, CH

| | | | | | |
|---|---|---|---|---|---|
| | 1785 | 144 | 12/19/2018 | 10,000 | 0.02 % |
| Total Certs: | 1 | | Total Shares: | 10,000 | 0.02 % |

**XIULAN CHEN**
216 LINWOOD AVE #3, MONROVIA, CA, 91016, US

| | | | | | |
|---|---|---|---|---|---|
| | 427 | 144 | 5/14/2010 | 6,250 | 0.01 % |
| Total Certs: | 1 | | Total Shares: | 6,250 | 0.01 % |

**XIWEN LE**
72 BAGATELLE RD, MELVILLE, NY, 11747, US

| | | | | | |
|---|---|---|---|---|---|
| | 2026 | 144 | 3/13/2020 | 23,933 | 0.04 % |
| Total Certs: | 1 | | Total Shares: | 23,933 | 0.04 % |

**XIZHEN WU**
4174 COULOMBE DR., POLO ALTO, CA, 94306, US

| | | | | | |
|---|---|---|---|---|---|
| | 1920 | | 11/27/2019 | 200,000 | 0.33 % |
| | 2027 | 144 | 3/13/2020 | 56,107 | 0.09 % |
| Total Certs: | 2 | | Total Shares: | 256,107 | 0.42 % |

**XUEGENG LI**
C/O CHINESE INVESTORS COM INC, 4142 S CATHAY WAY,
AURORA, CO, 80013, US

| | | | | | |
|---|---|---|---|---|---|
| | 468 | 144 | 5/14/2010 | 625 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 625 | 0.00 % |

**YAN DAI**
3017 EISENHOWER AVE, ARCADIA, CA, 91006, US

| | | | | | |
|---|---|---|---|---|---|
| | 1782 | 144 | 12/19/2018 | 7,000 | 0.01 % |
| | 1887 | | 6/4/2019 | 20,000 | 0.03 % |
| Total Certs: | 2 | | Total Shares: | 27,000 | 0.04 % |

**YAN WANG**
7070 COLLIER CANYON RD, LIVERMORE, CA, 94551, US

| | | 2028 | 144 | | 3/13/2020 | 16,627 | | 0.03 % |
|---|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | | Total Shares: | 16,627 | | 0.03 % |

**YAN YUN LEE**
37 SPRING GARDEN AVENUE, NORWICH, CT, 06360, US

| | | 1907 | | | 11/5/2019 | 40,000 | | 0.07 % |
|---|---|---|---|---|---|---|---|---|
| | | 2029 | 144 | | 3/13/2020 | 11,093 | | 0.02 % |
| | Total Certs: | 2 | | | Total Shares: | 51,093 | | 0.08 % |

**YANSHU LI**
40755 MARINO CT, FREMONT, CA, 94539, US

| | | 2030 | 144 | | 3/13/2020 | 23,933 | | 0.04 % |
|---|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | | Total Shares: | 23,933 | | 0.04 % |

**YANXUE LAI**
#104 NO 6, 40 BRANCH LANE, 255 LANE, DEZHOU ROAD,
PUDONG DISTRICT, SHANGHAI, CH

| | | 1274 | 144 | | 3/26/2014 | 1,500 | | 0.00 % |
|---|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | | Total Shares: | 1,500 | | 0.00 % |

**YANXUE LAI**
RM 403,BLDG 11 SHANGGANG 7 VILLAGE, PUDONG NEW
DISTRICT, SHANGHAI, 200126, CH

| | | 1368 | 144 | | 2/28/2017 | 20,000 | | 0.03 % |
|---|---|---|---|---|---|---|---|---|
| | | 1773 | 144 | | 12/19/2018 | 28,000 | | 0.05 % |
| | | 1878 | | | 6/4/2019 | 63,000 | | 0.10 % |
| | Total Certs: | 3 | | | Total Shares: | 111,000 | | 0.18 % |

**YE ZHANG**
392 SARGENT RD., BOXBOROUGH, MA, 01719, US

| | | 2031 | 144 | | 3/13/2020 | 63,840 | | 0.10 % |
|---|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | | Total Shares: | 63,840 | | 0.10 % |

**YEGUANG LIU & JUN LIU JT TEN**
142 EVERWILLOW CLOSE SW, CALGARY, AB, T2H 0G3, CA

| | | 392 | 144 | | 12/9/2009 | 25,000 | | 0.04 % |
|---|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | | Total Shares: | 25,000 | | 0.04 % |

**YI HU**
W UNIT, #402,BUILDING
36,HUILANNANYUAN,CHENGXIANG ST, XIAOSHAN
DISTRICT, HANGZHOU, ZHEJIANG, 311200, CH

| | | 2032 | 144 | | 3/13/2020 | 23,933 | | 0.04 % |
|---|---|---|---|---|---|---|---|---|
| | Total Certs: | 1 | | | Total Shares: | 23,933 | | 0.04 % |

**YIFAN CHEN**
8908 W GOULD WAY, LITTETON, CO, 80123, US

| | | 490 | 144 | | 4/5/2011 | 25,000 | | 0.04 % |
|---|---|---|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 25,000 | 0.04 % |
|---|---|---|---|---|---|---|

**YIFU LEE & CHUNHUA LEE JT TEN**
216 PHEASANT RUN ROAD, MAYS LANDING, NJ, 08330, US

| | 1418 | | 3/27/2017 | 1,563 | 0.00 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 1,563 | 0.00 % |
|---|---|---|---|---|---|---|

**YIMENG ZHANG**
57 ARDMORE, IRVINE, CA, CH

| | 1792 | 144 | 12/19/2018 | 10,000 | 0.02 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 10,000 | 0.02 % |
|---|---|---|---|---|---|---|

**YIMIN LIU**
5830 HART AVENUE, TEMPLE CITY, CALIFORNIA, 91780, US

| | 2033 | 144 | 3/13/2020 | 23,973 | 0.04 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 23,973 | 0.04 % |
|---|---|---|---|---|---|---|

**YIMING ZHENG**
19 EDMUNDS ST, CAMBRIDGE, MA, US

| | 1676 | | 8/31/2018 | 90,000 | 0.15 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 90,000 | 0.15 % |
|---|---|---|---|---|---|---|

**YING CHEN**
19505 38TH AVE NE, LAKE FOREST PARK, WA, 98115, US

| | 485 | 144 | 2/14/2011 | 15,625 | 0.03 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 15,625 | 0.03 % |
|---|---|---|---|---|---|---|

**YING CHEN**
4001 BRIAR PARK DR, HOUSTON, TX, 77450, US

| | 1304 | | 6/27/2014 | 225,000 | 0.37 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 225,000 | 0.37 % |
|---|---|---|---|---|---|---|

**YING LI DIEP**
2947 WHITTINGTON DR, SAN JOSE, CA, 95148, US

| | 180 | 144 | 2/13/2001 | 9,375 | 0.02 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 9,375 | 0.02 % |
|---|---|---|---|---|---|---|

**YING LU**
30 N XIAOYAO RD., CHENGGUANZHEN, MENGCHENG, ANHUI, CH

| | 1272 | 144 | 3/26/2014 | 3,000 | 0.00 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 3,000 | 0.00 % |
|---|---|---|---|---|---|---|

**YING LU**
ROOM 702, NO. 5 LANE, 580 WANYUAN RD., MINHANG DISTRICT SHANGHAI, CHINA, 201102, CH

| | 1375 | 144 | 2/28/2017 | 10,000 | 0.02 % |
|---|---|---|---|---|---|

| | Total Certs: | 1 | | Total Shares: | 10,000 | 0.02 % |
|---|---|---|---|---|---|---|

**YING SHAO**
800 W MENGJIANGNV AVENUE, APT# 10,1-106, JINSHI,
HUNAN, 415400, CH

| | 1261 | 144 | 3/26/2014 | 10,000 | 0.02 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 10,000 | 0.02 % |

**YING SHAO**
800 MENGJIANV AVE BLDG 10, UNIT1,RM106,, JINSHI,
HUNAN, 415400, CH

| | 1356 | 144 | 2/28/2017 | 40,000 | 0.07 % |
|---|---|---|---|---|---|
| | 1758 | 144 | 12/19/2018 | 50,000 | 0.08 % |
| | 1863 | | 6/4/2019 | 110,000 | 0.18 % |
| Total Certs: | 3 | | Total Shares: | 200,000 | 0.33 % |

**YING SUN**
#403 NO.8 305 LANE ZHENGTONG ROAD, YANGPU
DISTRICT, SHANGHAI, CH

| | 1281 | 144 | 3/26/2014 | 1,500 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,500 | 0.00 % |

**YING WONG**
5100 LE MICCINE TERRACE, SAN JOSE, CA, 95129, US

| | 1351 | | 2/22/2017 | 25,000 | 0.04 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 25,000 | 0.04 % |

**YING ZHU**
144-70 41 ST AVE. #3M, FLUSHING , NY, 11355, US

| | 2034 | 144 | 3/13/2020 | 27,920 | 0.05 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 27,920 | 0.05 % |

**YIQING ZHENG**
ROOM 605, NO 864 HUAIDE ROAD, YANGPU DISTRICT,
SHANGHAI, CH

| | 1273 | 144 | 3/26/2014 | 1,500 | 0.00 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 1,500 | 0.00 % |

**YIQUN QIU**
ROOM 502, 24, TONGCHUN RD, PUTOU DISTRICT,
SHANGHAI, 200333, CH

| | 2035 | 144 | 3/13/2020 | 47,893 | 0.08 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 47,893 | 0.08 % |

**YOKE PENG LIEW**
2232 61ST , 2FL, BROOKLYN, NY, 11204, US

| | 2036 | 144 | 3/13/2020 | 15,947 | 0.03 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 15,947 | 0.03 % |

**YONG HONG YAO**
5722 FLEET, HAMPSTEAD, H3X1G7, CA

| | 1053 | | 2/8/2012 | 25,000 | 0.04 % |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1462 | | | 7/6/2017 | 37,500 | 0.06 % |
| Total Certs: | 2 | | Total Shares: | 62,500 | 0.10 % |

**YONG YU**
2203-930 CAMBIE ST., VANCOUVER, BC, V6B5X6, CA

| | | | | | |
|---|---|---|---|---|---|
| 2037 | 144 | | 3/13/2020 | 23,933 | 0.04 % |
| Total Certs: | 1 | | Total Shares: | 23,933 | 0.04 % |

**YU QI ZHENG-FREDERICKS**
238 VERNON VALLEY RD, NORTHPORT, NY, 11768, US

| | | | | | |
|---|---|---|---|---|---|
| 1924 | 144 | | 12/24/2019 | 334,000 | 0.54 % |
| 2038 | 144 | | 3/13/2020 | 49,013 | 0.08 % |
| Total Certs: | 2 | | Total Shares: | 383,013 | 0.62 % |

**YUE WU**
ROOM 404, BUILDING 4, LANE 1910, XINZHA ROAD,
JING'AN DISTRICT, SHANGHAI, CHINA, 200042, JING'AN
DISTRICT, SHANGHAI, 200042, CH

| | | | | | |
|---|---|---|---|---|---|
| 1364 | 144 | | 2/28/2017 | 5,000 | 0.01 % |
| 1766 | 144 | | 12/19/2018 | 25,000 | 0.04 % |
| 1871 | | | 6/4/2019 | 55,000 | 0.09 % |
| Total Certs: | 3 | | Total Shares: | 85,000 | 0.14 % |

**YUK TUNG KENNETH HO**
67-25 DARTMOUTH ST APT 6H, FOREST HILLS, NY, 11375,
US

| | | | | | |
|---|---|---|---|---|---|
| 442 | 144 | | 5/14/2010 | 1,250 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 1,250 | 0.00 % |

**YUNHAN XU**
ROOM 17B, NO. 19, LANE 99, EAST NANDAN ROAD,
XUHUI, SHANGHAI, 200030, CH

| | | | | | |
|---|---|---|---|---|---|
| 1872 | | | 6/4/2019 | 8,000 | 0.01 % |
| Total Certs: | 1 | | Total Shares: | 8,000 | 0.01 % |

**YUN-MEI LEE**
2843 AVENEL STREET, LOS ANGELES, CA, 90039, US

| | | | | | |
|---|---|---|---|---|---|
| 410 | 144 | | 5/14/2010 | 1,250 | 0.00 % |
| Total Certs: | 1 | | Total Shares: | 1,250 | 0.00 % |

**ZHEN FEN GUO**
528 WELLINGTON CT., WEST FARGO, ND, 58078, US

| | | | | | |
|---|---|---|---|---|---|
| 1909 | | | 11/12/2019 | 60,000 | 0.10 % |
| 2039 | 144 | | 3/13/2020 | 17,280 | 0.03 % |
| Total Certs: | 2 | | Total Shares: | 77,280 | 0.13 % |

**ZHEN YING LIU**
2123 CLINTON AVE #C, ALAMEDA, CA, 94501, US

| | | | | | |
|---|---|---|---|---|---|
| 1109 | | | 3/6/2012 | 25,000 | 0.04 % |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Total Certs: | 1 |  | Total Shares: | 25,000 | 0.04 % |

**ZHENG GE**
1850 BATSON AVE #207, ROLLAND HTS, CA, 91748, US

| 67 | 144 | 2/13/2001 | 12,500 | 0.02 % |
|---|---|---|---|---|
| Total Certs: 1 |  | Total Shares: | 12,500 | 0.02 % |

**ZHENG GE**
2 COURTNEY CRES., RICHMOND HILL, ON, L4E 4C1, CA

| 1378 | 144 | 2/28/2017 | 15,000 | 0.02 % |
|---|---|---|---|---|
| 1775 | 144 | 12/19/2018 | 25,000 | 0.04 % |
| 1880 |  | 6/4/2019 | 60,000 | 0.10 % |
| Total Certs: 3 |  | Total Shares: | 100,000 | 0.16 % |

**ZHILAN GONG**
245-16 61ST AVE, LITTLE NECK, NY, 11362, US

| 1673 |  | 8/29/2018 | 70,000 | 0.11 % |
|---|---|---|---|---|
| 2040 | 144 | 3/13/2020 | 31,906 | 0.05 % |
| Total Certs: 2 |  | Total Shares: | 101,906 | 0.17 % |

**ZHIPING ZHOU**
2209 LOS PADRES DR, ROWLAND HEIGHTS, CA, 91748, US

| 2041 | 144 | 3/13/2020 | 23,933 | 0.04 % |
|---|---|---|---|---|
| Total Certs: 1 |  | Total Shares: | 23,933 | 0.04 % |

**ZHOU ZOU**
1967 ARCDALE AVE., ROWLAND HEIGHTS, CA, 91748, US

| 2042 | 144 | 3/13/2020 | 23,933 | 0.04 % |
|---|---|---|---|---|
| Total Certs: 1 |  | Total Shares: | 23,933 | 0.04 % |

**ZI XU ZHU**
531 WILLOW AVE., MILPITAS, CA, 95035, US

| 1809 |  | 5/24/2019 | 60,000 | 0.10 % |
|---|---|---|---|---|
| 2043 | 144 | 3/13/2020 | 11,507 | 0.02 % |
| Total Certs: 2 |  | Total Shares: | 71,507 | 0.12 % |

| Total Unrestricted Certificates: | 234 | Total Unrestricted Shares | 43,183,827 |
|---|---|---|---|
| Total Restricted Certificates: | 520 | Total Restricted Shares: | 18,188,807 |
| Total Certificates: | 754 | Total Outstanding Shares: | 61,372,634 |

**CHINESEINVESTORS.COM, INC.**

CUSIP:   16947Q302
Ticker:   CIIXPFD

**Globex Transfer, LLC**

780 Deltona Blvd., Suite 202
Deltona, FL 32725
(813) 344-4490 Fax: (386) 267-3124

# Shareholders With Certificate Detail

| Registration | Certificate Number | Stop Type | Issue Date | Shares | % |
|---|---|---|---|---|---|
| CHAO QIONG HU<br>120 HICKS LANE, GREAT NECK, NY, 11024, US | | | | | |
| | 1017 | 144 | 2/15/2012 | 80,000 | 17.98 % |
| | Total Certs: 1 | | Total Shares: | 80,000 | 17.98 % |
| CHHOEUNG EAV CHANG<br>5214 GLEN VISTA DRIVE, GARLAND, TX, 75044, US | | | | | |
| | 1048 | 144 | 2/29/2012 | 20,000 | 4.49 % |
| | Total Certs: 1 | | Total Shares: | 20,000 | 4.49 % |
| GUOLIAN ZHANG<br>2376 BURGUNDY WAY, FAIRFIELD, CA, 94533, US | | | | | |
| | 1013 | 144 | 2/15/2012 | 20,000 | 4.49 % |
| | Total Certs: 1 | | Total Shares: | 20,000 | 4.49 % |
| HEA WANG<br>113 GLENN CIRCLE, WILLIAMSBURG, VA, 23185, US | | | | | |
| | 1043 | 144 | 2/29/2012 | 20,000 | 4.49 % |
| | Total Certs: 1 | | Total Shares: | 20,000 | 4.49 % |
| HONGMING LI<br>216 LINWOOD AVENUE, MONROVIA, CA, 91016, US | | | | | |
| | 1053 | 144 | 2/29/2012 | 20,000 | 4.49 % |
| | Total Certs: 1 | | Total Shares: | 20,000 | 4.49 % |
| JACQUELINE CHEN<br>456 SWANSEA GLEN , ESCONDIDO, CA, 92027, US | | | | | |
| | 1047 | 144 | 2/29/2012 | 20,000 | 4.49 % |
| | Total Certs: 1 | | Total Shares: | 20,000 | 4.49 % |
| JIAN YONG YU<br>130 FORTISSIMO DR, HAMILTON,  ONTARIO, L9C 0B8, CA | | | | | |
| | 1009 | 144 | 2/15/2012 | 20,000 | 4.49 % |
| | Total Certs: 1 | | Total Shares: | 20,000 | 4.49 % |
| LIYAN QIAN<br>3 CHATEAU COURT, DANVILLE, CA, 94506, US | | | | | |
| | 1049 | 144 | 2/29/2012 | 30,000 | 6.74 % |
| | Total Certs: 1 | | Total Shares: | 30,000 | 6.74 % |
| NEILSON ZENG<br>180 EDMONTON DRIVE, TORONTO, ONTARIO, M2J 3X5, CA | | | | | |
| | 1005 | 144 | 2/15/2012 | 25,000 | 5.62 % |

|  | | | | Total Certs: | 1 |  | Total Shares: | 25,000 | 5.62 % |
|---|---|---|---|---|---|---|---|---|---|

**WAI PAN LAM**
128 WEST WOODRUFF AVENUE, ARCADIA, CA, 91007, US

|  | 1007 | 144 | 2/15/2012 | 20,000 | 4.49 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 20,000 | 4.49 % |

**YAN ZHANG**
7 COBBLESTONE DR, UPPER SADDLE RIVER, NJ, 07458, US

|  | 1025 | 144 | 2/15/2012 | 50,000 | 11.24 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 50,000 | 11.24 % |

**YANG XU**
1843 64TH STREET, BROOKLYN, NY, 11204, US

|  | 1028 | 144 | 2/15/2012 | 70,000 | 15.73 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 70,000 | 15.73 % |

**YEGUANG LIU**
142 EVERWILLOW CLOSE SW, CALGARY, AB, T2Y 4G6, CA

|  | 1040 | 144 | 2/15/2012 | 30,000 | 6.74 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 30,000 | 6.74 % |

**YING CHEN**
19505 38TH AVE NE, LAKE FOREST PARK, WA, 98115, US

|  | 1019 | 144 | 2/15/2012 | 20,000 | 4.49 % |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 20,000 | 4.49 % |

| Total Unrestricted Certificates: | 0 | Total Unrestricted Shares | 0 |
|---|---|---|---|
| Total Restricted Certificates: | 14 | Total Restricted Shares: | 445,000 |
| Total Certificates: | 14 | Total Outstanding Shares: | 445,000 |

**CHINESEINVESTORS.COM, INC.**

CUSIP:   16947Q401
Ticker:   CIIXPFDA

**Globex Transfer, LLC**

780 Deltona Blvd., Suite 202
Deltona, FL 32725
(813) 344-4490  Fax: (386) 267-3124

# Shareholders With Certificate Detail

| Registration | | Certificate Number | Stop Type | Issue Date | Shares | % |
|---|---|---|---|---|---|---|
| KAREN LIU<br>1373 PHELPS AVE #12, SAN JOSE, CA, 95117, US | | | | | | |
| | | 2081 | 144 | 9/15/2017 | 16,000 | 4.49 % |
| | Total Certs: | 1 | | Total Shares: | 16,000 | 4.49 % |
| PEISHENG QIAN<br>NO 666 DAPU RD # 1501 BUILDING 2, SHANGHAI , PRC 200023, CH | | | | | | |
| | | 2038 | 144 | 2/13/2015 | 200,000 | 56.18 % |
| | Total Certs: | 1 | | Total Shares: | 200,000 | 56.18 % |
| QI SHANG CHEN<br>126 LEE AVE, SAN FRANCISCO, CA, 94112, US | | | | | | |
| | | 2068 | 144 | 8/6/2015 | 30,000 | 8.43 % |
| | Total Certs: | 1 | | Total Shares: | 30,000 | 8.43 % |
| RANDY HOU<br>4422 LAKESIDE MEADOW DR, MISSOURI, TX, 77459, US | | | | | | |
| | | 2042 | 144 | 2/13/2015 | 30,000 | 8.43 % |
| | Total Certs: | 1 | | Total Shares: | 30,000 | 8.43 % |
| WAYNE FAN<br>6163 RAMUNDO CT, CINCINNATI, OH, 45230, US | | | | | | |
| | | 2082 | LOST OR STOLEN | 4/4/2018 | 50,000 | 14.04 % |
| | Total Certs: | 1 | | Total Shares: | 50,000 | 14.04 % |
| WINNIE CHU<br>1427 RASPBERRY CT, EDISON, NJ, 08817, US | | | | | | |
| | | 2044 | 144 | 2/13/2015 | 30,000 | 8.43 % |
| | Total Certs: | 1 | | Total Shares: | 30,000 | 8.43 % |

| | | | | |
|---|---|---|---|---|
| Total Unrestricted Certificates: | 0 | Total Unrestricted Shares | | 0 |
| Total Restricted Certificates: | 6 | Total Restricted Shares: | | 356,000 |
| Total Certificates: | 6 | Total Outstanding Shares: | | 356,000 |

**CHINESEINVESTORS.COM, INC.**

CUSIP:
Ticker:   CIIXPFDC

**Globex Transfer, LLC**

780 Deltona Blvd., Suite 202
Deltona, FL  32725
(813) 344-4490  Fax: (386) 267-3124

## Shareholders With Certificate Detail

| Registration | | Certificate Number | Stop Type | Issue Date | Shares | % |
|---|---|---|---|---|---|---|
| QISHANG CHEN<br>126 LEE AVENUE, SAN FRANCISCO, CA, 94112, US | | | | | | |
| | | 3041 | 144 | 1/17/2017 | 30,000 | 15.54 % |
| | Total Certs: 1 | | | Total Shares: | 30,000 | 15.54 % |
| SONGWEI ZHUANG<br>3951 STOLBERG ST, RICHMOND, BC, CA | | | | | | |
| | | 3043 | 144 | 1/17/2017 | 33,000 | 17.10 % |
| | Total Certs: 1 | | | Total Shares: | 33,000 | 17.10 % |
| SUYIH ALLAN YEH<br>714 HEBRIDES WAY, SUNNYVALE, CA, 94087, US | | | | | | |
| | | 3092 | 144 | 1/21/2017 | 30,000 | 15.54 % |
| | Total Certs: 1 | | | Total Shares: | 30,000 | 15.54 % |
| XIAODONG GAI<br>RM 201, TOWER CHUAYUE GUOJI , NO. 118 DATUNLI,<br>CHAOYANG DISTRICT, BEIJING, 100108, CH | | | | | | |
| | | 3052 | 144 | 1/10/2017 | 100,000 | 51.81 % |
| | Total Certs: 1 | | | Total Shares: | 100,000 | 51.81 % |

| | | | | |
|---|---|---|---|---|
| Total Unrestricted Certificates: | 0 | Total Unrestricted Shares | | 0 |
| Total Restricted Certificates: | 4 | Total Restricted Shares: | | 193,000 |
| Total Certificates: | 4 | Total Outstanding Shares: | | 193,000 |

**CHINESEINVESTORS.COM, INC.**

**Globex Transfer, LLC**

CUSIP:   16947Q500
Ticker:   CIIXPFDD

780 Deltona Blvd., Suite 202
Deltona, FL  32725
(813) 344-4490 Fax: (386) 267-3124

# Shareholders With Certificate Detail

| Registration | Certificate Number | Stop Type | Issue Date | Shares | % |
|---|---|---|---|---|---|
| **ANDERSON DENG**<br>61 EAST BROADWAY, #4, NEW YORK, NY, 10002, US | | | | | |
| | 4217 | 144 | 10/1/2018 | 33,000 | 0.63 % |
| Total Certs: 1 | | | Total Shares: | 33,000 | 0.63 % |
| **BO LIANG**<br>163 BAY 34 ST #1F, BROOKLYN, NY, 11214, US | | | | | |
| | 4148 | 144 | 7/19/2018 | 50,000 | 0.96 % |
| Total Certs: 1 | | | Total Shares: | 50,000 | 0.96 % |
| **BOCHAO ZHANG**<br>3481 BISHOP PLACE, COQUTLIAM, BC, V3E 0K2, CH | | | | | |
| | 4141 | 144 | 7/19/2018 | 30,000 | 0.57 % |
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |
| **CHANGQI LIU**<br>140-24 NEGUNDO AVE, 2 FL, FLUSHING, NY, 11355, US | | | | | |
| | 4173 | 144 | 6/19/2018 | 30,000 | 0.57 % |
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |
| **CHAO JUNG CHEN**<br>1108 S CALIFORNIA AVE, WEST COVINA, CA, 91790, US | | | | | |
| | 4063 | 144 | 12/19/2017 | 10,000 | 0.19 % |
| | 4121 | 144 | 12/29/2017 | 10,000 | 0.19 % |
| | 4181 | 144 | 5/18/2018 | 20,000 | 0.38 % |
| | 4183 | 144 | 6/14/2018 | 10,000 | 0.19 % |
| | 4226 | 144 | 11/20/2018 | 30,000 | 0.57 % |
| Total Certs: 5 | | | Total Shares: | 80,000 | 1.53 % |
| **CHARLIE CHENGCHANG CHAO**<br>3745 GIBSON RD APT E, EL MONTE, CA, 91731, US | | | | | |
| | 4019 | 144 | 8/8/2017 | 50,000 | 0.96 % |
| Total Certs: 1 | | | Total Shares: | 50,000 | 0.96 % |
| **CHENYAN LIU**<br>75-20 BELL BLVD #4F, OAKLAND GARDENS , NY, 11364, US | | | | | |
| | 4207 | 144 | 8/31/2018 | 50,000 | 0.96 % |
| Total Certs: 1 | | | Total Shares: | 50,000 | 0.96 % |
| **CHINFANG CHEN**<br>12617 RICHMOND RUN DR, RALEIGH, NC, 27614, US | | | | | |

| | 4199 | 144 | 9/5/2018 | 50,000 | 0.96 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 50,000 | 0.96 % |

**CHIR-HSIN TIEN**
16 LONGMEADOW CRESCENT, MARKHAM, ON, L3R 3J5, CA

| | 4073 | 144 | 12/20/2017 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |

**CHRISTINA ZHENG**
12617 RICHMOND RUN DR, RALEIGH, NC, 27614, US

| | 4200 | 144 | 9/5/2018 | 40,000 | 0.77 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 40,000 | 0.77 % |

**CHUCK CHEN**
17036 WEDGEWORTH DRIVE, HACIENDA HTS, CA, 91745,
US

| | 4117 | 144 | 1/2/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
| | 4123 | 144 | 1/2/2018 | 30,000 | 0.57 % |
| | 4114 | 144 | 1/30/2018 | 10,000 | 0.19 % |
| | 4129 | 144 | 1/30/2018 | 10,000 | 0.19 % |
| | 4204 | 144 | 8/15/2018 | 40,000 | 0.77 % |
| | 4220 | 144 | 10/15/2018 | 40,000 | 0.77 % |
| Total Certs: 6 | | | Total Shares: | 160,000 | 3.06 % |

**CHUCK CHEN**
17036 WEDGE WORTH DR, HACIENDA HEIGHTS, CA,
91745, US

| | 4166 | 144 | 5/20/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |

**CHUNPING LI**
516 W. FERN DR, FULLERTON, CA, 90833, US

| | 4245 | 144 | 12/18/2017 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |

**DANNY YANG LIU**
16989 VIANA DR., CHINO HILLS, CA, 91709, US

| | 4074 | 144 | 11/29/2017 | 50,000 | 0.96 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 50,000 | 0.96 % |

**DIANYING JING**
37 BROOKVILLE RD., GLEN HEAD, NY, 11545, US

| | 4146 | 144 | 7/19/2018 | 50,000 | 0.96 % |
|---|---|---|---|---|---|
| | 4147 | 144 | 7/19/2018 | 50,000 | 0.96 % |
| Total Certs: 2 | | | Total Shares: | 100,000 | 1.91 % |

**EMILY YEH IVERSON**
411 SOUTH FERNWOOD CIRCLE, SUNNYVALE, CA, 94085, US

| | | | | | |
|---|---|---|---|---|---|
| | 4037 | 144 | 9/19/2017 | 30,000 | 0.57 % |
| | Total Certs: 1 | | Total Shares: | 30,000 | 0.57 % |

**EMILY YU**
6568 PINE MEADOW CIRCLE, STOCKTON, CA, 95219, US

| | | | | | |
|---|---|---|---|---|---|
| | 4232 | 144 | 11/20/2018 | 30,000 | 0.57 % |
| | Total Certs: 1 | | Total Shares: | 30,000 | 0.57 % |

**ETHEL LIU WAN**
539 28TH AVE. APT#2, SAN FRANCISCO, CA, 94121, US

| | | | | | |
|---|---|---|---|---|---|
| | 4224 | 144 | 11/9/2018 | 50,000 | 0.96 % |
| | Total Certs: 1 | | Total Shares: | 50,000 | 0.96 % |

**FAI LAM**
146-07 HOLLY AVE., FLUSHING , NY, 11355, US

| | | | | | |
|---|---|---|---|---|---|
| | 4214 | 144 | 10/15/2018 | 30,000 | 0.57 % |
| | Total Certs: 1 | | Total Shares: | 30,000 | 0.57 % |

**FANG FANG**
2217 DUNRAVEN LANE, HOUSTON, TX, 77019, US

| | | | | | |
|---|---|---|---|---|---|
| | 4197 | 144 | 9/5/2018 | 30,000 | 0.57 % |
| | Total Certs: 1 | | Total Shares: | 30,000 | 0.57 % |

**FANG SUN**
1953 BARRY AVE, LOS ANGELES, CA, 90025, US

| | | | | | |
|---|---|---|---|---|---|
| | 4187 | 144 | 8/30/2018 | 30,000 | 0.57 % |
| | Total Certs: 1 | | Total Shares: | 30,000 | 0.57 % |

**FENG HU**
DONGXINLAIYIN YUAN 6-201, XIAOSHAN DISTRICT, HANGZHOU, ZHEJIANG PROVINCE, 311202, CH

| | | | | | |
|---|---|---|---|---|---|
| | 4033 | 144 | 8/9/2017 | 50,000 | 0.96 % |
| | Total Certs: 1 | | Total Shares: | 50,000 | 0.96 % |

**FRANK GANG CHEN**
10970 NORTHSKY SQ, CUPERTINO, CA, 95014, US

| | | | | | |
|---|---|---|---|---|---|
| | 4060 | 144 | 12/13/2017 | 50,000 | 0.96 % |
| | 4128 | 144 | 1/28/2018 | 50,000 | 0.96 % |
| | 4119 | 144 | 1/30/2018 | 50,000 | 0.96 % |
| | 4203 | 144 | 8/8/2018 | 50,000 | 0.96 % |
| | Total Certs: 4 | | Total Shares: | 200,000 | 3.83 % |

**GUOGEN ZHANG**
6918 GLENVIEW DR, SAN JOSE, CA, 95120, US

| | | | | | |
|---|---|---|---|---|---|
| | 4211 | 144 | 9/25/2018 | 100,000 | 1.91 % |
| | Total Certs: 1 | | Total Shares: | 100,000 | 1.91 % |

**HAN MAN ENG**
67 HOLLY HILL DRIVE, UNCASVILLE, CT, US

| | | | | | |
|---|---|---|---|---|---|
| | 4206 | 144 | 8/28/2018 | 30,000 | 0.57 % |
| Total Certs: | 1 | | Total Shares: | 30,000 | 0.57 % |

**HONGBING YIN**
2217 BEARDEN STREET, DAVIS, CA, 95618, US

| | | | | | |
|---|---|---|---|---|---|
| | 4079 | 144 | 12/8/2017 | 50,050 | 0.96 % |
| | 4143 | 144 | 7/19/2018 | 30,000 | 0.57 % |
| Total Certs: | 2 | | Total Shares: | 80,050 | 1.53 % |

**HUI ZHANG**
704-4759 VALLEY DRIVE, VANCOUVER, BC, CA

| | | | | | |
|---|---|---|---|---|---|
| | 4111 | 144 | 12/26/2017 | 150,000 | 2.87 % |
| Total Certs: | 1 | | Total Shares: | 150,000 | 2.87 % |

**JACQUELINE MI.**
16 STONER AVE APT 3G, GREAT NECK, NY, 11021, US

| | | | | | |
|---|---|---|---|---|---|
| | 4080 | 144 | 11/30/2017 | 30,000 | 0.57 % |
| Total Certs: | 1 | | Total Shares: | 30,000 | 0.57 % |

**JASON WENHONG HE**
38 SANTA BARBARA AVE., SAN FRANCISCO, CA, 94112, US

| | | | | | |
|---|---|---|---|---|---|
| | 4152 | 144 | 7/19/2018 | 30,000 | 0.57 % |
| Total Certs: | 1 | | Total Shares: | 30,000 | 0.57 % |

**JIA QING ZHANG**
9829 E. LEMON AVE, ARCADIA, CA, 91790, US

| | | | | | |
|---|---|---|---|---|---|
| | 4179 | 144 | 5/9/2018 | 30,000 | 0.57 % |
| | 4202 | 144 | 7/24/2018 | 470,000 | 9.00 % |
| Total Certs: | 2 | | Total Shares: | 500,000 | 9.57 % |

**JIAN LIU**
20602 CRESTLINE DR, DIAMOND BAR, CA, 91765, US

| | | | | | |
|---|---|---|---|---|---|
| | 4082 | 144 | 12/11/2017 | 50,000 | 0.96 % |
| | 4235 | 144 | 11/20/2018 | 50,000 | 0.96 % |
| Total Certs: | 2 | | Total Shares: | 100,000 | 1.91 % |

**JIANGUO CHEN**
1728 HIGHLAND OAKS BLVD., LUTZ, FL, 33559, US

| | | | | | |
|---|---|---|---|---|---|
| | 4035 | 144 | 9/13/2017 | 50,000 | 0.96 % |
| | 4084 | 144 | 11/30/2017 | 50,000 | 0.96 % |
| Total Certs: | 2 | | Total Shares: | 100,000 | 1.91 % |

**JIANGUO ZHANG**
1450 BELLWOOD RD, SAN MARINO, CA, 91108, US

| | | | | | |
|---|---|---|---|---|---|
| | 4230 | 144 | 11/20/2018 | 100,000 | 1.91 % |
| Total Certs: | 1 | | Total Shares: | 100,000 | 1.91 % |

**JIE WU**
2828 WEST 20TH AVE., VANCOUVER, BC, V6L1H3, CA

| | 4031 | 144 | 8/14/2017 | 100,000 | 1.91 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 100,000 | 1.91 % |

**JIEXI LIU**
400 CHAGALL ST, MOUNTAIN VIEW, CA, 94041, US

| | 4023 | 144 | 8/9/2017 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |

**JIEXI LIU**
400 CHAGALL ST, MOUNTAIN VIEW, CA, 94041, US

| | 4086 | 144 | 12/18/2017 | 60,000 | 1.15 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 60,000 | 1.15 % |

**JIN YANG**
1860 TICE CREEK DR. #1252, WALNUT CREEK, CA, 94595,

| | 4087 | 144 | 12/14/2017 | 60,000 | 1.15 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 60,000 | 1.15 % |

**JOHN YUAN**
81 CRESCENT CREEK WAY, SELKIRK, NY, 12158, US

| | 4005 | 144 | 8/14/2017 | 64,000 | 1.23 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 64,000 | 1.23 % |

**JUN WANG**
ROOM 803, UNIT 1 BUIDING #4, NANMEIJIARI YIQI,
BAOXINGXI LU, BAOTING XIAN, HAINAN, 572300, CH

| | 4142 | 144 | 7/19/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |

**KAREN LIU**
1373 PHELPS AVE #12, SAN JOSE, CA, 95117, US

| | 4092 | 144 | 12/21/2017 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |

**KEN GUOWEI CHAN**
5703 SULTANA AVE., TEMPLE CITY, CA, 91780, US

| | 4036 | 144 | 9/13/2017 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |

**KENGFAN LEE**
43 HIGHTREE CT., DANVILLE , CA, 94526, US

| | 4093 | 144 | 12/22/2017 | 50,000 | 0.96 % |
|---|---|---|---|---|---|
| | 4194 | 144 | 8/21/2018 | 100,000 | 1.91 % |
| Total Certs: 2 | | | Total Shares: | 150,000 | 2.87 % |

**KUOLONG CHAO**
3459 SUGARCREEK CT, SAN JOSE, CA, 95121, US

| | 4219 | 144 | 10/18/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|

|  | Total Certs: 1 |  | Total Shares: 30,000 |  | 0.57 % |
|---|---|---|---|---|---|

**LANQIAN JU**
5657 LYSANDER WAY, SAN RAMON, CA, 94582, US

|  | 4186 | 144 | 8/27/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 30,000 |  | 0.57 % |

**LICHENG YU**
309-6533 MCKAY AVE, BURNABY, BC, V5H 2W8, US

|  | 4139 | 144 | 7/19/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 30,000 |  | 0.57 % |

**LILING TANG**
43-35 UNION ST #4D, FLUSHING, NY, 11355, US

|  | 4057 | 144 | 12/14/2017 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 30,000 |  | 0.57 % |

**LILING TANG**
43-35 UNION ST #4D, FLUSHING, NY, 11355, US

|  | 4064 | 144 | 12/19/2017 | 10,000 | 0.19 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 10,000 |  | 0.19 % |

**LING DONG**
1350 JAMES COURT, MORGAN HILL, CA, 95037, US

|  | 4168 | 144 | 6/7/2018 | 50,000 | 0.96 % |
|---|---|---|---|---|---|
|  | 4210 | 144 | 9/21/2018 | 150,000 | 2.87 % |
|  | Total Certs: 2 |  | Total Shares: 200,000 |  | 3.83 % |

**LINUAN CHEN**
6856 DARTMOOR WAY, SAN JOSE, CA, 95129, US

|  | 4237 | 144 | 11/20/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 30,000 |  | 0.57 % |

**LONG HUANG**
12 WINTER AVE, STATEN ISLAND, NY, 10301, US

|  | 4205 | 144 | 9/21/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 30,000 |  | 0.57 % |

**MIN WEI**
842 W 59TH AVE, VANCOUVER, BC, V6P 1X7, CA

|  | 4112 | 144 | 12/20/2017 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
|  | 4113 | 144 | 12/20/2017 | 30,000 | 0.57 % |
|  | Total Certs: 2 |  | Total Shares: 60,000 |  | 1.15 % |

**PING FANG & FEN FANG JITTEN**
3673 MONMOUTH AVE., VANCOUVER, BC, CA

|  | 4154 | 144 | 7/19/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
|  | Total Certs: 1 |  | Total Shares: 30,000 |  | 0.57 % |

QIANG CHEN
4134 77TH ST. FL2, ELMHURST, NY, 11373, US

| | 4158 | 144 | 8/1/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |

QISHANG CHEN
126 LEE AVENUE, SAN FRANCISCO, CA, 94112, US

| | 4009 | 144 | 8/14/2017 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |

QIUHUA WANG
37 MAPLE ST, ROSLYN, NY, 11577, US

| | 4227 | 144 | 11/20/2018 | 50,000 | 0.96 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 50,000 | 0.96 % |

SAU LAN CHEUNG
399 MAPLE ST 2FL, KEARNY, NJ, 07032, US

| | 4098 | 144 | 12/26/2017 | 100,000 | 1.91 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 100,000 | 1.91 % |

SHAOYUN TENG
245-16 61ST AVE 2ND FLOOR, LITTLE NECK, NY, 11362, US

| | 4159 | 144 | 8/1/2018 | 50,000 | 0.96 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 50,000 | 0.96 % |

SHELLY YING SUN
138-10 FRANKLIN 12B , FLUSHING , NY, 11355, US

| | 4208 | 144 | 8/28/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 30,000 | 0.57 % |

SHI-LONG YANG & XIOJIANG CHENG JTWROS
663 WAGNER ST., FREMONT, CA, 94539, US

| | 4015 | 144 | 8/9/2017 | 50,000 | 0.96 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 50,000 | 0.96 % |

SHULIN CHANG
2102 PARKVIEW LN, MISSOURI CITY, TX, 77459, US

| | 4229 | 144 | 11/20/2018 | 50,000 | 0.96 % |
|---|---|---|---|---|---|
| Total Certs: 1 | | | Total Shares: | 50,000 | 0.96 % |

SIWEI YANG
37796 HYACINTH STREET, NEWARK, CA, 94560, US

| | 4002 | 144 | 8/8/2017 | 50,000 | 0.96 % |
|---|---|---|---|---|---|
| | 4191 | 144 | 8/22/2018 | 100,000 | 1.91 % |
| Total Certs: 2 | | | Total Shares: | 150,000 | 2.87 % |

TAK CHAU YEUNG
150-11 CENTERVILLE ST.,1 FL, OZONE PARK, NY, 11416, US

| | 4225 | 144 | 11/13/2018 | 30,000 | 0.57 % |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Total Certs: | 1 | | Total Shares: | 30,000 | 0.57 % |

**TING LI**
2675 ALDERWOOD DR, SAN JOSE, CA, 95132, US

| | | | | | |
|---|---|---|---|---|---|
| | 4236 | 144 | 11/20/2018 | 100,000 | 1.91 % |
| Total Certs: | 1 | | Total Shares: | 100,000 | 1.91 % |

**TRACY WANG**
626 PEARL STREET, OCEANSIDE, NY, 11572, US

| | | | | | |
|---|---|---|---|---|---|
| | 4050 | 144 | 10/11/2017 | 30,000 | 0.57 % |
| Total Certs: | 1 | | Total Shares: | 30,000 | 0.57 % |

**WEI ZHANG**
222-23 GARLAND DR , BAYSIDE, NY, 11364, US

| | | | | | |
|---|---|---|---|---|---|
| | 4068 | 144 | 12/21/2017 | 50,000 | 0.96 % |
| Total Certs: | 1 | | Total Shares: | 50,000 | 0.96 % |

**WEIZHI DING**
779 KEVENAIRE DR., MILPITAS, CA, 95035, US

| | | | | | |
|---|---|---|---|---|---|
| | 4153 | 144 | 7/19/2018 | 80,000 | 1.53 % |
| Total Certs: | 1 | | Total Shares: | 80,000 | 1.53 % |

**WILLIAM FANG**
411 HILLIARD AVENUE, MONTERREY PARK, CA, 91754, US

| | | | | | |
|---|---|---|---|---|---|
| | 4178 | 144 | 5/23/2018 | 50,000 | 0.96 % |
| Total Certs: | 1 | | Total Shares: | 50,000 | 0.96 % |

**WILLIAM JIAN CHEN**
76-06 169TH STREET, FRESH MEADOWS, NY, 11366, US

| | | | | | |
|---|---|---|---|---|---|
| | 4174 | 144 | 6/27/2018 | 30,000 | 0.57 % |
| Total Certs: | 1 | | Total Shares: | 30,000 | 0.57 % |

**XIANG HAN**
3539 WOLF PL, SANTA CLARA, CA, 95051, US

| | | | | | |
|---|---|---|---|---|---|
| | 4140 | 144 | 7/19/2018 | 30,000 | 0.57 % |
| | 4192 | 144 | 8/21/2018 | 50,000 | 0.96 % |
| | 4193 | 144 | 9/5/2018 | 60,000 | 1.15 % |
| | 4231 | 144 | 11/20/2018 | 100,000 | 1.91 % |
| Total Certs: | 4 | | Total Shares: | 240,000 | 4.60 % |

**XIAO QIU**
33 CEZANNE, IRVINE, CA, 92603, US

| | | | | | |
|---|---|---|---|---|---|
| | 4120 | 144 | 12/29/2017 | 50,000 | 0.96 % |
| Total Certs: | 1 | | Total Shares: | 50,000 | 0.96 % |

**XIAOHUI CUI**
33469 CALIBAN DRIVE, FREMONT, CA, 94555, US

| | | | | | |
|---|---|---|---|---|---|
| | 4184 | 144 | 8/22/2018 | 30,000 | 0.57 % |

| | | | | Total Certs: | 1 | | Total Shares: | 30,000 | | 0.57 % |

**XIWEN LE**
72 BAGATELLE RD, MELVILLE, NY, 11747, US

| | 4228 | 144 | 11/20/2018 | 30,000 | 0.57 % |
| Total Certs: | 1 | | Total Shares: | 30,000 | 0.57 % |

**YAN WANG**
7070 COLLIER CANYON RD, LIVERMORE, CA, 94551, US

| | 4029 | 144 | 8/10/2017 | 30,000 | 0.57 % |
| Total Certs: | 1 | | Total Shares: | 30,000 | 0.57 % |

**YANSHU LI**
40755 MARINO CT, FREMONT, CA, 94539, US

| | 4234 | 144 | 11/20/2018 | 30,000 | 0.57 % |
| Total Certs: | 1 | | Total Shares: | 30,000 | 0.57 % |

**YE ZHANG**
392 SARGENT RD., BOXBOROUGH, MA, 01719, US

| | 4155 | 144 | 7/19/2018 | 30,000 | 0.57 % |
| | 4201 | 144 | 8/20/2018 | 50,000 | 0.96 % |
| Total Certs: | 2 | | Total Shares: | 80,000 | 1.53 % |

**YI HU**
W UNIT, #402,BUILDING 36,HUILANNANYUAN,CHENGXIANG ST, XIAOSHAN DISTRICT, HANGZHOU, ZHEJIANG, 311200, CH

| | 4198 | 144 | 9/6/2018 | 30,000 | 0.57 % |
| Total Certs: | 1 | | Total Shares: | 30,000 | 0.57 % |

**YIMIN LIU**
5830 HART AVENUE, TEMPLE CITY, CALIFORNIA, 91780, US

| | 4172 | 144 | 6/25/2018 | 30,000 | 0.57 % |
| Total Certs: | 1 | | Total Shares: | 30,000 | 0.57 % |

**YING ZHU**
144-70 41 ST AVE. #3M, FLUSHING , NY, 11355, US

| | 4216 | 144 | 10/1/2018 | 35,000 | 0.67 % |
| Total Certs: | 1 | | Total Shares: | 35,000 | 0.67 % |

**YIQUN QIU**
ROOM 502, 24, TONGCHUN RD, PUTOU DISTRICT, SHANGHAI, 200333, CH

| | 4144 | 144 | 7/19/2018 | 30,000 | 0.57 % |
| | 4190 | 144 | 8/24/2018 | 30,000 | 0.57 % |
| Total Certs: | 2 | | Total Shares: | 60,000 | 1.15 % |

**YOKE PENG LIEW**
2232 61ST , 2FL, BROOKLYN, NY, 11204, US

| | 4243 | 144 | 8/7/2018 | 20,000 | 0.38 % |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Total Certs: | 1 |  | Total Shares: | 20,000 | 0.38 % |

**YU, YONG**
2203-930 CAMBIE ST, VANCOUVER, BC, V6B 5X6, CA

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 4107 | 144 | 12/13/2017 | 30,000 | 0.57 % |
|  | Total Certs: | 1 |  | Total Shares: | 30,000 | 0.57 % |

**ZHILANG GONG**
245-16 61 AVE, LITTLE NECK, NY, 11362, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 4157 | 144 | 8/1/2018 | 40,000 | 0.77 % |
|  | Total Certs: | 1 |  | Total Shares: | 40,000 | 0.77 % |

**ZHIPING ZHOU**
2209 LOS PADRES DR, ROWLAND HEIGHTS, CA, 91748, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 4131 | 144 | 2/9/2018 | 30,000 | 0.57 % |
|  | Total Certs: | 1 |  | Total Shares: | 30,000 | 0.57 % |

**ZHOU ZOU**
1967 ARCDALE AVE., ROWLAND HEIGHTS, CA, 91748, US

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 4177 | 144 | 5/17/2018 | 30,000 | 0.57 % |
|  | Total Certs: | 1 |  | Total Shares: | 30,000 | 0.57 % |

| | | | |
|---|---|---|---|
| Total Unrestricted Certificates: | 0 | Total Unrestricted Shares | 0 |
| Total Restricted Certificates: | 110 | Total Restricted Shares: | 5,222,050 |
| Total Certificates: | 110 | Total Outstanding Shares: | 5,222,050 |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  San Gabriel , California.

Date:  06/18/2020

Wei Warren Wang
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                          Page 1          F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name **Chineseinvestors.com, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                     12/15

**Part 1:**   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................... $          **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $     **7,907,893.60**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................... $     **7,907,893.60**

**Part 2:**   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **95,616.33**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................... $          **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$     **9,329,024.53**

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b      $     **9,424,640.86**

**Fill in this information to identify the case:**

Debtor name   **Chineseinvestors.com, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

                                        Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking Account | 1723 | $116,169.57 |
| 3.2. | Chase Bank | Checking Account | 1731 | $0.00 |
| 3.3. | Chase Bank | Savings Account | 6062 | $156,856.88 |
| 3.4. | Glendale Securities | | 1498 | $0.00 |
| 3.5. | Squareup.com | Online Bank | | $20,712.40 |
| 3.6. | Bank of China | Checking account | 3487 | $132,151.31 |

4. **Other cash equivalents** *(Identify all)*

Debtor __**Chineseinvestors.com, Inc.**__          Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 4.1. | Cryptocurrency | $12,355.50 |
| 4.2. | Deposit(s) in transit for clearing | $109,925.33 |

**5.**    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $548,170.99 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Rent Deposit for 227 W. Valley Blvd., Suite 208A, San Gabriel, CA 91776 | $11,626.54 |
| 7.2. | Rent Deposit for 227 W. Valley Blvd., Suit 278B, San Gabriel, CA 91776 | $11,400.00 |
| 7.3. | Rent Deposit for The Renaissance Tower, 136-33 37th Ave., Flushing, NY 11354 | $23,829.69 |
| 7.4. | Rent Deposit for Block E, 27th Floor, Industrial Building, Shanhai, China 200030 | $17,367.04 |
| 7.5. | Rent Deposit for Work Better, 40 Wall Street, 28th Fl, Suite F, New York, NY 10005 | $25,000.00 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Advance to employee | $51,500.00 |

**9.**    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $140,723.27 |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor    **Chineseinvestors.com, Inc.**                                Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **10,000.00** face amount | - | **0.00** doubtful or uncollectible accounts | =.... | **$10,000.00** |
| 11b. Over 90 days old: | **22,500.00** face amount | - | **0.00** doubtful or uncollectible accounts | =.... | **$22,500.00** |
| 11b. Over 90 days old: | **1,036,885.50** face amount | | **1,036,885.50** doubtful or uncollectible accounts | =.... | **Unknown** |
| 11b. Over 90 days old: | **1,566,388.82** face amount | | **1,566,388.82** doubtful or uncollectible accounts | =.... | **Unknown** |
| 11b. Over 90 days old: | **592,001.13** face amount | - | **592,001.13** doubtful or uncollectible accounts | =.... | **Unknown** |
| 11b. Over 90 days old: | **32,394.60** face amount | - | **32,394.60** doubtful or uncollectible accounts | =.... | **Unknown** |
| 11b. Over 90 days old: | **291,911.65** face amount | - | **291,911.65** doubtful or uncollectible accounts | =.... | **Unknown** |
| 11b. Over 90 days old: | **81,862.86** face amount | - | **81,862.86** doubtful or uncollectible accounts | =.... | **Unknown** |
| 11b. Over 90 days old: | **17,228.75** face amount | - | **17,228.75** doubtful or uncollectible accounts | =.... | **Unknown** |
| 11b. Over 90 days old: | **98,458.51** face amount | - | **98,458.51** doubtful or uncollectible accounts | =.... | **Unknown** |
| 11b. Over 90 days old: | **77,153.31** face amount | - | **77,153.31** doubtful or uncollectible accounts | =.... | **Unknown** |

12.    **Total of Part 3.**                                                                      **$32,500.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| Debtor | **Chineseinvestors.com, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| 14.1. | **Driven Deliveries Inc. 100,000 Shares of Stock (Value based on 6/9/2020 closing market rate)** | Market rate | $75,000.00 |
| 14.2. | **Emarine Global Inc. 30,934 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $1,237.36 |
| 14.3. | **Foothills Exploration Inc. 300,000 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $120.00 |
| 14.4. | **Greater Cannabis Company Inc. 500,000 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $7,950.00 |
| 14.5. | **Global Fiber Technologies Inc. 300, 000 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $90.00 |
| 14.6. | **Greenland Acquisition Corporation 10,000 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $900.00 |
| 14.7. | **Ideanomics 67,878 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $69,235.56 |
| 14.8. | **Inonix Technology Inc. 82,500 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $82,500.00 |
| 14.9. | **IOTA Communications Inc. 200,000 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $41,760.00 |
| 14.10. | **Life on Earth 21,277 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $393.41 |
| 14.11. | **Purerock Communication Limited 100,000 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $60.00 |
| 14.12. | **Pierre Corporation 50,000 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $24,500.00 |
| 14.13. | **Single Point 2,000,000 shares of stock (Value based on 6/9/2020 closing market rate)** | Market rate | $10,200.00 |

Debtor  **Chineseinvestors.com, Inc.**                                        Case number *(If known)* _____
_____
Name

| 14.14 | Surge Holding Inc. 30,000 shares of stock (Value based on 6/9/2020 closing market rate) | Market rate | $8,548.50 |
|---|---|---|---|
| 14.15 | Sino-Global Shipping America, Ltd. 26,667 shares | | Unknown |
| 14.16 | General Steel (60,000 shares) | Market rate | $1,860.00 |
| 14.17 | Premier BioMedical (420,000 shares) | Market rate | $504.00 |
| 14.18 | Unique Pizza (22,661 shares) | Market rate | $4.53 |
| 14.19 | Pazoo Inc. (3,000,000 shares) | Market rate | $300.00 |
| 14.20 | ADGS Advisory Inc. (75,000 shares) | Market rate | $134,250.00 |
| 14.21 | Ubiquity, Inc. (11,429 shares) (Est. little to no value) | Market rate | Unknown |
| 14.22 | Ubiquity Broadasting Corp. (40,000 shares) (Est. little to no value) | Market rate | Unknown |
| 14.23 | General Steel Holdings, Inc. (60,000 shares) (Est. little to no value) | Market rate | Unknown |
| 14.24 | Premier Biomedical, Inc. (420,000 shares) (Est. little to no value) | Market rate | Unknown |
| 14.25 | Inova Technology, Inc. (583,334 shares) (Est. little to no value) | Market rate | Unknown |
| 14.26 | Oriens Travel & Hotel Management Corp. (16,667 shares) (Est. little to no value) | Market rate | Unknown |
| 14.27 | Unique Pizza and Subs Corporation (22,661) (Est. little to no value) | Market rate | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    __Chineseinvestors.com, Inc.__                          Case number *(if known)* _____
       Name

| | | |
|---|---|---|
| 14.28. | Sealand Natural Resources Inc. (20,000 shares) (Est. little to no value) | Market rate | Unknown |
| 14.29. | Eventure Interactive, Inc. (43,884 shares) (Est. little to no value) | Market rate | Unknown |
| 14.30. | Icon Vapor, Inc. (51,086 shares) (Est. little to no value) | Market rate | Unknown |
| 14.31. | Xumanii International Holdings Corp. (1,284,996 shares) (Est. little to no value) | Market rate | Unknown |
| 14.32. | Green Automotive Company (622,569 shares) (Est. little to no value) | Market rate | Unknown |
| 14.33. | Clera Currents Inc. (60,000 shares) (Est. little to no value) | Market rate | Unknown |
| 14.34. | Great China Mania Holdings, Inc. (48,000 shares) (Est. little to no value) | Market rate | Unknown |
| 14.35. | Utilisource Corporation (250,000 shares) (Est. little to no value) | Market rate | Unknown |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | Grow Flow Inc. 400,000 Shares of Stock | 100 % | N/A | $35,000.00 |
| 15.2. | Chinesehempoil.com, Inc. | 100 % | N/A | Unknown |
| 15.3. | CIIX Online Inc. | 100 % | N/A | Unknown |
| 15.4. | Bitcoin Trading Academy LLC | 100 % | N/A | Unknown |
| 15.5. | Blue Ocean Capital Holding LLC | 100 % | N/A | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor   **Chineseinvestors.com, Inc.**                                    Case number *(if known)* _____
         Name

| | | | | | |
|---|---|---|---|---|---|
| 15.6. | Donald Capital LLC | 24.9 | % | N/A | $118,909.62 |
| 15.7. | Newcoins168.com Digital Media Technoloy Ltd. (Foreign Subsidiaries) | 100 | % | N/A | Unknown |
| 15.8. | CIIX Online Ltd (Foreign Subsidiaries) | 100 | % | N/A | Unknown |
| 15.9. | Hemp Logic, Inc. (Foreign Subsidiaries) | 86 | % | N/A | $484.18 |
| 15.10. | Newcoins168.com - China (Foreign Subsidiaries) | 100 | % | N/A | $1,367,058.00 |

16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
      Describe:

17.   **Total of Part 4.**                                                                              | $1,980,865.16 |
      Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  Office furniture See below list | $0.00 | Cost Method | $33,693.00 |
| (2) Couches | $0.00 | | $0.00 |
| (30) Office Chairs | $0.00 | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Chineseinvestors.com, Inc.**                                    Case number *(if known)* _____
           Name

| | | |
|---|---|---|
| Office Desks | $0.00 | $0.00 |
| (2) Storage Cabinets | $0.00 | $0.00 |
| (2) Conference Tables | $0.00 | $0.00 |
| (1) Dining Table | $0.00 | $0.00 |
| (4) Dining Table Chairs | $0.00 | $0.00 |
| (1) Book Shelf | $0.00 | $0.00 |
| (2) End Tables | $0.00 | $0.00 |
| (2) Large Decorative Water Fountains | $0.00 | $0.00 |
| 5 Piece Custom Retail Display | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 40. | Office fixtures<br>San Gabriel Location (278B) - Upgraded conference room into recording room; built-in desks; upgraded built-ins<br>Flushing, NY Location - added glass walls to create offices | Unknown | N/A | $30,000.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | Laptops | $0.00 | | $0.00 |
| | Cameras | $0.00 | | $0.00 |
| | Tripods | $0.00 | | $0.00 |
| | Microphones | $0.00 | | $0.00 |
| | Speakers | $0.00 | | $0.00 |
| | (3) TV Mounts | $0.00 | | $0.00 |
| | (2) Coffee Makers | $0.00 | | $0.00 |
| | (2) Mini Fridge | $0.00 | | $0.00 |
| | (2) Microwave | $0.00 | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    __Chineseinvestors.com, Inc.__    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| Power Cords | $0.00 | | $0.00 |
| Extension Cords | $0.00 | | $0.00 |
| (4) Laser Printers | $0.00 | | $0.00 |
| (10) Office Phones | $0.00 | | $0.00 |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                    | $63,693.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **227 W. Valley Blvd., Suite 208A, San Gabriel, CA 91776** | Lease | $0.00 | | Unknown |
| 55.2.    **227 W. Valley Blvd., Suite 278B, San Gabriel, CA 91776** | Lease | $0.00 | | Unknown |

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 9

Debtor    **Chineseinvestors.com, Inc.**                                     Case number *(if known)* _____
Name

| 55.3. | 134-35 33 Ave., Third Floor, Flushing, NY 11354 | Lease | $0.00 | Unknown |
| 55.4. | Block E, 27th Floor, Industrial Building, Shanghai, China 200030 | Lease | $0.00 | Unknown |
| 55.5. | Work Better, 40 Wall Street, 28th Floor, Suite F, New York, NY 10005 | Rental Agreement | $0.00 | Unknown |

56.    **Total of Part 9.**                                                                          | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **ChineseFN.com (Trademark)** | Unknown | | Unknown |
| **Chinese Investors (Trademark)** **Reg. No. 5,749,177** **Registered May 14, 2019** **Int. Cl.: 35, 36** | Unknown | | Unknown |
| 61. **Internet domain names and websites** **www.chineseinvestors.com** | $0.00 | Cost Method | $109,441.18 |
| **www.chinesefn.com** | $0.00 | Cost method | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer mailing list** | $0.00 | | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Chineseinvestors.com, Inc.**          Case number *(if known)* _____
          Name

| 64. | Other intangibles, or intellectual property | | |
|---|---|---|---|

| 65. | Goodwill | | |
|---|---|---|---|
| | Company client list and website development | $0.00 | $5,000,000.00 |

| 66. | **Total of Part 10.** | $5,109,441.18 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Surge Holdings, Inc. (past due account receivable) - $10,000 + interest**                                                    $10,000.00

| Nature of claim | Breach of contract |
|---|---|
| Amount requested | $10,000.00 |

**Pulse Evolution Group (past due account receivable)**                                                    $22,500.00

| Nature of claim | Breach of contract |
|---|---|
| Amount requested | $22,500.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 11

| Debtor | **Chineseinvestors.com, Inc.** | Case number *(If known)* |
| | Name | |

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$32,500.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Chineseinvestors.com, Inc.**
_____   Case number *(If known)* _____
Name

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $548,170.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $140,723.27 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1,980,865.16 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $63,693.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,109,441.18 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $32,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,907,893.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,907,893.60 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Chineseinvestors.com, Inc.__

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1  K&G 37 Ave. Realty LLC**
Creditor's Name

**134-35 33 Ave., Third Floor**
**Flushing, NY 11354**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**134-35 33 Ave., 3rd Fl., Flushing, NY 11354**

Describe the lien
**Lease Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$15,886.46**   Column B: **$0.00**

---

**2.2  Lancer Investments LLC**
Creditor's Name

**227 W. Valley Blvd., #308**
**San Gabriel, CA 91776**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**227 W Valley Blvd., #208B, San Gabriel, CA 91776**

Describe the lien
**Lease Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$7,989.94**   Column B: **Unknown**

| Debtor | **Chineseinvestors.com, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Lancer Investments LLC** | | $11,986.54 | Unknown |
|---|---|---|---|---|

Creditor's Name

**227 W. Valley Blvd., #308
San Gabriel, CA 91776**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**227 W. Valley Blvd., #208A, San Gabriel, CA 91776**

Describe the lien
**Lease Agreement**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Work Better** | | $59,753.39 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Wall St.. 40 Wall St., 28th FL
New York, NY 10005**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**40 Wall St., 28th FL, New York, NY 10005**

Describe the lien
**Rental Agreement**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$95,616.33**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 2

**Fill in this information to identify the case:**

Debtor name __**Chineseinvestors.com, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Alice Yeh**<br>4301 Harcourt Rd.<br>Boyds, MD 20841<br><br>Date(s) debt was incurred _6/14/2019_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Unsecured promissory note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $44,280.11 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Beinan Zhang**<br>361 S ARROYO DRIVE<br>San Gabriel, CA 91776<br><br>Date(s) debt was incurred _9/4/2018_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Unsecured promissory note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,431.96 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Belinda Wu**<br>11903 SE 71st Place<br>Newcastle, WA 98056<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Unsecured promissory note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $96,251.96 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**BHP Capital**<br>45 Sw 9th Street, Suite 1603<br>Miami, FL 33130<br><br>Date(s) debt was incurred _3/5/2020_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Convertible Note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $73,199.34 |

Debtor   **Chineseinvestors.com, Inc.**         Case number (if known) _____
      Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,108.00** |
|---|---|---|---|

**Bitcoin Trading Academy**
**277 W Valley Blvd., Suite 208**
**San Gabriel, CA 91776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Subsidiary loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375,000.00** |
|---|---|---|---|

**BlueVine**
**401 Warren St., #300**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **PPP**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111,786.79** |
|---|---|---|---|

**Bo Guan**
**37053 Cherry Street, Suite 102**
**Newark, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2019**

Last 4 digits of account number __

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,136.99** |
|---|---|---|---|

**Bochao Zhang**
**303-6888 Alderbridge Way**
**Richmond, BC, Canada V6X0A7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/22/2019**

Last 4 digits of account number __

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220,508.78** |
|---|---|---|---|

**Changchuan Zhu**
**2-803 Greencity Gordon, Piaoyi Road**
**Suzhou City, Jiangsu Provice**
**China, MD 21500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/21/2019**

Last 4 digits of account number __

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,531.14** |
|---|---|---|---|

**Chaowei Tan**
**1622 W. 10th Streeet**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2018**

Last 4 digits of account number __

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,657.53** |
|---|---|---|---|

**Charles Weiming Chen**
**1417 S. Marengo Ave.**
**Alhambra, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/21/2019**

Last 4 digits of account number __

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chineseinvestors.com, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,396.00 |
|---|---|---|---|

**Chen Li**
612 S. Gladys Ave., Unit B
San Gabriel, CA 91776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,354.90 |
|---|---|---|---|

**Chia Fang Cheng**
163-22 21Rd
Whitestone, NY 11357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/3/2018

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88,203.51 |
|---|---|---|---|

**Chien Hung Bill Lai**
163 64 Ladysmith Street
   09174-5000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/7/2019

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,998.26 |
|---|---|---|---|

**Chien Hung Bill Lai**
163 64 Ladysmith St
Hacienda Heights, CA 91745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/8/2018

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,174.41 |
|---|---|---|---|

**Chien Hung Bill Lai**
163 64 Ladysmith St
Hacienda Heights, CA 91745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/30/2018

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,882.41 |
|---|---|---|---|

**Chin Jeanie Chen**
144-09 34th Ave.
Flushing, NY 11354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/20/2019

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215,506.85 |
|---|---|---|---|

**Ching Wen Cheng**
8F, No.8, Lane37, Boachan Rod
Yonghe District, New Taipei City 23
Taiwan ROC

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/10/2019

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    __Chineseinvestors.com, Inc.__                                    Case number (if known)  _____
             Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Chuck Chen**
17306 Wedgeworth Drive
Hacienda Heights, CA 91745

Date(s) debt was incurred __12/27/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured promissory note__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,397.26 |
|---|---|---|---|

**Crowne Bridge Partners LLC**
1173A 2nd Ave., Suite 126
New York, NY 10065

Date(s) debt was incurred __2/25/2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Convertible note__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,948.67 |
|---|---|---|---|

**Danping Wang**
24560 Avenida Da Marcia
Yorba Linda, CA 92887

Date(s) debt was incurred __8/9/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured promissory note__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,342.47 |
|---|---|---|---|

**Dingfan Gong**
64-11 228th Street
Oakland Gardens, NY 11364

Date(s) debt was incurred __9/18/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured promissory note__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,847.96 |
|---|---|---|---|

**Dingfan Gong**
64-11 228th Street
Oakland Gardens, NY 11364

Date(s) debt was incurred __8/6/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured promissory note__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,945.21 |
|---|---|---|---|

**Fang Hua**
71-21 Penelope Ave.
Middle Village, NY 11379

Date(s) debt was incurred __5/21/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured promissory note__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,373.32 |
|---|---|---|---|

**Fang Hua**
71-21 Penelope Ave.
Middle Village, NY 11379

Date(s) debt was incurred __8/8/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unsecured promissory note__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Chineseinvestors.com, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*        **$53,808.22** |
| | **Fang Shen**<br>**1728 Highland Oaks Blvd.**<br>**Lutz, FL 33559** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  8/14/2019 | Basis for the claim:  **Unsecured promissory note** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*        **$56,270.13** |
| | **Fang Sun**<br>**1953 Barry Ave.**<br>**Los Angeles, CA 90025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  8/8/2019 | Basis for the claim:  **Unsecured promissory note** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*        **$11,500.00** |
| | **Financial Buzz Media Networks**<br>**3 Columbus Circle 15th Floor**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim:  **Business debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*        **$61,593.97** |
| | **Gary Kong**<br>**159-14 102nd Street**<br>**Howard Beach, NY 11414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  3/26/2019 | Basis for the claim:  **Unsecured promissory note** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*        **$54,364.90** |
| | **Gary Kong & Yan Yang**<br>**159-14 102nd Street**<br>**Howard Beach, NY 11414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  12/3/2018 | Basis for the claim:  **Unsecured promissory note** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*        **$20.00** |
| | **Globex Transfer**<br>**780 Deltona Blvd., Suite 202**<br>**Deltona, FL 32725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim:  **Business debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*        **$7,210.00** |
| | **Grand Land Co.**<br>**2802 Countrywood Lane**<br>**West Covina, CA 91791** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim:  **Business debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Chineseinvestors.com, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,474.66 |
|---|---|---|---|

Greenbaum Law Group, LLP
170 Newport Center Dr., Ste 130
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Legal fee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,478.40 |
|---|---|---|---|

Guo Kian Loo
8571 87th Street
Woodhaven, NY 11421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/29/2019__

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,437.26 |
|---|---|---|---|

Guo Kian Loo
8571 87th Street
Woodhaven, NY 11421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/10/2019__

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,722.73 |
|---|---|---|---|

Hui Zhang
2-901 GreenCity Gardon, Piaoyi Road
Suzhou City, Jiangsu Provice
China, MD 21500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/24/2019__

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,508.78 |
|---|---|---|---|

Hui Zhang
2-901 Greencity Gardon, Piaoyi Road
Suzhou, Jiangsu Province, China
 MD 21500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/21/2019__

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319,972.60 |
|---|---|---|---|

Hui Zhang
2-901 Greencity Gardon, Piaoyi Rd,
Suzhou City, Jiangsu Provice China
215000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/20/2019__

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,562.46 |
|---|---|---|---|

James Fang
41 Hilliard Ave.
Monterey Park, CA 91754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/2/2019__

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chineseinvestors.com, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,825.39 |
|---|---|---|---|

**Jason Wen Hong He**
38 Santa Barbara Ave
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/14/2018**

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,498.63 |
|---|---|---|---|

**Jiangou Chen**
1728 Highland Oaks Blvd.
Lutz, FL 33559

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/16/2019**

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,589.39 |
|---|---|---|---|

**Jianguo Chen**
1728 Highland Oaks Blvd.
Lutz, FL 33559

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2019**

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107,780.82 |
|---|---|---|---|

**Jianguo Chen**
1728 Highland Oaks Blvd.
Lutz, FL 33559

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/8/2019**

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158,136.99 |
|---|---|---|---|

**Jiaying Zhang**
RM 211 Haitian Gordon, No 1481
Huqingping Highway, Shenghai China
2015000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/7/2019**

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,786.79 |
|---|---|---|---|

**Jingyun Gu**
2750 Holly Hall Street #1109
Houston, TX 77054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/7/2019**

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,849.32 |
|---|---|---|---|

**Jingyun Gu**
2750 Holly Hall Street #1109
Houston, TX 77054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19/2019**

Basis for the claim:  **Unsecured promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor __Chineseinvestors.com, Inc.__                             Case number (if known) _____
     Name

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Jintao Zou<br>3975 State Hwy 6 South, Ste 300<br>College Station, TX 77845<br>Date(s) debt was incurred _12/7/2018_<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Unsecured promissory note__<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>Jun Wang<br>RM1304 C, Chenguang Hua Yuan #3<br>Qianjin da Jie Changchun, Jilin<br> NY 13001-2000<br>Date(s) debt was incurred _6/21/2019_<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Unsecured promissory note__<br>Is the claim subject to offset? ■ No ☐ Yes | **$110,254.39** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Jun Wang<br>RM1304, C, Chenguang Hua Yuan, #3<br>Qianjin De Jia, Changchun<br>Jilin, NY 13001-2000<br>Date(s) debt was incurred _8/8/2019_<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Unsecured promissory note__<br>Is the claim subject to offset? ■ No ☐ Yes | **$107,780.82** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>Kan Zhang<br>43 Hightree Ct.<br>Danville, CA 94526<br>Date(s) debt was incurred _8/10/2018_<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Unsecured promissory note__<br>Is the claim subject to offset? ■ No ☐ Yes | **$61,343.61** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>Kan Zhang<br>1430 Hoffman Lane<br>Campbell, CA 95008<br>Date(s) debt was incurred _8/14/2018_<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Unsecured promissory note__<br>Is the claim subject to offset? ■ No ☐ Yes | **$34,193.05** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>Kan Zhang<br>1430 Hoffman Lance<br>Campbell, CA 95008<br>Date(s) debt was incurred _2018_<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Unsecured promissory note__<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>Kengfan Lee<br>43 Hightree Ct.<br>Danville, CA 94526<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Unsecured promissory note__<br>Is the claim subject to offset? ■ No ☐ Yes | **$61,687.56** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __Chineseinvestors.com, Inc.__                              Case number (if known) _____
         Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,873.97 |

**Kim Ching Tam**
8431 61st Road
Queens, NY 11379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/8/2019__

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,530.67 |

**Kit Sun**
5B Block A, Clague Garden Estate,
Tsuen Wan, AK 99907-7000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/26/2019__

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,103.34 |

**Lanquian Ju**
5657 Lysander Way
San Ramon, CA 94582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/29/2019__

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,000.00 |

**Leungking Fai**
Flat A, 20/F, Yun Kai Building
466-472 Nathan Road
Kowloon, Hong Kong

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,049.09 |

**Lijun Wang**
5 Valley Road
Glen Cove, NY 11542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/22/2019__

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,163.72 |

**Lijun Wang**
5 Valley Rd.
Glen Cove, NY 11542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/7/2018__

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,608.44 |

**Linda Siuling Wong**
3212 73rd Street
East Elmhurst, NY 11370

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chineseinvestors.com, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,937.70**

Lingjun Mo
26-21 Union Street
Flushing, NY 11354

Date(s) debt was incurred  **9/10/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,763.72**

Lirong Guo
1612 Church Side Drive
Goshen, KY 40026

Date(s) debt was incurred  **8/11/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164,958.90**

Mary Man Ruo Shen
5670 Geranium Ct.
Newark, CA 94560

Date(s) debt was incurred  **6/14/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219,835.62**

Mary Y . Louie
5306 Muzzay Ct
Livingston, NJ 07039

Date(s) debt was incurred  **6/21/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,955.85**

May Lin Smith
64-37 215th St
Oakland Gardens, NY 11364

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

Mega West
420 W. 118th Street
New York, NY 10027

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,013.70**

Mei Maker
227 W.Valley Blvd., #208A
San Gabriel, CA 91776

Date(s) debt was incurred  **9/5/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Chineseinvestors.com, Inc. | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.68**

Nonpriority creditor's name and mailing address
**Mei Maker**
227 W. Valley Blvd., #208A
San Gabriel, CA 91776

Date(s) debt was incurred **11/18/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

$26,273.97

---

**3.69**

Nonpriority creditor's name and mailing address
**Mei Marker**
22375 Rolling Hills Rd
Saratoga, CA 95070

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.70**

Nonpriority creditor's name and mailing address
**Middle West Investor Relations Serv**
415 Madison Ave., 14th Floor
New York, NY 10017

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☐ No ☐ Yes

$3,000.00

---

**3.71**

Nonpriority creditor's name and mailing address
**Multicultural Radio Broadcasting In**
40 Exchange Place, Suite 1010
New York, NY 10005

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,440.00

---

**3.72**

Nonpriority creditor's name and mailing address
**Network News Wire**
1324 Lexington Ave., Suite 417
New York, NY 10128

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

---

**3.73**

Nonpriority creditor's name and mailing address
**Newcoins168.com Digital**
Block E, 27th floor
Industrial Building
Shanghai, China 200030

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subsidiary loan**

Is the claim subject to offset? ■ No ☐ Yes

$1,417.28

---

**3.74**

Nonpriority creditor's name and mailing address
**Nyima Niu**
P.O. Box 521308
Flushing, NY 11354

Date(s) debt was incurred **3/1/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

$3,389.89

---

| Debtor | Chineseinvestors.com, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,648.93 |
|---|---|---|---|

**Ping Tang**
67-30 Clyde Street, 3T
Forrest Hills, NY 11357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/12/2019

Last 4 digits of account number __

Basis for the claim:  Unsecured promissory note

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96,753.00 |
|---|---|---|---|

**Po-show Chen**
Unit 27/E, 18, Caoxi Bei Lu
Shanghai, China, 200003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Unsecured promissory note

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195,333.58 |
|---|---|---|---|

**Power Up Lending**
111 Great Neck Road, Suite 214
Great Neck, NY 11021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  1/13/20, 2/18/20, 3/19/20

Last 4 digits of account number __

Basis for the claim:  Convertible Note

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340,205.65 |
|---|---|---|---|

**Qi Zhang**
c/o Akerman LLP
601 West 5th Street, Suite 300
Los Angeles, CA 90071

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/13/2018

Last 4 digits of account number __

Basis for the claim:  Pending litigation before U.S. District Court for
Central District of California, Case No. 2:20-cv-02356

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,536.04 |
|---|---|---|---|

**Qishang Chen**
126 Lee Ave
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/7/2019

Last 4 digits of account number __

Basis for the claim:  Unsecured promissory note

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,342.47 |
|---|---|---|---|

**Qiu He**
43-31 159th Street
Flushing, NY 11358

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/18/2019

Last 4 digits of account number __

Basis for the claim:  Unsecured promissory note

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,499.07 |
|---|---|---|---|

**Quhui Tang**
3356 Athol Street
Baldwin Park, CA 91796

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/4/2019

Last 4 digits of account number __

Basis for the claim:  Unsecured promissory note

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chineseinvestors.com, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82**

Nonpriority creditor's name and mailing address
**Redchip Companies, Inc**
**431 E Horatio Ave., Ste 100**
**Maitland, FL 32751**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$20,000.00

---

**3.83**

Nonpriority creditor's name and mailing address
**Ruiei Bu**
**13912 Schaeffer Rd**
**Boyds, MD 20841**

Date(s) debt was incurred  8/13/2019

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

$32,293.15

---

**3.84**

Nonpriority creditor's name and mailing address
**Ruixia Wang**
**45 S 23rd Street**
**San Jose, CA 95116**

Date(s) debt was incurred  6/7/2019

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

$110,127.16

---

**3.85**

Nonpriority creditor's name and mailing address
**Rulei Bu**
**13915 Schaeffer Rd.**
**Boyds, MD 20841**

Date(s) debt was incurred  6/14/2019

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

$44,280.11

---

**3.86**

Nonpriority creditor's name and mailing address
**Shao Yun Teng**
**245-16 61st Ave, 2nd Floor**
**Little Neck, NY 11362**

Date(s) debt was incurred  3/22/2019

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

$56,066.85

---

**3.87**

Nonpriority creditor's name and mailing address
**Shao Yun Teng**
**245-16 61st Ave, 2ND FL.**
**Little Neck, NY 11362**

Date(s) debt was incurred  12/13/2018

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

$32,596.68

---

**3.88**

Nonpriority creditor's name and mailing address
**Shihan Zhang**
**RM602, No114, Xuhong N. Rd.**
**Shenghai, China 200030**

Date(s) debt was incurred  7/23/2019

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

$32,482.19

---

Debtor   **Chineseinvestors.com, Inc.**
_____
   Name

Case number (If known) _____

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Siuling Linda Wong**
3112 73rd St
East Elmhurst, NY 11370

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,786.79 |

**Siwei Yang**
37796 Hyacinh Street
Newark, CA 94560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/7/2019**

Last 4 digits of account number _

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,786.79 |

**Siwei Yang**
37796 Hayacinth Street
Newark, CA 94560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/7/2019**

Last 4 digits of account number _

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,076.32 |

**Siwei Yang**
37796 Hyacinth Street
Newark, CA 94560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/2019**

Last 4 digits of account number _

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,408.22 |

**Siwei Yang**
37796 Hyacinth Street
Newark, CA 94560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/10/2019**

Last 4 digits of account number _

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,650.68 |

**Steve Mau**
530 Keswick Drive
Morrisville, PA 19067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/23/2019**

Last 4 digits of account number _

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,861.37 |

**Tiancong Guo**
5079 Royal Palm Drive
 CA 95438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/2019**

Last 4 digits of account number _

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chineseinvestors.com, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,733.98**

**Tiancong Guo**
5079 Royal Palm Drive
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/13/2018

Basis for the claim:  Unsecured promissory note

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,161.64**

**Ting Li**
2675 Alderwood Dr
San Jose, CA 95132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/5/2019

Basis for the claim:  Unsecured promissory note

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,566.12**

**Wan Yi Teng**
227 W. Valley Blvd., #208A
San Gabriel, CA 91776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/2019

Basis for the claim:  Unsecured promissory note

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,356.92**

**Wan Yi Teng**
227 W. Valley Blvd., #208A
San Gabriel, CA 91776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/9/2019

Basis for the claim:  Unsecured promissory note

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,827.82**

**Weizhi Ding**
14867 Granite Way
Saratoga, CA 95070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/72019

Basis for the claim:  Unsecured promissory note

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112,546.44**

**Weizhi Ding**
14867 Granite Way
Saratoga, CA 95070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/6/2019

Basis for the claim:  Unsecured promissory note

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,146.48**

**William Fang**
411 Hilliard Ave.
Monterey Park, CA 91754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/21/2018

Basis for the claim:  Unsecured promissory note

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chineseinvestors.com, Inc. | Case number (if known) | |
|--------|---------------------------|------------------------|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,390.28 |
|-------|------------------------------------------------|-----------------------------------------------------------------|-----------|

**Wuci Wu & Jian Neng Wu**
1847 Raleo Ave
Rowland Heights, CA 91748

Date(s) debt was incurred  **10/18/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,250.75 |
|-------|------------------------------------------------|-----------------------------------------------------------------|-----------|

**Xiang Han**
3539 Wolf Place
Santa Clara, CA 95051

Date(s) debt was incurred  **4/29/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,090.41 |
|-------|------------------------------------------------|-----------------------------------------------------------------|-----------|

**Xiang Han**
3539 Wolf Place
Santa Clara, CA 95051

Date(s) debt was incurred  **8/6/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,163.72 |
|-------|------------------------------------------------|-----------------------------------------------------------------|-----------|

**Xiao Ye**
89 JIA YANG GANG, 2 #703
GU LOU AREA, FU ZHOU CITY, FU JIAN,
China

Date(s) debt was incurred  **12/13/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,973.60 |
|-------|------------------------------------------------|-----------------------------------------------------------------|-----------|

**Xiao Ye**
89 JIA YANG GANG, 2 #703
GU LOU AREA, FU ZHOU CITY, FU JIAN,
CHINA

Date(s) debt was incurred  **8/3/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,179.18 |
|-------|------------------------------------------------|-----------------------------------------------------------------|-----------|

**Xiaodong Wang**
1300 Vosburg Dr
Azusa, CA 91702

Date(s) debt was incurred  **8/28/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,063.01 |
|-------|------------------------------------------------|-----------------------------------------------------------------|-----------|

**Xiaofeng Zhu**
7520 Bell Blvd., #4F
Oakland Gardens, NY 11364

Date(s) debt was incurred  **9/11/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Chineseinvestors.com, Inc. | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,588.01 |
|-------|--------------------------------------------------|---------------------|-----------|

**Xiaofeng Zhu**
7520 Bell Blvd., 4th Fl.
Oakland Gardens, NY 11364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/28/2018__

Basis for the claim:  __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.15 |
|-------|--------------------------------------------------|---------------------|-----------|

**Xiaoning Wu**
11130 Ranchito Street
El Monte, CA 91731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/7/2019__

Basis for the claim:  __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,715.21 |
|-------|--------------------------------------------------|---------------------|-----------|

**Xiaoning Xu**
11130 Ranchito Street
El Monte, CA 91731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/22/2019__

Basis for the claim:  __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,635.62 |
|-------|--------------------------------------------------|---------------------|-----------|

**Xiaorong Xue**
1542 Rancho Hill Drive
Chino Hills, CA 91709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/10/2019__

Basis for the claim:  __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|-------|--------------------------------------------------|---------------------|-----------|

**Xinyu Wang**
312 Major King Lane
Fort Washington, MD 20744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/20/2019__

Basis for the claim:  __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226,801.24 |
|-------|--------------------------------------------------|---------------------|-----------|

**Yan Fang AN**
c/o Akerman LLP
601 West 5th Street, Suite 300
Los Angeles, CA 90071

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __9/13/2018__

Basis for the claim:  __Pending litigation before U.S. District Court for Central District of California, Case No. 2:20-cv-02356__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,895.89 |
|-------|--------------------------------------------------|---------------------|-----------|

**Yang Du**
319 E. Chapman Ave. Apt. B
Placentia, CA 92870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/9/2019__

Basis for the claim:  __Unsecured promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Chineseinvestors.com, Inc.**                                    Case number (if known)
                    Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228,021.49 |

Ye Wang
44248 Ibero Way
Fremont, CA 94539

Date(s) debt was incurred  **8/10/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,869.12 |

Yimin Liu
818 W. Huntington Dr., #G
Arcadia, CA 91007

Date(s) debt was incurred  **12/6/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,808.22 |

Yiming Zheng
19 Edmond Street
Cambridge, MA 02140

Date(s) debt was incurred  **8/17/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,982.12 |

Ying Chen
19505 38th Ave. NE
Seattle, WA 98155

Date(s) debt was incurred  **8/21/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,081.72 |

Ying Pin Lin
38 Hong In Nong Changt Tie Tou
Gia Shan Zheng, Cang Shan Qu
Fu Zhou City, Fu Jian, China

Date(s) debt was incurred  **12/7/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,732.34 |

Ying Ping Lin
38 HONG IN NONG CHANGT TIE TOU,
GIA SHAN ZHENG, CANG SHAN QU
FU ZHOU CITY, FU JIAN, CHINA

Date(s) debt was incurred  **8/27/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136,319.78 |

Ying Ping Lin
38 HONG IN NONG CHANGT TIE TOU,
GIA SHAN ZHENG, CANG SHAN QU
FU ZHOU CITY, FU JIAN, CHINA

Date(s) debt was incurred  **9/4/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Chineseinvestors.com, Inc.**
_____   Case number (if known) _____
Name

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,773.97 |
|---|---|---|---|

**Yu Dan Wong**
**8111 45th Ave.**
**Elmhurst, NY 11373**

Date(s) debt was incurred **9/3/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,400.00 |
|---|---|---|---|

**Yue Cheng**
**RM202, No7, Lane112, Boshan E Rd**
**Suzhou City, Jiangsu Provice, China**

Date(s) debt was incurred **9/9/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387,813.70 |
|---|---|---|---|

**Yuh Shiang LLC**
**5306 Murray Ct.**
**Livingston, NJ 07039**

Date(s) debt was incurred **8/10/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,939.73 |
|---|---|---|---|

**Yuhua Li**
**1519 Gayser Street**
**Upland, CA 91784**

Date(s) debt was incurred **8/22/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,728.61 |
|---|---|---|---|

**Yuqi Zheng-Fredericks**
**238 Vernon Valley Rd.**
**Northport, NY 11768**

Date(s) debt was incurred **8/6/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,699.00 |
|---|---|---|---|

**Yvonne Wu**
**34173 Finnigan Terrace**
**Fremont, CA 94555**

Date(s) debt was incurred **2/15/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,520.55 |
|---|---|---|---|

**Yvonne Wu**
**34173 Finingan Terrance**
**Fremont, CA 94555**

Date(s) debt was incurred **6/24/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Chineseinvestors.com, Inc.**                                  Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$107,013.70** |

**Yvonne Wu**
**34173 Finnigan Terrace**
**Fremont, CA 94555**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9/6/2019**

**Basis for the claim:**  **Unsecured promissory note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$95,720.55** |

**Yvonne Wu**
**34173 Finnigan Terrace**
**Fremont, CA 94555**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9/30/2019**

**Basis for the claim:**  **Unsecured promissory note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,047.85** |

**ZhuoQun Shi**
**12039 Magnolia Street**
**El Monte, CA 91732**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Unsecured promissory note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 9,329,024.53 |
| 5c. Total of Parts 1 and 2  Lines 5a + 5b = 5c. | 5c. $ | 9,329,024.53 |

**Fill in this information to identify the case:**

Debtor name __**Chineseinvestors.com, Inc.**__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contingency Fee Agreement** | |
|---|---|---|---|
| | State the term remaining | **Payment to Attorney** | **Greenbaum Law Group, LLP** |
| | List the contract number of any government contract | | **170 Newport Center Dr., Ste 130 Newport Beach, CA 92660** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Property Located at: The Renaissance Tower 136-33 37th Avenue Flushing, NY 11354** | |
|---|---|---|---|
| | State the term remaining | **2/28/2021** | **K&G 37 Ave. Realty LLC** |
| | List the contract number of any government contract | | **134-35 33 Ave., Third Floor Flushing, NY 11354** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Property Locatedat: 227 W. Valley Blvd., Suite 208A San Gabriel, CA 91776** | |
|---|---|---|---|
| | State the term remaining | **7/31/2022** | **Lancer Investments LLC** |
| | List the contract number of any government contract | | **227 W. Valley Blvd., #308 San Gabriel, CA 91776** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Property Located at: 227 W. Valley Blvd., Suite 278B San Gabriel, CA 91776** | |
|---|---|---|---|
| | State the term remaining | **3/31/2021** | **Lancer Investments LLC** |
| | List the contract number of any government contract | | **227 W. Valley Blvd., #308 San Gabriel, CA 91776** |

Debtor 1    **Chineseinvestors.com, Inc.**
     First Name          Middle Name          Last Name
Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease**<br>**Wall Street**<br>**40 Wall Street, 28th Floor**<br>**New York, NY 10005** | |
|---|---|---|---|
| | State the term remaining | **10/31/2021** | |
| | List the contract number of any government contract | | **Work Better**<br>**40 Wall Street, 28th Fl, Suite F**<br>**New York, NY 10005** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Chineseinvestors.com, Inc.__

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                             *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Warren  Wang | 227 W. Valley Blvd.<br>Suite 208A<br>San Gabriel, CA 91776 | Lancer Investments<br>LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Warren  Wang | 227 W. Valley Blvd.<br>Suite 208A<br>San Gabriel, CA 91776 | K&G 37 Ave. Realty<br>LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Warren  Wang | 227 W. Valley Blvd.<br>Suite 208A<br>San Gabriel, CA 91776 | Lancer Investments<br>LLC | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Chineseinvestors.com, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  6/01/2020 to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $112,759.42 |
| **For prior year:**<br>From  6/01/2019 to  5/31/2020 | ■ Operating a business<br>☐ Other _____ | $6,476,442.00 |
| **For year before that:**<br>From  6/01/2018 to  5/31/2019 | ■ Operating a business<br>☐ Other _____ | $2,353,331.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Chineseinvestors.com, Inc.**                                    Case number *(if known)*  _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Broadridge** P.O. Box 416423 Boston, MA 02241 | 4/13/2020 | **$7,156.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **Chen Li** 612 Gladys Ave., Unit B San Gabriel, CA 91776 | 5/18/2020 | **$8,396.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Po-Show Chen** Unit 27/E, 18, Caoxi Bei Lu Shanghai, China 200003 | 3/31/2020 -$5,622 4/28/2020 - $5,593 | **$11,215.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.4. | **Dandy Data Solutions** 2 Courtney Cres Richmond Hills Onatrio, L4E4C1 Canada | 3/25/2020 - $3,000 4/3/2020 - $3,000 4/20/2020 - $3,000 5/15/2020 - $6,900 | **$15,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Ferrucci Law Group, APC Trust Account** 24361 El Toro Road, Suite 220 Laguna Woods, CA 92637 | 3/1/2020 - $2899.33 3/6/2020 -$ 1,734.17 3/24/2020 - $5000 4/3/2020 - $5000 4/20/2020 - $760 5/15/2020 - $2,006.66 5/20/2020 - $3,600.00 | **$21,000.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Gladstone Corportion** 1900 Hamilton Street, Suite 208 Philadelphia, PA 19130 | 3/20/2020 $5,000 3/27/2020 - $ 5,000 4/3/2020 - $2500 | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    __Chineseinvestors.com, Inc.__                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7.  Grand Land Co.<br>145 Rebel Rise<br>Fayetteville, GA 30215 | 2/28/2020 -<br>$11,884<br>3/16/2020 -<br>$6,710<br>3/20/2020 -<br>$6,710<br>4/1/2020 -<br>$3,730<br>4/27/2020 -<br>$3,730<br>5/15/2020 -<br>$7,210 | $39,974.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8.  **Confidential Creditor** | 2020 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payment pursuant to Confidential Agreement** |
| 3.9.  Irvine Venture Law Firm<br>19900 Mac Arthur Blvd., Suite 530<br>Irvine, CA 92612 | 3/1/2020 -<br>$5,000<br>3/27/2020 -<br>$8,230.59<br>3/31/2020 -<br>$8,230.58<br>5/15/2020 -<br>$6,162.50<br>5/20/2020 -<br>$4,000<br>5/28/2020 -<br>$3,591.25 | $35,214.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Legal services** |
| 3.10.  It Software Design<br>690 Azure Lane, Unit 3<br>Corona, CA 92879 | 3/4/2020 -<br>$7,600<br>5/15/2020 -<br>$3,800 | $11,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.  Jackson Lewis, PC<br>666 Third Ave., 29th Fl.<br>New York, NY 10017 | 3/31/2020 -<br>$13,408.90<br>4/20/2020 -<br>24.18 | $13,433.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Legal services** |
| 3.12.  K&G 37 Ave. Realty LLC<br>134-35 33 Ave., Third Floor<br>Flushing, NY 11354 | 2/28/2020 | $8,369.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent and Maintance for Leased Property  The Renaissance Tower, 136-33 37th Ave. Flushing, NY 11354** |

Debtor   __Chineseinvestors.com, Inc._____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.13 **Kaiser Foundation Health Plan**<br>P.O. Box 23250<br>San Diego, CA 92193-3250 | 3/23/2020 -<br>$2,907.23<br>4/20/2020 -<br>$2,907.23<br>5/4/2020 -<br>$2,564.79 | $8,379.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 **KTSF**<br>100 Valley Drive<br>Brisbane, CA 94005 | 2/27/2020 -<br>$4,900<br>4/20/2020 -<br>$5,000<br>5/15/2020 -<br>$10,500 | $20,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15 **Lancer Investments, LLC**<br>227 W. Valley Blvd., #308<br>San Gabriel, CA 91776 | 2/28/2020<br>3/31/2020 | $9,878.24 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 **Mega West**<br>420 W. 118th Street<br>New York, NY 10027 | 3/30/2020 -<br>$2,500<br>4/15/2020 -<br>$5,000<br>5/8/2020 -<br>$5,000 | $12,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17 **Network News Wire**<br>1324 Lexington Ave., Suite 417<br>New York, NY 10128 | 5/15/2020 | $19,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18 **Phoenix Satellite Television (US) Inc.**<br>3810 Durbin Street<br>Baldwin Park, CA 91706 | 3/11/2020 -<br>$2,700<br>3/25/2020 -<br>$2,600<br>4/20/2020 -<br>$2,600<br>5/15/2020 -<br>$2,600 | $13,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19 **Sequuoia CPAS, APC**<br>17800 Castleton Street, #180<br>Rowland Heights, CA 91748 | 3/25/2020 -<br>$10,994.75<br>3/30/2020 -<br>$10,636.84<br>4/20/2020 -<br>$10,636.84<br>5/15/2020 -<br>$11,078.20 | $43,346.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Chineseinvestors.com, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.20 **Sina.com Online**<br>1731 Embarcado Rd., Suite 220<br>Palo Alto, CA 94303 | 5/15/2020 | $17,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21 **Stock Services, LLC**<br>8745 Gary Burns Drive., Suite 160<br>Frisco, TX 75034 | 3/6/2020 -<br>$3,000<br>3/30/2020 -<br>$1,500<br>4/1/2020 -<br>$1,600<br>4/23/2020 -<br>$1,500<br>5/8/2020 -<br>$1,500<br>5/18/2020 -<br>$1,500 | $10,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22 **SVC Media Inc.**<br>465 N. Whisman Road, Suite 400<br>Mountain View, CA 94043 | 3/25/2020 -<br>$4,200<br>4/20/2020 -<br>$1,400<br>5/15/2020 -<br>$1,400 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23 **The Law Offices of Melissa N. Armstrong**<br>7332 Pacific View Drive<br>Los Angeles, CA 90068 | 2/28/2020 -<br>$8,750<br>3/30/2020 -<br>$6,250<br>4/1/2020 -<br>$9,009.69<br>4/6/2020 -<br>$6,250<br>4/23/2020 -<br>$8,750<br>5/8/2020 -<br>$7,250<br>5/18/2020 -<br>$9,750 | $56,009.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal services** |
| 3.24 **Yingpin Lin**<br>38 Hong in Nong Changt Tie Tou<br>Gia Shan Zheng, Cang Shan Qu<br>Fu Zhou City, Fu Jian, China | 2/21/2020 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Loan Repayment** |
| 3.25 **Mei Maker**<br>22375 Rolling Hills Rd.<br>Saratoga, CA 95070 | 3/9/2020 -<br>$2,319.14<br>3/20/2020 -<br>$2,389.36<br>4/3/2020 -<br>$2,389.36<br>4/20/2020 -<br>$2,389.36<br>5/5/2020 -<br>$2,389.36 | $11,878.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Loan Repayment** |

Debtor    **Chineseinvestors.com, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.26 **Nyima Niu** P.O. Box 521308 Flushing, NY 11355 | 4/2/2020 | $20,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Loan Repayment** |
| 3.27 **ZhuoQun Shi** 12039 Magnolia St. El Monte, CA 91732 | 2/28/2020 - $2500 3/16/2020 - $2500 3/23/2020 - $2500 4/13/2020 - $2500 4/27/2020 - - $2500 5/6/2020- $2500 | $15,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Loan Repayment** |
| 3.28 **Bluevine Capital** 401 Warren St., #300 Redwood City, CA 94063 | 2/24/2020 - $3853.76 3/2/2020 - $3,899.74 3/9/2020- $3,946.27 3/16/2020 - $3,993.34 3/23/2020 - $4,040.98 3/30/2020 - $4,089.20 4/6/2020 - $4,137.97 4/13/2020 - 4,187.35 4/20/2020 - $4,237.30 4/27/2020 - $4,287.84 | $40,673.75 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Loan Repayment** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    __Chineseinvestors.com, Inc.__    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.29  **Pearl Capital Funding** **525 Washington Blvd., 22nd Floor** **Jersey City, NJ 07310** | 2/20/2020, 2/21/2020, 2/24/2020, 2/25/2020, 2/26/2020, 2/27/2020, 2/28/2020, 3/2/2020, 3/3/2020, 3/3/2020, 3/4/2020, 3/5/2020, 3/6/2020, 3/9/2020, 3/10/2020, 3/11/2020, 3/12/2020, 3/13/2020, 3/16/20202, 3/17/2020, 3/18/2020, 3/19/2020, 3/20/2020, 3/23/2020, 3/24/2020, 3/25/2020, 3/26/2020, 3/27/2020, 3/30/2020, 3/31/2020, 4/1/2020, 4/2/2020, 4/3/2020, 4/6/2020, 4/7/2020, 4/8/2020, 4/9/2020, 4/10/2020, 4/13/2020, 4/14/2020, 4/16/2020 ($1,552) | $63,632.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Loan Repayment__ |
| 3.30  **Hui Zhang** **2-901 Greencity Gardon, Piaoyi Rd,** **Suzhou City, Jiangsu Provice,** **China, 215000** | 3/16/2020 - $9,625.14 3/31/2020 - $9,625.14 4/14/2020 - $9,625.14 4/30/2020 - $9,625.14 4/30/2020 - $9,625.14 | $57,750.84 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Loan Repayment__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Chineseinvestors.com, Inc.** _____   Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.31  Belinda Wu<br>11903 SE 71st Place<br>Renton, WA 98056 | 2/28/2020 -<br>$6,875.10<br>3/13/2020 -<br>$6,875.10<br>3/25/2020 -<br>$6,875.10<br>4/13/2020 -<br>$6,875.10<br>4/27/2020 -<br>$6,875.10<br>5/15/2020 -<br>$6,875.10 | $41,250.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Loan Repayment_ |
| 3.32  Yvonne Wu<br>34173 Finnigan Terrace<br>Fremont, CA 94555 | 2/28/2020 -<br>$6,439.27<br>3/16/2020 -<br>$6,439.27<br>3/31/2020 -<br>$6,439.27<br>4/14/2020 -<br>$6,439.27<br>4/30/2020 -<br>$6,439.27<br>4/30/2020 -<br>$6,439.27 | $32,196.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Loan Repayment_ |
| 3.33  BF Borgers CPA<br>5400 W. Cedar Ave.<br>Denver, CO 80226 | 3/25/2020 | $6,480.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Warren Wang<br>227 W. Valley Blvd., Suite 208B<br>San Gabriel, CA 91776<br>CEO | 6/1/19<br>8/31/19<br>10/9/19<br>11/30/19<br>2/29/20<br>6/12/20 | $345,649.57 | **Expense reimbursements +<br>remaining portion of 2019<br>bonus** |
| 4.2.  Delray Wannemacher<br>Fayetteville, GA 30215<br>Director | | $30,000.00 | **Fees Earned** |
| 4.3.  Patrick Leung<br>Hong Kong<br>Chief Financial Officer | | $60,000.00 | **Fees Earned** |

Debtor   **Chineseinvestors.com, Inc.**                                    Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.  **Shelby Chan** <br> **Hong Kong** <br> **Director** | | $22,500.00 | **Fees Earned** |
| 4.5.  **Clayton Miller** <br> **Fontana, CA** <br> **Manager** | **2019-2020** | $191.16 | **Reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ◾ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ◾ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Jim Ye vs. Chineseinvestors.com, Inc. et al.** <br> **19GDCV01195** | **Rescission of Purchase of Securities Due to Fraud, Violation of Cal. Bus. & Prof. Code Section 17200, et seq. and Fraudulent Concealment** | **Los Angeles Superiro Court Glendale Courthouse 600 E Broadway Glendale, CA 91206** | ☐ Pending <br> ☐ On appeal <br> ◾ Concluded |
| 7.2.  **Qi Zhang and Yan Fang An vs. Chineseinvestors.com, Inc. et al.** <br> **2:20-cv-02356** | **Breach of Two Promissory Notes** | **US Distritc Court - Central District 255 East Temple Street Los Angeles, CA 90012** | ◾ Pending <br> ☐ On appeal <br> ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ◾ None

**Part 4:   Certain Gifts and Charitable Contributions**

Debtor    **Chineseinvestors.com, Inc.**                          Case number *(if known)* _____

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Hinds Law Group, APC**<br>**21257 Hawthorne Blvd.**<br>**Secnd Floor**<br>**Torrance, CA 90503** | | **June 1,2020**<br>**June 18, 2020** | **$70,000.00** |
| | **Email or website address**<br>**hindslawgroup.com** | | | |
| | **Who made the payment, if not debtor?**<br>**N/A** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

Debtor    **Chineseinvestors.com, Inc.**          Case number *(if known)* _____

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

> **User name (client login)**
> **Password (client login)**
> **Billing addres**
> **Phone Number**
> **Email Address**
> **Credit card number (if paid by cc)**
> **CC expiration date and security code**
> **Names, addresses, SSN, phone numbers for subscribers to PPMs**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ChineseInvestors.com Inc. Retirement Plan** | EIN:  **35-2089868** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Chineseinvestors.com, Inc.**    Case number *(if known)* _____

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | **$6,680.41** |
| 18.2. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | **$29,081.63** |
| 18.3. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | **$6,680.41** |
| 18.4. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | **$29,081.63** |
| 18.5. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | **$6,483.75** |
| 18.6. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | **$23,834.42** |
| 18.7. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | **$99,207.13** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Chineseinvestors.com, Inc.**                                       Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.8. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | $3,929.68 |
| 18.9. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | $7,132.19 |
| 18.10. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | $447.52 |
| 18.11. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | $686.21 |
| 18.12. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | $2,137.45 |
| 18.13. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | $4,352.86 |
| 18.14. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | $1,395.42 |
| 18.15. | Glendale Securities Inc<br>15233 Ventura Blvd., Suite 712<br>Sherman Oaks, CA 91403 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **Stocks sold within last year** | $1,395.42 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Chineseinvestors.com, Inc.**                                          Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.16 | **Glendale Securities Inc**<br>**15233 Ventura Blvd., Suite 712**<br>**Sherman Oaks, CA 91403** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other__ | **Stocks sold within last year** | $256.48 |
| 18.17 | **Glendale Securities Inc**<br>**15233 Ventura Blvd., Suite 712**<br>**Sherman Oaks, CA 91403** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other__ | **Stocks sold within last year** | $3,650.77 |
| 18.18 | **Glendale Securities Inc**<br>**15233 Ventura Blvd., Suite 712**<br>**Sherman Oaks, CA 91403** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other__ | **Stocks sold within last year** | $2,368.68 |
| 18.19 | **Glendale Securities Inc**<br>**15233 Ventura Blvd., Suite 712**<br>**Sherman Oaks, CA 91403** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other__ | **Stocks sold within last year** | $140,000.00 |
| 18.20 | **Chineseinvestors.com, Inc.**<br>**227 W. Valley Blvd., Suite 208A**<br>**San Gabriel, CA 91778** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Stocks sold** | **2020** | Unknown |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor   **Chineseinvestors.com, Inc.**                                    Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. | Dates business existed |
|---|---|---|---|
| 25.1. **Shanghai CBD Biotechnology Co., Ltd Block A, 27th Floor, Shangshi Building 18 Caoxi North Road, Xuhui District Shanghai, China** | **Industrial hemp/CBD skincare and cosmetics** | **EIN:** | **From-To   2017 - present** |

Debtor    __Chineseinvestors.com, Inc.__                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2.  CBD Biotechnology Inc.<br>20th Floor, 250 Howe Street<br>Vancouver BC V6C 3R8<br>Canada | | **Dates business existed**<br>EIN:<br><br>From-To  **June 2017 - present** |
| 25.3.  Hemp Logic, Inc. dba<br>Hempstatic<br>227 West Valley Blvd., Suite<br>208B<br>San Gabriel, CA 91776 | | EIN:      82-0993974<br><br>From-To  **2017 - present** |
| 25.4.  CIIX Online  Inc<br>227 West Valley Blvd., Suite<br>208B<br>San Gabriel, CA 91776 | | EIN:      82-1466946<br><br>From-To  **2018 - present** |
| 25.5.  Chinesehempoil.com Inc<br>dba Chinese Wellness Center<br>227 West Valley Blvd., Suite<br>208B<br>San Gabriel, CA 91776 | Industrial hemp/CBD products in the US | EIN:      82-1108631<br><br>From-To  **2018 - present** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Sequoia Group CPA, A Professional Corp.<br>17800 Castleton Street, #180<br>Rowland Heights, CA 91748 | 2018-Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  B.F. Borgers CPA, PC<br>5400 W. Cedar Ave.<br>Lakewood, CO 80226 | 2018-Present |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.  Sequoia Group CPA, a Professional Corp.<br>17800 Castleton Street, #180<br>City of Industry, CA 91748 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

Debtor    **Chineseinvestors.com, Inc.**                                      Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.  **Sequoia Group CPA, a Professional Corp.**
        **17800 Castleton Street, #180**
        **City of Industry, CA 91748**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
      statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Securities and Exchange Commission**
        **444 Flower St #900**
        **Los Angeles, CA 90071**

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
    in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wei Warren Wang | 227 W. Valley Blvd., Suite 208B San Gabriel, CA 91776 | CEO and Chairman of Board | 7.46% as of 5/31/2019 |
| Delray Wannemacher | Fayetteville, GA 30215 | Independent Director | Less than 1% |
| Patrick Leung | HONG KONG | CFO and Director | 0 |
| Shelby Chan | Hong Kong | Independent Director | 0 |
| Keevin Gillespie | Lake Forest, CA 92630 | Director | Less than 1% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in
    control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Debtor    **Chineseinvestors.com, Inc.**                              Case number *(if known)* _____

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Warren Wang<br>227 W. Valley Blvd., Suite 208B<br>San Gabriel, CA 91776 | $262,000 | 2019-2020<br>Last pmt 6/12/2020<br>(also noted in Part 4) | Salary + remaining portion of bonus |
| | Relationship to debtor<br>CEO | | | |
| 30.2 | Lan Jiang<br>Temple City, CA 91780 | $180,000 | 2019-2020 | Salary |
| | Relationship to debtor<br>Office Manager | | | |
| 30.3 | Keevin Gillespie<br>Lake Forest, CA 92630 | $159,911.75 | 2019-2020 | Salary + bonus |
| | Relationship to debtor<br>Director, Executive | | | |
| 30.4 | Clayton Miller<br>Fontana, CA 92336 | $119,874.22 | 2019-2020 | Salary + bonus |
| | Relationship to debtor<br>Manager/Investor Relations | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Name of the parent corporation                              Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

Name of the pension fund                              Employer Identification number of the parent corporation

Debtor    **Chineseinvestors.com, Inc.**    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____06/18/2020_____

_____    **Wei Warren Wang**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **CEO**

_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Chineseinvestors.com, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 70,000.00 |
| Prior to the filing of this statement I have received | $ | 70,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

| **CERTIFICATION** |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

06/18/2020
_Date_

James Andrew Hinds, Jr. 71222   Rachel M. Sposato
_Signature of Attorney_                                    306045
**THE HINDS LAW GROUP**
**21257 Hawthorne Boulevard**
**Second Floor**
**Torrance, CA 90503**
**(310) 316-0500  Fax: (310) 792-5977**
**jhinds@hindslawgroup.com;**
**rsposato@hindslawgroup.com**
_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James Andrew Hinds, Jr. 71222<br>21257 Hawthorne Boulevard<br>**Second Floor**<br>**Torrance, CA 90503**<br>(310) 316-0500 Fax: (310) 792-5977<br>California State Bar Number: 71222 CA<br>jhinds@hindslawgroup.com; rsposato@hindslawgroup.com | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Chineseinvestors.com, Inc. | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **90** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 06/18/2020

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor ) (if applicable)

Date: 06/18/2020

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              **F 1007-1.MAILING.LIST.VERIFICATION**

Chineseinvestors.com, Inc.
227 W. Valley Blvd., Suite 208A
San Gabriel CA 91776


James Andrew Hinds, Jr.
THE HINDS LAW GROUP
21257 Hawthorne Boulevard
Second Floor
Torrance, CA 90503


Abraham Giraud
Avenida Sur 17 QTA Santa Eduvigis
#41 El Conde, El Centro, Caracas,
10058, VENEZUELA


AGNES E. DEGEN
3841 LIRIO LANE
La Crescenta CA 91214


ALBERT BERTALMIO TRUST U/A DTD 04/1
110 W BUTTERFIELD RD APT 414S
Elmhurst IL 60126


ALEXANDER LUIS BARRETTO
AVE INTER COMUNAL, RS EL POLIEDRO
PISO 2 APTO 205, CARACAS, 10091,
VE


ALEXANDER NILOLAEVICH DOBRYNIN
ZAPARINA ST 38-1002,
 KHABAROVSK,  680000, RUSSIA


Alice Yeh
4301 Harcourt Rd.
Boyds MD 20841

ALICE YEH
50 HARTZ WAY
Secaucus NJ 07094


AMADEO LEYBA
EDF BANVENDEZ MEZZANINA DE REDUCTO
A GLORIETA,AV LECUNA, LECUNA,
CARACAS, 10058, VENEZUELA


AMANDA KIM
576 ARMITOS PL.
Diamond Bar CA 91765


AMY YUN YUN ZHAN
88-03 70 DR. 1ST FL.
Forest Hills NY 11375


ANAMIKA CUBA CHOWDHURY
260 W ELMWOOD AVE., APT#Q
Burbank CA 91502


ANDERSON DENG
61 East Broadway, #4
New York NY 10002


ANDRES H ALEJANDRO
RS VENEZUELA EDF, CARABOBO
APT 100-4, 100 COCHE, CARACAS,
10091, VENEZUELA


ANGEL JOSE ONECA
EDF QUESERA UD-4, CARICUAO PISO 11
APT 11002, CARACAS, 10041, VENEZUEL

ANTHONY LIM
2986 E. SANTA FE RD
Brea CA 92821


AOKI TOKIKO
706 EXCELLENT EIGHT 3-6-30
UTUJIQAOKA MIYAGINOKU, MIYAGI
PREFECTURE, JAPON


APRIL K CARLISLE
327 WEST 1ST ST APT NO 19
Bloomington IN 47403


ARON LEE
37 ALICE ST #B,
Arcadia CA 91006


AXIS PARTNERS, INC
318 N. CARSON ST, STE 208
Carson City NV 89701


AZIM JAHANGARD MAHBOOB
17650 STAGG STREET
Northridge CA 91325


BARBARA JEAN ELLSON
68 FERNHILL RD, OLTON
SOLIHULL B92 7RU, ENGLAND, UK


BARRY CHUNG
1739 W MONGOMERY AVE APT 1
Philadelphia PA 19121

BASAL K LAU
3217 ISABEL AVE.
Rosemead CA 91770


BASAL LAU & AIMIN LAU JTWROS
6275 LEROY LANE
Stevens Point WI 54481


Beinan Zhang
361 S ARROYO DRIVE
San Gabriel CA 91776


Belinda Wu
11903 SE 71st Place
Newcastle WA 98056


BEVERLY WNUK
6275 LEROY LANE
Stevens Point WI 54481


BF Borgers
5400 W. Cedar Ave.
Denver CO 80226


BHP Capital
45 Sw 9th Street, Suite 1603
Miami FL 33130


BILL F COUNTER & KATHLEEN M COUNTER
ROUTE 1 BOX 5
Niagara WI 54151

BILL T DENG
PO BOX 362128
Milpitas CA 95036


Bitcoin Trading Academy
277 W Valley Blvd., Suite 208
San Gabriel CA 91776


BlueVine
401 Warren St., #300
Redwood City CA 94063


Bo Guan
37053 Cherry Street, Suite 102
Newark CA 94560


Bo Liang
163 Bay 34 St., #F
Brooklyn NY 11214


BO LIANG
163 BAY 34 ST #1F
Brooklyn NY 11214


Bochao Zhang
303-6888 Alderbridge Way
Richmond, BC, Canada V6X0A7


Bochao Zhang
3481 Bishop Place
Coqutliam, BC, V3E, OK2, China

BOCHAO ZHANG
3481 BISHOP PLACE
COQUTLIAM, BC, V3E 0K2, CHINA


BOHONG ZHANG
14609 BAYLOR AVE
Chino CA 91710


BRIAN M KLESMITH
4104 BENTLY ROAD
Rosholt WI 54473


BRIEDA AULAR PEREZ
CALLE BERMUDEZ COUSSIN NO 1009-92
BRIEDA AULAR, EREZ, ENTRE AVE PADRE
ALFONZO YAMANZUN VALENCIA, VENEZUEL


Broadridge
P.O. Box 416423
Boston MA 02241


CAPITAL ACCESS BUREAU
455 DOUGLAS AVE SUITE 2255-K
Altamonte Springs FL 32714


CARLO ALFREDO FERREIRA MORON
URBANISACION LOS CHAGUARAMOS
QTA FULER NO 40, CARACAS , 100100,
VENEZUELA


CARLOS ALBERTO ARMAS
URB CARABALLEDA QTA
LOS CORALES AV PRINCIPAL, LA GUAIRA
10018, VENEZUELA

CARLOS JESUS GUEVARA DIAZ
1-RA AVE SUR ALTAMIRA EDIFICIO
SAN ANTONIO PISO 5APTO 1-E ALTAMIRA
CARACAS 10060, VENEZUELA


CECILIA YUELING SU
4961 NARVAEZ AVE,
San Jose CA 95136


CEDE & CO
PO BOX 222 BOWLING GREEN STATE
New York NY 10274


CEN SHI
ROOM 306, NO. 8, LANE 180
TIANYAOQIAO RD, XUHUI
DISTRICT, SHANGHAI, 200030, CHINA


Changchuan Zhu
2-803 Greencity Gordon, Piaoyi Road
Suzhou City, Jiangsu Provice
China MD 21500


CHANGQI LIU
140-24 NEGUNDO AVE, 2 FL
Flushing NY 11355


Changqui Liu
140-24 Negundo Ave., 2nd Floor
Flushing NY 11355


Chao Jung Chen
1108 S. California Ave.
West Covina CA 91790

Chao Qiong Hu
120 Hicks Lane
Great Neck NY 11024


CHAO WEI TAN
1622 WEST 10TH STREET,
Brooklyn NY 11223


Chaowei Tan
1622 W. 10th Streeet
Brooklyn NY 11223


CHARLES R S SHEPARD TRUST
80 CAMINO BARRANCA
Placitas NM 87043


CHARLES S ROBERSON
3643 EBBETS DR
Evansville IN 47725


Charles Weiming Chen
1417 S. Marengo Ave.
Alhambra CA 91803


Charlie Chengchang Chao
3475 Gibson Rd., Apt E
El Monte CA 91731


CHARLIE CHENGCHANG CHAO
3745 GIBSON RD APT E
El Monte CA 91731

Chen Li
612 S. Gladys Ave., Unit B
San Gabriel CA 91776


CHENGUANG LI
103 KIRK AVE
Montauk NY 11954


CHENYAN LIU
75-20 BELL BLVD #4F,
Oakland Gardens NY 11364


Chhoeung Eav Chang
5214 GlenVista Drive
Garland TX 75044


CHI HANG LI
5443 N. CHARLOTTE AVE
San Gabriel CA 91776


Chia Fang Cheng
163-22 21Rd
Whitestone NY 11357


CHIA FANG CHENG
16322 21 ROAD
NEW YORK NY 11537


Chien Hung Bill Lai
163 64 Ladysmith Street
 09174-5000

Chien Hung Bill Lai
163 64 Ladysmith St
Hacienda Heights CA 91745


Chin Jeanie Chen
144-09 34th Ave.
Flushing NY 11354


Chinfang Chen
12617 Richmond Run Dr
Raleigh NC 27614


Ching Wen Cheng
8F, No.8, Lane37, Boachan Rod
Yonghe District, New Taipei City 23
Taiwan ROC


Chir Hsin Tien
16 Longmeadow Crescent,
Markham, ON, L3R, 3J5, CANADA


CHIR-HSIN TIEN
16 LONGMEADOW CRESCENT
MARKHAM, ON, L3R 3J5, CANADA


CHRIS FRIEDL
5901 WARNER AVENUE # 307
Huntington Beach CA 92649


CHRISTENE M WIERSBA
409 W MCDONALD DR
Stevens Point WI 54481

Christina Zheng
12617 Richmond Run Dr
Raleigh NC 27614


CHRISTINA ZHENG
12617 RICHMOND RUN DR
Raleigh NC 27614


Chuck Chen
17306 Wedgeworth Drive
Hacienda Heights CA 91745


Chuck Chen
17036 Wedgeworth Drive
Hacienda Heights CA 91745


CHUCK CHEN
17036 WEDGE WORTH DR
Hacienda Heights CA 91745


CHUCK KUEN LEE
25 358 LANE WEI NIN RD, SUITE 101
CHANGNING DISTRICT, SHANGHAI
CHINA


CHUN ZHENG
2613 E OGAI DR
Brea CA 92821


CHUNFANG TANG
ROOM 1306, NO.16, LANE 1366
JIANGYANG WEST RD,
JING'AN DISTRICT, SHANGHAI, CHINA

Chunping Li
516 W. Fern Drive
Long Beach CA 90833


CHUNPING LI
516 W. FERN DR,
Long Beach CA 90833


CLARENCE A KLASINSKI
217 PRENTICE ST
Stevens Point WI 54481


CLARENCE E BACHMAN & THE BACHMAN
TRUST U/A DTD JULY 29 1971
19759 KARA CIRCLE
North Fort Myers FL 33917


CLIFFORD HUNT
5415 BATES ST
Seminole FL 33772


Crowne Bridge Partners LLC
1173A 2nd Ave., Suite 126
New York NY 10065


DAISY OVIEDO DE LARA
EDF BANVENDEZ REDUCTO, A GLORIETA
AV LECUNA, CARACAS ,
10058, VENEZUELA


DAN LING TSENG
1366 80TH STREET
Brooklyn NY 11228

Dandy Data Soluations
2 Courtney Cres
Richmond Hills, Ontario LC4E4C1,
Canada


DANIEL KERN
1027 GOLDENROD
Corona Del Mar CA 92625


DANIEL TSENG
109-8751 CITATION DR
RICHMON, BC, V6Y 2Y5, CANADA


DANIELA SCHADENDORF DE ESPARIS
EDF BANVENDEZ MEZZANINA
DE REDUCTO A GLORIETA AV
LECUNA, CARACAS , 10058, VENEZUELA


Danny Yang Liu
16989 Viana Drive
Chino Hills CA 91709


DANNY YANG LIU
16989 VIANA DR
Chino Hills CA 91709


Danping Wang
24560 Avenida Da Marcia
Yorba Linda CA 92887


DAVID CURBENOS GARCIA
RES LA FLORESTA, AVE INTER COMUNAL
 LOS CEDROS APT 3-2, CARACAS ,
10091, VENEZUELA

DAVID E CARRA
1319 S ELLIOTT ST
Evansville IN 47713


DAVID GUEVARA DIAZ
1-RA AV SUR ALTAMIRA
ALTAMIRA , CARACAS ,
10060, VENEZUELA


DAVID INGLES
2701 CHAMBER ST
Stevens Point WI 54481


DAVID K PENG & LINDA M PENG JT TEN
10620 TUGGLE PL
Cupertino CA 95014


DAVID LO
112 A PALMETTO DR
Alhambra CA 91801


DAVY YUSHI MAO
82 ISLAND CORAL
Irvine CA 92620


Delray Wannemacher
145 Rebel Rise
Fayetteville GA 30215


DENIS MICHAELOVICH NEVZOROV
ZAPARINA ST 123-55, KHABAROVSK,
 680028, RUSSIA

DEYING WANG
ROOM 603, 222 YAOHUA ROAD
PUDONG NEW DISTRICT, SHANGHAI,
200126, CHINA


DIANA PENG
49 WILLOW TREE LANE
Irvine CA 92612


Dianying Jing
37 Brookvill Rd.
Glen Head NY 11545


DIANYING JING
37 BROOKVILLE RD.
Glen Head NY 11545


Dingfan Gong
64-11 228th Street
Oakland Gardens NY 11364


DONALD CISEWSKI
1754 COUNTY HIGHWAY C
Stevens Point WI 54481


DONALD R MEYERS
15 SUTHERLAND DR.
Highland Mills NY 10930


DULCE DELGADO
EDF BANVENDEZ
DE REDUCTO A GLORIETA AV LECUNA,
CARACAS , 10058, VENEZUELA

DUMAS ROBERTO GOMEZ GONZALEZ
AV PRINCIPAL COS CORTISOS
DE LOUDES LOS RUICES, OFIL PISO 1
CARACAS, VENEZUELA


EDGAR JOSE MALDONADO GARCIA
AV VICTORIA EDF LA VICTORIA
PISO 3 APT 3-2
CARACAS , 10032, VENEZUELA


EDUARDO JOSE BANCO
AVE INTER COMUNAL, RS ACUARIUS
PISO 3 APTO 303,
CARACAS , 10091, VENEZUELA


EDUARDO JOSE CRESPO
AV BARALT B UCARE ACARMEN
EDF BUCARE PISO 2 APT 23
CARACAS, 10058, VENEZUELA


EDUARDO PALOMAR LOPEZ
RS ARAGUANEY PISO 12 APT 1205
CARRETERA PETARE, GUARENAS , 100100
VENEZUELA


EDWARD YU MAO
2201 DUPONT DRIVE #500
Irvine CA 92612


ELBA ELENA DIAZ ACERO
1 AV ALTAMMIRA SUR RES SAN ANTONIO
PISO 5 APTO 1-E
CARACAS, 10060, VENEZUELA


ELENA VIKTOROVNA DOBRYNINA
ZAPARINA ST 32-164
KHABAROVSK, 680026, RUSSIA

EMILY HU
946 CREST VISTA DR
Monterey Park CA 91754


Emily Yeh Iverson
411 South Fernwood Circle
Sunnyvale CA 94085


Emily Yu
6568 Pine Meadow Circle
Stockton CA 95219


EMMA WEIGHT
23 CLANDON CLOSE
KINGS HEATH, B'HAM
B14 5QL, UK


ERIC DAVID DOMINGO AZAUJO
EL CAFETAL EDF TARAUS, PISO 3
APT 3-1, CARACAS, 10081, VENEZUELA


ERNEST KING
441 CROSSBOW DR
Plover WI 54467


ERNESTO FERNANDEZ
CALLE DEL NARANJAL
QINTA PATRICIA SAN JOSE DE LOS ALTO
LOS TEQUES , 100100, VENEZUELA


ERSEL SUSAR
5661 CALLE LAS COLINAS
Evansville IN 47712

ESDGAN MUJICA
DF BANVENDEZ MEZZANINA
DE REDUCTO A GLORIETA,
AV LECUNA,   , CARACAS, 10058, VENEZ


ETHEL LIU WAN
539 28TH AVE. APT#2
San Francisco CA 94121


Ethel Lou Wan
539 28th Ave, Apt 2
San Francisco CA 94121


EVGENI NIKOLAEVICH KERN
LERMONTOVA ST 32-27
KHABAROVSK, 680013, RUSSIA


Fai Lam
146-07 Holly Ave.
Flushing NY 11355


FAN ZHANG & WEI ZHANG JT TEN
87 SONAS DR
Hayward CA 94542


Fang Fang
2217 Dunraven Lane
Houston TX 77019


Fang Hua
71-21 Penelope Ave.
Middle Village NY 11379

Fang Shen
1728 Highland Oaks Blvd.
Lutz FL 33559


Fang Sun
1953 Barry Ave.
Los Angeles CA 90025


FANG SUN
1953 BARRY AVE
Los Angeles CA 90025


FEI DU
3537 WHISTLER AVE
El Monte CA 91732


FELIPE ENRIQUE BETANCOURT GARCIA
URB JARDINES DE STA ROSA # 35
QTA ANDIS VEREDA#20, CUA EDO MIRAND
CARACAS , 10060, VENEZUELA


FELIZ MORALES MARCANO
CALLE REAL MANICOMIO
 AV PRINCIPAL LIDICE NO 41,
CARACAS , 10058, VENEZEUELA


FENG DENG
230 N NICHOLSON AVE APT E
Monterey Park CA 91755


Feng Hu
Dongxinlaiyin Yuan 6-201, Xiaoshan
District, Hangzhou, Zhejiang Provin
311202 China

FENG HU
DONGXINLAIYIN YUAN 6-201
XIAOSHAN DISTRICT, HANGZHOU,
ZHEJIANG PROVINCE, 311202, CHINA


FERNANDEZ QUINTERO REINALDO ALBERTO
AVE VENEZUELA, EDF EL AMADO PISO 5
APT 1O, BELLO MONTE
 CARACAS, 10060, VENEZUELA


FERNANDO PEREIRA
EDF BANVENDEZ DE REDUCTO A GLORIETA
V LECUNA, CARACAS , 10058, VENEZUEL


Financial Buzz Media Networks
3 Columbus Circle 15th Floor
New York NY 10019


FRANCIS CAROLINA MALDONADO GONZALEZ
CENTRO FINANCIERO LATINO PISO 22
V URDANETA, CARACAS, 10058,
VENEZUELA


FRANK ENRIQUE LADERA LADERA
URB STA CECILIA-RES TOWN, CITY
# APB#1 VALENCIA, ED CARABOBO ,
VENEZUELA


Frank Gang Chen
10970 Northsky
Cupertino CA 95014


FRANK GANG CHEN
10970 NORTHSKY SQ
Cupertino CA 95014

GABRIEL ANTONIO CARABALLO SOTO
AV PRINCIPAL CAURIMARE
EDF ORINOCO PISO 9 APT 9-2
ENTRADA B, CARACAS , 10018, VENEZUE


GANG WEI
301, UNIT 1 BUILDING 28,
JIANQIAO CHUNYU, YUHUA EAST RD,
CHANG'AN DISTRICT, HEBEI PROVINCE,


Gary Kong
159-14 102nd Street
Howard Beach NY 11414


GARY KONG
39-01 MAIN STREET #605
Flushing NY 11354


Gary Kong & Yan Yang
159-14 102nd Street
Howard Beach NY 11414


GEORGE DAO DAO
KM 13 DETRAS DE LA OVEJA
NEGRA SAN ANTONIO DE LOS ALTOS
OS TEQUES, 100100, VENEZUELA


GEORGE GOEBEL
125 OAKLEAF LANE
Longwood FL 32779


GEORGE R SOMMER REVOCABLE TRUST
U/A DTD JUNE 20 1996
71 DUNSTER ROAD
Framingham MA 01702

GEORGE RHEA
1927 500 STREET
Cherokee IA 51012


GILBERT GIM LEE
15110 KOURY DR
Hacienda Heights CA 91745


Global Transfer LLC
780 Deltona Blvd., Suite 202
Deltona FL 32725


Globex Transfer
780 Deltona Blvd., Suite 202
Deltona FL 32725


GRAHAM BOWMER
8802 MARSHALL ST
Rosemead CA 91770


GRAHAM BOWMER
5344 E TIMBERWOOD DR
Newburgh IN 47630


Grand Land Co.
2802 Countrywood Lane
West Covina CA 91791


Greenbaum Law Group, LLP
170 Newport Center Dr., Ste 130
Newport Beach CA 92660

GUI SEN LIU
8802 MARSHALL ST
Rosemead CA 91770

GUILLERMO GUEVARA
619 S HARLAN AVE
Evansville IN 47714

GUILLERMO PAREDES
CRUZ VERDE A VELAZQUEZ
NO 77 SANTA TERESA  EL CENTRO
CARACAS, 10058, VENEZUELA

GUO FANG CHENG
CAOQIAO DONG LU 16 HAO LOU 6032
FENGTAI DISTRICT, BEIJING, 100067,
CHINA

Guo Kian Loo
8571 87th Street
Woodhaven NY 11421

Guogen Zhang
6918 Glenview Drive
San Jose CA 95120

GUOGEN ZHANG
6918 GLENVIEW DR
San Jose CA 95120

Guolian Zhang
2376 Burgandy Way
Fairfield CA 94533

GUOLIAN ZHANG
2376 BURGUNDY WAY
Fairfield CA 94533


GUOLIANG HUAN
8913 CLOVERMIST DR
Houston TX 77064


GUSTAVO HEITEN AGUYLAR
NO.23 HEZHUANG VILLAGE
HEZHUANG ADMINISTRATIVE VILLAGE
INGTAO COUNTY,, HEZE CITY, SHANDONG


HAI HE
HEZHUANG #023, XINGZHENG CUN
HUANGDIAN ZHEN,
DINGTAO XIAN, SHANDONG, CHINA


HAI XU
ROOM402, NO31, LANE 900, NORTH LONG
ROAD, XUHUI DISTRICT, SHANGHAI,
200232, CHINA


HAI XU
900 N LONGSHUI ROAD #31-402
SHANGHAI, 200232, CHINA


HAN ENG
67 HOLLY HILL DR
Anniston MO 63820


Han Man Eng
67 Holly Hill Drive
Uncasville CT 06382

HAN ZHONG LIANG
27A MACKAY DRIVE
RICHMOND HILL , ONTARIO, L4C6N9,
CANADA


HAO GONG
BUILDING #8, APT 3301
1 JINGGUAN RD. XI'AN, SHAANXI PROVI
CHINA. 710032


HAO GONG
6-106 COMMUNITY, WANSHOU SOUTH RD
INCHENG DISTRICT, XIAN, SHAANXI
710000, CHINA


Hea Wang
113 Glenn Cicle
Williamsburg VA 23185


HEA WANG
113 GLENN CIRCLE
Williamsburg VA 23185


HELEN JAO
18870 ALDRIDGE PLACE
Rowland Heights CA 91748


HENRY ROSSENSCHEIN
AV LEONARDO DAVINCI, EDF PISALLE
PISO 5 APT 52, BELLOMONTE, CARACAS
10085 VENEZUELA


HERMOGENES FRANCISCO GIL SUAREZ
URBANISACION ATLANTIDA
CATIA LA MAR CASA NO 19, LA GUAIRA
10018, VENEZUELA

Hongbing Yin
2217 Bearden Street
Davis CA 95618


HONGEN PEI
622 W PARR AVE APT 1
Los Gatos CA 95032


Hongming Li
216 Linwood Ave
Monrovia CA 91016


HONGMING LI
216 LINWOOD AVENUE
Monrovia CA 91016


HONGTAO MENG
10 JIANHUA ROAD, LIANHU DISTRICT
XI'AN, SHAANXI PROVINCE, 710032,
CHINA


HOOSIERS & CO
C/O MELLON SECURITY TRUST COMPANY
120 BROADWAY 13TH FL TELLER WINDOW
New York NY 10271


HUAN PENG
RM E, 27F, NO. 18 CAOXI N RD
XUHUI DISTRICT, SHANGHAI,
200232, CHINA


HUAN PENG
88 YUNPING ROAD #149-202
JIADING DISTRICT, SHANGHAI, 201801
CHINA

HUGO CESAR BASTIDAS
CALLE 3B EDF C2-08PB
ZONA INDUSTRIALLA URBINA
CARACAS,  10045, VENEZUELA


HUI JI
60 S 8TH STREET, UNIT 634
Brooklyn NY 11249


HUI SUN
67-30 CLYDE ST, APT 3T
Whitestone NY 11357


Hui Zhang
2-901 GreenCity Gardon, Piaoyi Road
Suzhou City, Jiangsu Provice
China MD 21500


Hui Zhang
2-901 Greencity Gardon, Piaoyi Road
Suzhou, Jiangsu Province, China
MD 21500


Hui Zhang
2-901 Greencity Gardon, Piaoyi Rd,
Suzhou City, Jiangsu Provice China
215000


Hui Zhang
704-4759 Valley Drive
Vancouver, BC, Canada


HUICHAO SUN
18 DAOKOU VILLAGE GULIU TOWN
LAIYANG, SHANDONG, 265202, CHINA

HUIWU XUE
RM501, BLDG 55, 11TH VILLAGE
OF MEILONG COMMUNITY, SHANGZHONG
XI ROAD, XUHUI DISTRICT, SHANGHAI 2


IBAIN GREGORIO LOPEZ ARTIAGA
AV PRINCIPAL LAS MINAS
URBANISACION LAS MINAS CASA
NO 15, BARUTA,  10081, VENEZUELA


IRAIDA DE LA CORTEZA CARRASCO DEJOH
CASA #4312 LA PASTORA, AV BARALT
CARACAS, 10060, VENEZUELA


IRINA VLADIMIROVNA KERN
LERMONTOVA ST 32-27
KHABAROVSK, 680013, RUSSIA


Irvine Venture Law Firm LLP
19900 MacArthure Blvd., Suite 530
Irvine CA 92612


IT Software Design
690 Azure Lane Unit 3
Corona CA 92879


Jackson L. Morris Attorney
126 21st Avenue SE
Pompano Beach FL 33075


Jackson Lewis PC
666 Third Ave., 29th Fl.
New York NY 10017

JACQUELINE CARRASCO GAMEZ
ASA #4312 LA PASTORA,  AV BARALT
ARACAS , 10060, VENEZUELA


Jacqueline Chen
456 Seansea Glen
Escondido CA 92027


JACQUELINE MI.
16 STONER AVE APT 3G
Great Neck NY 11021


JAHANGARD DEVELOPMENT LLC
17650 STAGG STREET
Northridge CA 91325


JAMES D GRUBA
4737 KENNEDY DRIVE
Stevens Point WI 54481


James Fang
41 Hilliard Ave.
Monterey Park CA 91754


JAMES G SMITH & NOCOLINE H SMITH JT
36 SHONGUM ROAD
Randolph NJ 07869


JAMIE BOYD
4495 W HWY 114
Paradise TX 76073

JANET SO WAH LAM
2341 FALKIRK ROW
La Jolla CA 92037

JANICE JIANG CHAN
1542 SYMPHONY CIRCLE
Brentwood CA 94513

Jason Wen Hong He
38 Santa Barbara Ave
San Francisco CA 94112

Jason Wenhong
38 Santa Barbara Ave.
San Francisco CA 94112

JASON WENHONG HE
38 SANTA BARBARA AVE.
San Francisco CA 94112

Jazqueline Mi
16 Stoner Ave., Apt 3G
Great Neck NY 11021

JEAN WEIGHT
AVE INTER COMUNA
L VALLE RES TEQUENDANA PISO 12-1204
 CARACAS , 10091, VENEZUELA

JEFFREY COHAN
1347 LEGENDS LANE
Custer WI 54423

JEFFREY MOFFATT
2601 PRAIS ST
Stevens Point WI 54481


JENNIFER KIM MAO
13782 CARLSBAD DR
Santa Ana CA 92705


JENNY Y KWOK
2604 WINDING CREEK
Evansville IN 47715


JERIAH D CIVLEI
2604 WINDING CREEK
Evansville IN 47715


JESUS AMOYO GOMEZ
URBANISACION MONTANA ALTA
SAN ANTONIO DE LOS ALTOS
LOS TEQUES, 100100, VENEZUELA


JIAJING ZHUANG
RM 601,21,825 LN, CHANGDAO RD
PUDONG NEW DISTRICT
SHANGHAI, 200129, CHINA


JIAN JIM YE
5018 GLICKMAN AVE
Temple City CA 91780


JIAN YIN
19-4-603 SHUANG YU SHU BEI LI
HAIDIAN DISTRICT
BEJING, 10086, CHINA

Jian Yong Yu
130 Fortissimo Drive
Hamilton, Ontario, L9C 0B8, Canada

Jiangou Chen
1728 Highland Oaks Blvd.
Lutz FL 33559

Jiangou Zhang
1450 Bellwood Drive
San Marino CA 91108

Jianguo Chen
1728 Highland Oaks Blvd.
Lutz FL 33559

JIANGUO ZHANG
1450 BELLWOOD RD
San Marino CA 91108

JIANPING WU
821 S 4TH ST #23
Alhambra CA 91801

JIANXIN WANG
2612 MAYFLOWER AVE
Arcadia CA 91006

JIAQING ZHANG
2612 MAYFLOWER AVE
Arcadia CA 91006

Jiaying Zhang
RM 211 Haitian Gordon, No 1481
Huqingping Highway, Shenghai China
2015000


Jie Wu
2828 West 20th Ave
Vancouver, BC, V6L1H3, Canada


JIE WU
400 CHAGALL ST
Mountain View CA 94041


Jiexi Liu
400 Chagall Street
Mountain View CA 94041


Jin Yang
1860 Tice Creek Drive, #1252
Walnut Creek CA 94595


JIN YANG
1860 TICE CREEK DR. #1252
Walnut Creek CA 94595


JING CHENG
6LILAC DR. B. WESTERLY
Westerly RI 02891


JING SUN
5877 KILLARNEY CIR
San Jose CA 95138

JING WANG
514 W HUNTINGTON DR #W
Arcadia CA 91007


JING XUE
3 GAUDETTE ST, ONTARIO
MARKHAM, L3R 4R7, CANADA


JINGHONG AN
5 E. LINDA VISTA AVE
Alhambra CA 91801


Jingyun Gu
2750 Holly Hall Street #1109
Houston TX 77054


JINJIN LI
4 GROUPS DIZHANG TOWNSHIP
LUONINGXIANG COUNTY
LUOYANG, HENAN, 471718, CHINA


Jintao Zou
3975 State Hwy 6 South, Ste 300
College Station TX 77845


JINTAO ZOU
3975 STATE HWY 6 SOUTH , STE #300
College Station TX 77845


JOAN E HARBATH
10157 ECHO HILL DR
Brecksville OH 44141

JOAN JINSKY
4737 KENNEDY DRIVE
Stevens Point WI 54481


JOANNA HUANG
862 34TH AVE
San Francisco CA 94121


JOHN PETER DEBNEY
68 FERNHILL RD, OLTON
SOLIHULL, B92 7RU, UK


JOHN TSAI
1508 S BEVERLY GLEN BLVD APT 101
Los Angeles CA 90024


John Yuan
81 Crescent Creek Way
Selkirk NY 12158


JON LESZCZYNSKI
4915 W HIAWATHA DR
Thiensville WI 53092


JONATHAN JAFFE
1003 BRADFORD BLVD
Gallatin TN 37066


JORGE A BRIONES TORREALBA
AV VENEZUELA TORRE AMENICA
PISO 8 OFIC 816,  BELLO MONTE
CARACAS , 10085, VENEZUELA

JORGE CARVAJAL MORALES
AVDA SOLO EDF MARLENE, AVDA
 SOLO EDF MARLENE, EL ROSAL NO 15
CARACAS 10020, VENEZUELA


JOSE FELIZ OLETTA
EDF BANVENDEZ MEZZANINA DE REDUCTO
A GLORIETA, AV LECUNA
CARACAS , 10058, VENEZUELA


JOSE LUIS FERREIRA
CARRETERA PANAMERICANA, KM 16
VIA LOS TEQUES MINICENTRO LA, MINA
 LOS TEQUES, 100100, VENEZUELA


JOSE LUIS GUEVARA DIAZ
1-RA AV SUR ALTAMIRA, EDIFICIO SAN
ANTONIO PISO 5 APT 1-E, ALTAMIRA
CARACAS, 10060, VENEZUELA


JOSE LUIS LORETO GUTIERREZ
AVE INTER COMUNAL, RS RINCONADA
PISO 6 APT 603
CARACAS , 10091, VENEZUELA


JOSE LUIS VEGAS
AV PRINCIPAL ANTIMANO
EDF PEDREDAL APTO 5-5
CARACAS,  10081, VENEZUELA


JOSE PIMENTEL LATVAA
EDF BANVENDEZ MEZZANINA DE
REDUCTO A GLORIETA, AV LECUNA
CARACAS, 10058, VENEZULA


JOSEPH J SKIBINSKI
3073 COUNTY HIGHWAY G
Junction City WI 54443

JOSEPH SHIUE
300 S GARFIELD AVE #102
Monterey Park CA 91754


JOSHUA MORELAND BERG
1530 EAST CEDAR AVENUE
Denver CO 80209


JOSUEISMAEL  GOMEZ
ABANICO A SOCORRO, EDF
 REMI PISO 2 APT 202 ALTAGRACIA
CARACAS , 10058, VENEZUELA


JOY DONG
48 MCCURDY DR
KANATA, ONTARIO , K2L2W6, CANADA


JUAN DARIO HERNANDEZ CANO
AVE LUIS ROCHE, EDIF TORRE
ALTAMIRA PISO 12 APTO 124
CARACAS,  10060, VENEZUELA


JUAN XUE
#201 NO 39 LANE 51, GREENWOOD ROAD
PUDONG NEW DISTRICT, SHANGHAI,
CHINA


JUANJUAN CHENG
3 WEST JINGTAIXI RD
CHONGWEN DISTRICT, BEIJING,
100075, CHINA


JULIE CAROLINE AVERY
43 ARDEN OAK RD, SHELDON
B'HAM , B26 3NA, UK

JULIE UHLER
30111 REDDING AVE
Murrieta CA 92563


JULIO CESAR RODRIGUEZ REVETTE
VE INTER COMUNAL, EL VALLE RS
TOKIO PISO 17 APT 17-5
CARACAS, 10091, VENEZUELA


Jun Wang
RM1304 C, Chenguang Hua Yuan #3
Qianjin da Jie Changchun, Jilin
NY 13001-2000


Jun Wang
RM1304, C, Chenguang Hua Yuan, #3
Qianjin De Jia, Changchun
Jilin NY 13001-2000


Jun Wang
Room 83, Unit 1, Building 4,
BAOXINGXI LU, BAOTING XIAN, HAINAN,
572300, China


JUN WANG
ROOM 803, UNIT 1 BUIDING #4
NANMEIJIARI YIQI, BAOXINGXI LU
BAOTING XIAN, HAINAN, 572300, CHINA


K&G 37 Ave. Realty LLC
134-35 33 Ave., Third Floor
Flushing NY 11354


KAI CHIEH CHANG
4788 HUDSON ST.
VANCOUVER, BC, V6H3C2, CANADA

Kaiser Foundation Health Plan
P.O. Box 23250
San Diego CA 92193


Kan Zhang
43 Hightree Ct.
Danville CA 94526


Kan Zhang
1430 Hoffman Lane
Campbell CA 95008


Kan Zhang
1430 Hoffman Lance
Campbell CA 95008


Karen Liu
1373 Phelps Ave., #12
San Jose CA 95117


KAREN LIU
1373 PHELPS AVE #12
San Jose CA 95117


KE XU
170 MERRYMOUNT ST
Staten Island NY 10314


KEEVIN GILLESPIE
21972 ANNETTE
Lake Forest CA 92630

Keevin Gillespie
21972 Aneette
Lake Forest CA 92630


KEN CHAN
5703 SULTANA AVENUE
Temple City CA 91780


Ken Guowei Chan
5703 Sultana Ave.
Temple City CA 91780


Kengfan Lee
43 Hightree Ct.
Danville CA 94526


Kengfan Lee
43 Hightree Crt.
Danville CA 94526


KENGFAN LEE
43 HIGHTREE CT
Danville CA 94526


KENNETH WNUK
6275 LEROY LANE
Stevens Point WI 54481


KENT A HAUSAUER
4641 FIDDLE DRIVE
Waterford MI 48328

KEVIN SHULFER
2025 W BRENTWOOD DRIVE
Stevens Point WI 54481


KEYAN LI
1001-A SECOND ST
Stevens Point WI 54481


Kim Ching Tam
8431 61st Road
Queens NY 11379


KIN FAI LUK
8563 AQUARIUS DR
San Diego CA 92126


Kit Sun
5B Block A, Clague Garden Estate,
Tsuen Wan AK 99907-7000


KUANG NAN TANG
2215 ALCAZAR ST. APT 442
Los Angeles CA 90033


Kuolong Chao
3459 Sugarcreek
San Jose CA 95121


KUOLONG CHAO
3459 SUGARCREEK CT
San Jose CA 95121

KWEN WANG
1117 LAFAYETTE ST
San Gabriel CA 91776


LAN JIANG
4953 ARDSLEY DR
Temple City CA 91780


LAN JIANG
4953 ARDSLEY DR
CA 91760


Lancer Investments LLC
227 W. Valley Blvd., #308
San Gabriel CA 91776


LANQIAN `JU
5657 LYSANDER WAY
San Ramon CA 94582


Lanquian Ju
5657 Lysander Way
San Ramon CA 94582


LAY-SHING LAI
4330 MUSCATEL AVE
Rosemead CA 91770


LEILEI CARTER
3138 WINDMILL ST
Sugar Land TX 77479

LEON THULL
277 WEST MAIN ST
Campbellsport WI 53010


LEONARDO GEORGE BASTARDO
CARRETERA PANAMERICANA, KM 14
AN ANTONIO DE LOS ALTOS, LOS TEQUES
100100, VENEZUELA


LEONARDO PEDRIN VARGAS
AVE INTER COMUNAL, LOS CEDROS
LA FLORESTA EDF 1 APT #2
CARACAS , 10091, VENEZUELA


LEONARDO VELAZQUEZ
EDF BANVENDEZ MEZZANINA DE
REDUCTO A GLORIETA,  AV LECUNA
CARACAS , 10058, VENEZUELA


LEONEL ANTONIO BORRESO HERRERA
ALTOS DE CARICUAO, EDF GUASDUALITO
PISO 8 APT 805
CARACAS , 10041, VENEZUELA


Leungking Fai
Flat A, 20/F, Yun Kai Building
466-472 Nathan Road
Kowloon, Hong Kong


Leungking Fai
Flat A, 20/F., Yun Kai Building,
466-472 Nathan Road, Kowloon,
Hong Kong


LEXINGTON ADVISERS INC
2801 TOWNSGATE RD SUITE 210
Westlake Village CA 91361

LI OING TU
3535 ROSS AVE #106
San Jose CA 95124


LI ZHANG
1050 ARBOR LANE, #101
Winnetka IL 60093


LI ZHENG
317 N GARFIELD AVE #4
Alhambra CA 91801


LI ZHI
133-03 41ST AVE 4R
Flushing NY 11355


LIANG JIANG
4953 ARDSLEY DR
Temple City CA 91780


LICHENG YU
309-6533 MCKAY AVE
BURNABY, BC, V5H 2W8, CANADA


LIJUN TAO
ROOM 402 NO 45 SHANGYE YI CUN
GUANGZHONGZHI RD, HONGKOU DISTRICT
SHANGHAI, CHINA


Lijun Wang
5 Valley Road
Glen Cove NY 11542

Lijun Wang
5 Valley Rd.
Glen Cove NY 11542


Liling Tang
43-35 Union Street, 4D
Flushing NY 11355


LILING TANG
43-35 UNION ST #4D
Flushing NY 11355


LILY CHEN
419 WARNER LANE
San Gabriel CA 91775


LILY LIN TAI HSU
FLAT 12D, 6/F FONTANA GARDENS
 1A KA NING PATH, TAI HANG
HONG KONG, CHINA


LIN CHEN
LONG BAI LIU CUN #151 SUITE 1705
MIN HANG DISTRICT, SHANGHAI CHINA
201103


LIN LI
133-03 41ST AVE APT 4R
Flushing NY 11355


LIN LU
40755 MARINO CT
Fremont CA 94539

LINDA CHAO
19 SCOTT STREET
New Hyde Park NY 11040


Linda Siuling Wong
3212 73rd Street
East Elmhurst NY 11370


Ling Dong
1350 James Court
Morgan Hill CA 95037


Lingjun Mo
26-21 Union Street
Flushing NY 11354


LINQI HUANG
630 W HUNTINGTON UNIT 225 DR
Arcadia CA 91007


Linuan Chen
6856 Dartmoor Way
San Jose CA 95129


Lirong Guo
1612 Church Side Drive
Goshen KY 40026


Liyan Qian
3 Chateau Crt
Danville CA 94506

LLONA YANOCHEVNA NERBA
SLUZEBNAYA ST 3-14
KHABAROVSK, 680013, RUSSIA


Long Huang
12 Winter Ave
Staten Island NY 10301


LONNIE J PRZBYLSKI
1943 KENWOOD DR EAST
Iola WI 54945


LUIS ENRIQUE OBERTO
EDF BANVENDEZ DE REDUCTO A GLORIETA
AV LECUNA, CARACAS, 10058,
VENEZUELA


MAIKEL LOPEZ LOPEZ
URB STA MARIA CAFETAL
RES CARIBE PISO 2 APTO 1
CARACAS , 10045, VENEZUELA


MANUEL ANTONIO GONZALEZ GONZALEZ
AV UNIVERCIDAD, EDF MIRACIELOS
ISO 2 APT 1
CARACAS,  10030, VENEZUELA


MAO RI DONG
2360 42ND AVENUE COURT
Greeley CO 80634


MARIA CRISTINA PARRA
EDF BANVENDEZ DE REDUCTO A GLORIETA
AV LECUNA, CARACAS , 10058
VENEZUELA

MARIA JOSEFA CHEDA SAAVEDRA
PRINCIPAL EL MARQEZ, EDF PRIMAVERA
PISO 5 APTO 5A
CARACAS , 10051, VENEZUELA


MARIO J LEMOINE IRAGORRI
AVE PAEZ RESD LAS MERCEDES
PISO 2 APTO 2-4, EL PARAISO
CARACAS , 100100-A, VENEZUELA


MARIO OLIVARES MARCANO
CALLE RIO CAURA CENTRO
COMERCIAL LA PIRAMIDE PB LOCAL 17
CARACAS , 10015, VENEZUELA


MARIZTZA MATIOZZI
EDF BANVENDEZ, DE REDUCTO A
GLORIETA AV LECUNA
CARACAS, 10058, VENEZUEL


MARY LOUIE
5306 MURRAY CT.
Livingston NJ 07039


Mary Man Ruo Shen
5670 Geranium Ct.
Newark CA 94560


MARY MAN-RUO SHEN
5670 GERANIUM CT
Newark CA 94560


Mary Y . Louie
5306 Muzzay Ct
Livingston NJ 07039

May Lin Smith
64-37 215th St
Oakland Gardens NY 11364


Mega West
420 W. 118th Street
New York NY 10027


MEI LUN MA
514 KINGSFORD ST
Monterey Park CA 91754


Mei Maker
227 W.Valley Blvd., #208A
San Gabriel CA 91776


Mei Maker
227 W. Valley Blvd., #208A
San Gabriel CA 91776


Mei Marker
22375 Rolling Hills Rd
Saratoga CA 95070


MEI MARKER
227 W VALLEY BLVD #208A
San Gabriel CA 91776


MEI-CHIN LAIO
224-40 76 AVE
Oakland Gardens NY 11364

MEI-YIN LIU
1023 BERRY GLEN CT.,
OH 44769


MELISSA ARMSTRONG
7332 Pacific View Drive
Los Angeles CA 90068


MENA MATUTE MAYERLING DALIATH
URB LA ALAMEDA CALLE B, RES
CANAVERAL TORRE B PB1-B, STA FE
NORTE BARUTA E, CARACAS, VENEZUELA


MERCEDES VARGAS
EDF BANVENDEZ MEZZANINA DE
EDUCTO A GLORIETA, AV LECUNA
CARACAS, 10058, VENEZUELA


MEVERT AURELIO SERRANO SELAZCO
URB LA ALAMADA, CALLE B RES
ANAVERAL P-B-1B, STA FE NORTE
CARACAS , 10080, VENEZUELA


MICHAEL CHAN
80 LYNNWOOD DRIVE
Longmeadow MA 01106


MICHAEL D DERER
2600 STANLEY ST
Stevens Point WI 54481


MICHAEL DMITRIEVICH NERBA
SLUZHEBNAYA ST 3-14
KHARARVOSK, 680013, RUSSIA

MICHAEL NIKOLAEVICH NEVZOROV
1544 78TH ST 1ST FL
Brooklyn NY 11228


MICHAEL R MROCZYNSKI
PO BOX 235
Girdwood AK 99587


MICHELLE CHARLENE LEE
2140 20TH ST
Santa Monica CA 90405


MID-OHIO SECURITIES FBO PETER E HAR
ATTN LEONARD J GIBEL
PO BOX 1529, 36 LAKE AVE
Elyria OH 44036


Middle West Investor Relations Serv
415 Madison Ave., 14th Floor
New York NY 10017


MIGUEL ANTONIO FLORES VARGAS
AV NUEVA GRANADA, QUINTA LARURAYMA
CARACAS, 10080, VENEZUELA


MIGUEL ENRIQUE RAVELO VOUTERIS
AV PRINCIPAL BELLO MONTE
 EDF PIGALLE PB
CARACAS, 10021, VENEZUELA


MIKE LASZINSKI
5499 SORENSON
Stevens Point WI 54481

Min Wei
842 W. 59th Ave
Vancouver, BC, V6P, 1X7, Canada


MIN WEI
842 W 59TH AVE
VANCOUVER, BC, V6P 1X7, CANADA


MING JIN PENG
46-9333 SILLS AVE
RICHMOND, BC, V6Y 4K8, CANADA


MING JUN GUO
18300 VILLA CLARA ST
Rowland Heights CA 91748


MING REN
3337 149 ST
Flushing NY 11354


MINGLIANG FANG
555 MEILONG ROAD, #74-103
SHANGHAI, 200237, CHINA


MITZY CAPRILES DE LEDEZMA
EDF BANVENDEZ MEZZANINA DE
REDUCTO A GLORIETA, AV LECUNA
CARACAS, 10058, VENEZUELA


MONICA GUEVARA DIAZ
1-RA AVE SUR ALTAMIRA EDIFICIO
N ANTONIO PISO 5 APTO 1-E ALTAMIRA
CARACAS , 10060, VENEZUELA

Multicultural Radio Broadcasting In
40 Exchange Place, Suite 1010
New York NY 10005


NAN HSUN
134 E HAVEN AVE
Arcadia CA 91006


NANCY MONTERO
EDF BANVENDEZ, DE REDUCTO A GLORIET
AV LECUNA, CARACAS , 10058, VENEZUE


NATALYA ALEXANDROVNA BOYARKINA
D. BEDNOGO ST. 21, APT. 162
KHABAROVSK,  680069, RUSSIA


NEIL ALBERTO ALCALA BELLO
AV INTER COMUNAL, RES EL PARQUE
PISO 2 APT 205,
CARACAS,  10091, VENEZUELA


Neilson Zheng
180 Edmonton Drive
Toronto, Ontario, M2J 3X5, Canada


NELSON JOSE LARA
EDF BANVENDEZ, DE REDUCTO
 GLORIETA AV LECUNA
CARACAS, 10058, VENEZUELA


Network News Wire
1324 Lexington Ave., Suite 417
New York NY 10128

Newcoins168.com Digital
Block E, 27th floor
Industrial Building
Shanghai, China 200030


NICOLE NEUBERGER
7866 COUNTY ROAD KQ
Custer WI 54423


NIKOLAI PETROVICH RUMIN
LERMONTOVA ST 6-27
KHABAROVSK , 680013, RUSSIA


NINA YAPING WANG
3468 E SANTA CLARA LN
Ontario CA 91761


Nyima Niu
P.O. Box 521308
Flushing NY 11354


OLGA NIKOLAEVNA NERBA
LERMONTOVA ST 6-27
KHABAROVSK , 680013, RUSSIA


OMAR ANTONIO MORALES MANCANO
RS BOLIVARIANAS BLOQUE 5
NTRADA 1 PISO 3 APT 303 COCHE
CARACAS , 10091, VENEZUELA


PABLO HERNANDEZ GALLON
VE LUIS ROCHE, EDIF TORRE ALTAMIRA
ISO 12 APTO 124,
CARACAS , 10060, VENEZUELA

PABLO RAFAEL BARRETTO
RS AYACUCHO UD-4, PISO 2 APT 201
UAO, CARACAS, 10041, VENEZUELA


PAMELA AVERY
43 ARDEN OAK RD
SHELDON, B'HAM, B26 3NA, UK,


PAUL F PELOSI JR
2269 CHESTNUT STREET
San Francisco CA 94123


PAVEL ALEXANDROVICH SIDORKIN
VOLOCHAEVSKAYA ST 122-18
KHABAROVSK, 680000, RUSSIA


PEDRO MIGUEL CARDOZO AZUAJE
3RD TRANVESAL LOS CORTIJOS
EDIF LOS CORTISOS II SEMISOTANO,
CARACAS, 10021, VENEZUELA


PEDRO PABLO GUTIERREZ MORENO
AVE INTER COMUNAL, EL VALLE RS SAVO
TADA 2 PISO 100, APT 100-02
CARACAS, 10091, VENEZUELA


PEDRO PACHECO
754 FARBEN DRIVE
Diamond Bar CA 91765


Peosheng Qian
No 666 Dapu Rd, #1501 Bldg 2,
Shanghai, PRC, 200023 China

PING FANG & FEN FANG JTTEN
3673 MONMOUTH AVE.
VANCOUVER, BC, CANADA


Ping Fang & Fen Jtten
3673 Monmouth Ave.
Vancouver, BC, Canada


Ping Tang
67-30 Clyde Street, 3T
Forrest Hills NY 11357


PING TANG
15144 20TH ROAD
Whitestone NY 11357


Po-show Chen
Unit 27/E, 18, Caoxi Bei Lu
Shanghai, China, 200003


Power Up Lending
111 Great Neck Road, Suite 214
Great Neck NY 11021


Qi Shang Chen
126 Lee Ave
San Francisco CA 94112


Qi Zhang
c/o Akerman LLP
601 West 5th Street, Suite 300
Los Angeles CA 90071

QIANCHENG LI
ROOM 401, NO.6, LANE17
SOUTH XIYING ROAD, PUDONG DISTRICT
SHANGHAI, CHINA, 200126, CHINA

Qiang Chen
4134 77th Street, 2nd Fl
Elmhurst NY 11373

QIANG CHEN
4134 77TH ST. FL2
Elmhurst NY 11373

QIAOQIAO ZHANG
145-15 21ST AVE APT #2
Whitestone NY 11357

QING CHEN
688 N RIMSDALE ST., #69
Covina CA 91722

QING LI
349 MISSION RD
Glendale CA 91205

QINGXIAN XIE
1795 ELLWELL DR
Milpitas CA 95035

Qishang Chen
126 Lee Ave
San Francisco CA 94112

Qiuhua Wang
37 Maple Street
Roslyn Heights NY 11577


QIUHUA WANG
37 MAPLE ST
Roslyn Heights NY 11577


Qju He
43-31 159th Street
Flushing NY 11358


QUAN HU
14480 SANFORD AVE. 1H
Flushing NY 11355


Quhui Tang
3356 Athol Street
Baldwin Park CA 91796


RAFAEL ANGEL CHAVEZ
AC PRINCIPAL EL CAFETAL
EDF EL RUKA MATE PISO 4 APT 42
CARACAS,   10081, VENEZUELA


RAFAEL CHENUBINI OCANDO
CENTRO EJECUTIVO LA PIRAMIDE
MEZZ OFIC 21-E , EL CENTRO
CARACAS , 10058, VENEZUELA


RALPH E HERTER
PO BOX 8554
Horseshoe Bay TX 78657

RALPH HUTCHENS
808 OAK KNOLL DR
Lake Forest IL 60045


Randy Hou
4422 Lakeside Meadow Drive
Missouri City TX 77459


Redchip Companies, Inc
431 E Horatio Ave., Ste 100
Maitland FL 32751


RENJING XIAO
ROOM 1001, BUILDING 10, LANE 518
HUIYUAN ROAD, JIADING DISTRICT
SHANGHAI, 201815, CHINA


RENJING XIAO
13 YAOWANZI TANGJIANG
TANJIANG TOWN, NANKANG
JIANGXI, 341400, CHINA


RENJUN CHEN
608 E VALLEY BLVD #243
San Gabriel CA 91776


RICH HEMMER
1004 W COUNTRY CLUB DR APT 42
Bloomington IN 47403


RICHARD TOVAR
AV LIBERTADOR BELLO, CAMPO EDIF
TEROT PISO 1 OFC 4
CARACAS , 6334, VENEZUELA

ROBERT CHARLES BOWMER
7 FORHILL LEA END LANE
WEATHEROAK, WORCESTERSHIRE
B38 9ED, UK


ROBERT F RYAN MD
5068 SHOSHONE DRIVE
PERDIDO BAY COUNTRY CLUB
Pensacola FL 32507


ROBERT GEORGE WILLIAM AVERY
43 ARDEN OAK RD
SHELDON, B'HAM, B26 3NA, UK


ROBERT J PLISKA
2864 HWY 66 W
Stevens Point WI 54481


ROBERTO CARLOS DIAZ
AV PRINSIPAL SAN BERNADINO
QUINTA PATRICIA, CARACAS , 10041
VENEZUELA


ROGER SWETT
943 VERNON ST APT 6
Altoona WI 54720


ROGER THOMAS SANT
19 HUNTS FARM CLOSE
TOLLESBURY, MALDON
ESSEX , CM9 8QX, UK


RONALD CISEWSKI
3128 CHERRY ST
Stevens Point WI 54481

```
ROSALIA ROMERO
EDF BANVENDEZ REDUCTO A GLORIETA
AV LECUNA, CARACAS
10058, VENEZUELA


RUBEN SILVA BOICO
RES INTERCOMUNAL, PISO 1 APT 1A
COCHE, CARACAS,  10091, VENEZUELA


RUI GONG
RM 1201, 10 YUANYANGXINTANDI
XINKAI RD, TIANJIN, CHINA


Ruiei Bu
13912 Schaeffer Rd
Boyds MD 20841


RUILU ZHAO
14 PHEASANT RUN
Roslyn NY 11576


Ruixia Wang
45 S 23rd Street
San Jose CA 95116


Rulei Bu
13915 Schaeffer Rd.
Boyds MD 20841


San Lan Cheung
399 Maple Street, 2nd Fl
Kearny NJ 07032
```

SARA S LEONG
244 MOSEL AVE.
Staten Island NY 10304


SAU LAN CHEUNG
399 MAPLE ST 2FL
Kearny NJ 07032


Sequoia Group CPAS APC
17800 Castleton Street, Suite 180
Rowland Heights CA 91748


SERGEI KONSTANTINOVICH AFON
SVETLANSKAY ST 123-18,
VLADIVOSTOK,  681235, RUSSIA


SERGEI MICHAELOVICH NERBA
SLUZHEBNAYA ST 3-14
KHABAROVSK , 680013, RUSSIA


Shao Yun Teng
245-16 61st Ave, 2nd Floor
Little Neck NY 11362


Shao Yun Teng
245-16 61st Ave, 2ND FL.
Little Neck NY 11362


SHAO YUN TENG
245-16 61ST AVE 2FL
Little Neck NY 11362

Shebly Chan
3706 Fu Wen House
Fu Cheong Estate, Cheung Sha Wan
Kowloon Hong Kong


SHELLY YING SUN
138-10 FRANKLIN 12B
Flushing NY 11355


SHENG FU
ROOM 405, BUILDING 3, NO 140
IQUAN ROAD, PUTUO DISTRICT
SHANGHAI, CHINA


SHENG YAO JIANG
1470 SHERWOOD DR
East Meadow NY 11554


SHENGBIAO WU
48TH HOUSE, 9 DADUI, TANGHUA VILLAG
BACHE SERVICE AREA, SONGLIN TOW
WUJIANG DISTRICT, SUZHOU CITY, JIAN


SHI LIAN LIU
3635 WINFIELD LA NW
Washington DC 20007


SHI-LONG YANG & XIOJIANG CHENG JTWR
663 WAGNER ST
Fremont CA 94539


Shihan Zhang
RM602, No114, Xuhong N. Rd.
Shenghai, China 200030

SHIXU BAI
40-26 COLLEGE POINT
Flushing NY 11354


SHIZHANG LI
271 DES ROSEAUX RUE
LAVAL, QUEBEC , H7X 4H3, CANADA


SHOULAN  HONG
ROOM 204, BUILDING 9, YUSHAN VILLAG
USHAN DISTRICT, MA'ANSHAN, ANHUI
ROVINCE, CHINA, 243031


SHOULAN HONG
1278 HUOLI ZHEN JIGUAN
HUASHAN DISTRICT MA'ANSHAN CITY
ANHUI, CHINA


SHUIBO HE
1421 S 8TH AVE
Arcadia CA 91066


SHULIN CHANG
2102 PARKVIEW LN
Missouri City TX 77459


SHUXIN LIN
22840 HILTON HEAD DR #134
Diamond Bar CA 91765


SILLIO ANTONIO MANANERO LARIVA
PLAZA CANDELARIA, EDF RUIZ SENOR
PISO 4 APT 404
CARACAS, 10041, VENEZUELA

Siuling Linda Wong
3112 73rd St
East Elmhurst NY 11370


Siwei Yang
37796 Hyacinh Street
Newark CA 94560


Siwei Yang
37796 Hayacinth Street
Newark CA 94560


Siwei Yang
37796 Hyacinth Street
Newark CA 94560


Songwei Zhuang
3951 Stolberg Street
Richmond, BC, Canada


STANISLAV NIKOLAEVICH GEMES
LVA TOLSTOGO ST 22-27
KHABAROVSK, 68000, RUSSIA


STEPAN ALEXANDROVICH DYBOV
VOLOCHAEVSKAYA ST 122-18
KHABAROVSK,  680000, RUSSIA


STEPHEN LEE
435 CHINA BASIN ST UNIT 544
San Francisco CA 94158

Steve Mau
530 Keswick Drive
Morrisville PA 19067


STEVEN MCDERMID
WEST 1048 SHADY ROAD
Seymour WI 54165


Stock Services LLC
8745 Gary Burns Drive, Suite 160
Frisco TX 75034


SUFANG PENG
309 W. Newby Ave., Apt. F
San Gabriel CA 91776


SUIJIE WU
ROOM #302 11 111 LANE, JIANGSUBEI R
SHANGHAI, 200042, CHINA


SUIQING WU
111 NONG JIANGSU N RD. #11-302
CHANGNING DISTRICT
SHANGHAI, CHINA


SUIQING WU
ROOM 702, 4, 1028 LANE
CHANGSHOU RD.
SHANGHAI, 200042, CHINA


SUNGIL WANG
1418 PALM AVE APT B
Pomona CA 91766

SUSAN ELIZABETH CORMELL
76 GOLDTHORNE AVE
SHELDON , B'HAM, B26 3LE, UK


SUSANA PRADA DE ALLULLI
EDF BANVENDEZ MEZZANINA DE
EDUCTO A GLORIETA, AV LECUNA
CARACAS , 10058, VENEZUELA


Suyih Yeh
714 Herbrides Way
Sunnyvale CA 94087


SVC Media Ing.
465 N. Whisman Rd., Suite 400
Mountain View CA 94043


T L YOSHII
5106 WEST 136TH ST
Hawthorne CA 90250


Tak Chau Yeung
150-11 Centerville Street, 1st Floo
Ozone Park NY 11416


TAK CHAU YEUNG
150-11 CENTERVILLE ST.,1 FL
Ozone Park NY 11416


TAT MING CHAN
1412 GREENBRIAR PARKWAY SUITE 129
Chesapeake VA 23320

TATYANA ALEXANDROVNA NEVZOROVA
FRUUZE ST 56-36
KHABAROVSK , 680000, RUSSIA


TATYANA TICHONOVNA RUMINA
LERMONTOVA ST 6-27
KHABAROVSK, 680013, RUSSIA


TEDDY MAO
650 N ROSE DRIVE #528
Placentia CA 92870


TEONG T NG
338 W GLENDON WAY #B
San Gabriel CA 91776


TERRENCE J CHECK
1038 MARTIN LSLAND DR
Stevens Point WI 54481


THAD KLASINSKI
317 PRENTICE ST
Stevens Point WI 54481


THE 2000 FEIMIN L HSU REVOCABLE LIV
94 DAPHNE
Irvine CA 92606


The Law Offices of Melissa N. Armst
7332 Pacific View Drive
Los Angeles CA 90068

THOMAS SHULFER
333 WEST KARNER ST
Stevens Point WI 54481


TIAN LUO
RM1105,BLDG5,108
QINZHOU RD, XUHUI DISTRICT
SHANGHAI, 200030, CHINA


Tiancong Guo
5079 Royal Palm Drive
CA 95438


Tiancong Guo
5079 Royal Palm Drive
Fremont CA 94538


Ting Li
2675 Alderwood Dr
San Jose CA 95132


Ting Li
2675 Alderwood Drive
San Jose CA 95132


TODD ZURAWSKI
301 CANTEBURY DR
Plover WI 54467


TRACY WANG
626 PEARL STREET
Oceanside NY 11572

TUN-YU WANG
19532 GREY FOX
Walnut CA 91789


TUNG MING WONG
35-47 89 ST 1ST FL
Jackson Heights NY 11372


VADIM ALEXANDROVICH YUCHNO
DZERSHINSKY ST 91-88
KHABAROVSK, 680038, RUSSIA


VICTOR CHARLES BOWMER
8 BELLAMY FARM RD, SHIRLEY
OLIHULL,  WEST MIDLANDS
B90 3DH, UK


VICTOR JOSE MONILLO
CHACAO AVE EL COLESIO
EDF PRIMAVERA PISO 5 APT 5A
CARACAS, 10032, VENEZUELA


VICTOR JOVANNY SUAREZ VALDES PINO
RS BRAVOS DEAPURE, PISO 5 APT 504
CARICUAO,  , CARACAS, 10041,
VENEZUELA


VICTORIA VITALYEVNA BOYARKINA
LENINGRADSKAYA ST 3-61
KHABAROVSK, 680013, RUSSIA


VITALY ALEXANDROVICH BOYARKIN
LENINGRADSKAYA ST 3-61
KHABAROVSK, 680013, RUSSIA

VIVIAN Y LI
638 N BAYVIEW AVE
San Pablo CA 94806


VLADIMIR VIKTOROVICH KNYSHOV
OBLACHNAY ST 6-27
KHABAROVSK, 680014, RUSSIA


VLADIMIR YREVICH DOBROV
SERYSHEVA ST 13-3
KHABAROVSK , 680028, RUSSIA


WAI LAM SUM
14938 SUGAR SWEET DRIVE
Sugar Land TX 77498


Wai Pan Lam
128 West Woodruff Ave
Arcadia CA 91007


WAN HONG WEI
143 BAY 7 STREET
Brooklyn NY 11228


Wan Yi Teng
227 W. Valley Blvd., #208A
San Gabriel CA 91776


WAN-PIN CHEN
10442 SUGAR SANDS CT
Sugar Land TX 77478

Warren  Wang
227 W. Valley Blvd.
Suite 208A
San Gabriel CA 91776


WARREN WANG
4953 ADSLEY DR
Temple City CA 91780


WAYNE CISEWSKI
2311 WASHINGTON AVE
Plover WI 54467


Wayne Fan
6163 Ramundo Crt.
Cincinnati OH 45230


WEI HUA MEI
255B TARGEE ST
Staten Island NY 10304


WEI WANG
4953 ARDSLEY DR,
Temple City CA 91780


WEI WANG & LAN JIANG JTTEN
4953 ARDSLEY DR
Temple City CA 91780


WEI YU
16332 JINYUQINGQING COMMUNITY
JIUSHI RD, BAQIAO DISTRICT XI'AN
SHAANXI PROVINCE, CHINA 710032

WEI YU
16332 SASHI ROAD
BAQIAO DISTRICT, XIAN
SHAANXI, 710000, CHINA

Wei Zhang
222-23 Garland Drive
Oakland Gardens NY 11364

WEI ZHANG
222-23 GARLAND DR
Oakland Gardens NY 11364

WEI ZHENG
1728 EASTLEIGH AVE
Diamond Bar CA 91765

WEIDA ZHOU
3814 ULLOA ST
San Francisco CA 94116

WEIGUO LIU
4221 DURAN COURT
Dublin CA 94568

Weizhi Ding
14867 Granite Way
Saratoga CA 95070

WEizhi Ding
799 Kevenaire Drive
Milpitas CA 95035

WEIZHI DING
779 KEVENAIRE DR
Milpitas CA 95035


WEN LING CHIN
1914 GRAY BIRCH DR
Sugar Land TX 77479


WENDY KLASINSKI
317 PRENTICE STREET
Stevens Point WI 54481


WILCO
236 SOUTH MAIN ST
Salt Lake City UT 84101


William Fang
411 Hilliard Ave.
Monterey Park CA 91754


William Fang
411 Hilliard Ave
Monterey Park CA 91754


WILLIAM FANG
411 HILLIARD AVENUE
Monterey Park CA 91754


WILLIAM FOX
1170 MIDDLESEX ROAD
Gibsonia PA 15044

WILLIAM HOFFMAN
3001 MICHIGAN AVE
Stevens Point WI 54481


William Jian Chen
76-06 169th Street
Fresh Meadows NY 11366


WILLIAM ROMMEL MONTES ROJAS
AV INTERCOMUNAL, APT 100-03
CARACAS, 10091, VENEZUELA


WILLIAMS MONTES
RS LONGARAY, PISO 13 APT 13-4
ELVALLE, CARACAS, 10090, VENEZUELA


WILMER JOSE DE ABREV VAZQUEZ
RS VENEZUELA, EDF ORINOCO, PISO 3
APT 3-1 COCHE, CARACAS , 10091,
VENEZUELA


Winnie Chu
1427 Raspberry Crt
Edison NJ 08817


WINNIE ZENG
20 PRESTON STREET
Goffstown NH 03045


Work Better
Wall St.. 40 Wall St., 28th FL
New York NY 10005

Work Better
40 Wall Street, 28th Fl, Suite F
New York NY 10005


Wuci Wu & Jian Neng Wu
1847 Raleo Ave
Rowland Heights CA 91748


XIANFENG MENG


Xiang Han
3539 Wolf Place
Santa Clara CA 95051


XIANG HAN
3539 WOLF PL
Santa Clara CA 95051


XIANG YANG YUN
NO.403 80TH GATE
HUANHU, NANLI HUANHU MIDDLE ROAD
HEXI DIST, TIANJI, CHINA


XIANGDONG WANG
1300 N. VOSBURG DR
Azusa CA 91702


XIANGQUN CHEN
791 VIDA LARGA LOOP,
Milpitas CA 95036

XIANYI CAO
10011 CHESTNUT CREEK WAY
Pearland TX 77584


Xiao Qiu
33 Cezanne
Irvine CA 92603


Xiao Ye
89 JIA YANG GANG, 2 #703
GU LOU AREA, FU ZHOU CITY, FU JIAN,
China


XIAOCHAO LI
6722 UTOPIA PKWY 1,
Fresh Meadows NY 11365


Xiaodong Gai
Rm 201, Tower Chuayue Guoji, No 118
Datunli Chaoyang Distr, Beijing,
100108 China


Xiaodong Wang
1300 Vosburg Dr
Azusa CA 91702


Xiaofeng Zhu
7520 Bell Blvd., #4F
Oakland Gardens NY 11364


Xiaofeng Zhu
7520 Bell Blvd., 4th Fl.
Oakland Gardens NY 11364

Xiaohui Cui
33469 Caliban Drive
Fremont CA 94555


XIAOHUI CUI
 33469 CALIBAN DRIVE
Fremont CA 94555


XIAOHUI CUI & HAO XU JTWROS
33469 CALIBAN DR
Fremont CA 94555


Xiaoning Wu
11130 Ranchito Street
El Monte CA 91731


Xiaoning Xu
11130 Ranchito Street
El Monte CA 91731


XIAONING XU
11130 RANCHITO ST
El Monte CA 91731


Xiaorong Xue
1542 Rancho Hill Drive
Chino Hills CA 91709


XIAOXI MA
227 W VALLEY BLVD., #208A
San Gabriel CA 91776

XIAOYAN WANG
ROOM402, NO31, LANE 900
NORTH LONGSHUI ROAD, XUHUI DISTRICT
SHANGHAI, CHINA, 200232, CHINA


XIAOYAN WANG
YAOJIA 29, LIANHE CUN
LUODIAN ZHEN, BAOSHAN DISTRICT
SHANGHAI, 201900, CHINA


XIAOYU SONG
144-82 37TH AVE
Flushing NY 11354


XIN XU
# 701 NO 31, 666 LANE
GAOXING ROAD, MINHANG DISTRICT
SHANGHAI, CHINA


XIN YANG
5175 HUMMINGBIRD DRIVE
 BRITISH COLUMBIA, RICHMOND,  V7E
5T7, CANADA


XING WANG
18153 RUE ROUSSON
PIERREFONDS, QC, H9K1J7, CHINA


XINGPING CHEN
64 CHANG TANG VILLAGE HEAN
SHUIBU,TAISHAN, GUANGDONG PROVINCE
CHINA


XINGYU WANG
312 MAJOR KING LANE
Fort Washington MD 20744

Xinyu Wang
312 Major King Lane
Fort Washington MD 20744


XINYU ZHU
98 NONG WUHUA RD, #4-501
HONGKOU DISTRICT, SHANGHAI, CHINA


XINYUN ZHONG
ROOM 1001, BUILDING 36, LANE 33
SHENGXINHUAN XI ROAD,, HUAQIAO TOWN
KUNSHAN, SUZHOU, JIANGSU, 215332, C


XIONGHU CAO
BLD #8, APT 3301, 1 JINGGUAN RD
XI'AN, SHAANXI PROVINCE, CHINA
710032


XIULAN CHEN
216 LINWOOD AVE #3
Monrovia CA 91016


Xiwen Le
72 Baatelle Rd
Melville NY 11747


XIWEN LE
72 BAGATELLE RD
Melville NY 11747-4000


XIZHEN WU
4174 COULOMBE DR.
Palo Alto CA 94306

XUEGENG LI
C/O CHINESE INVESTORS COM INC
4142 S CATHAY WAY
Aurora CO 80013


YAN DAI
3017 EISENHOWER AVE
Arcadia CA 91006


Yan Fang AN
c/o Akerman LLP
601 West 5th Street, Suite 300
Los Angeles CA 90071


Yan Wang
7070 Collier Canyon Rd
Livermore CA 94551


YAN YUN LEE
37 SPRING GARDEN AVENUE
Norwich CT 06360


Yan Zhang
7 Cobblestone Drive
Uppersaddle River
Saddle River NJ 07458


Yang Du
319 E. Chapman Ave. Apt. B
Placentia CA 92870


Yang Xu
1843 64th Street
Brooklyn NY 11204

Yanshu Li
40755 Marino Ct
Livermore CA 94551


YANSHU LI
40755 MARINO CT
Fremont CA 94539


YANXUE LAI
#104 NO 6, 40 BRANCH LANE, 255 LANE
DEZHOU ROAD, PUDONG DISTRICT
SHANGHAI, CHINA


YANXUE LAI
RM 403, BLDG 11 SHANGGANG 7 VILLAGE
UDONG NEW DISTRICT
SHANGHAI, 200126, CHINA


Ye Wang
44248 Ibero Way
Fremont CA 94539


Ye Zhang
392 Sargent Rd
Boxborough MA 01719


YE ZHANG
392 SARGENT RD.
Boxborough MA 01719


Yeguang Liu
142 Everwillow Close SW
Calgary, AB T2Y, 4G6, Canada

YEGUANG LIU & JUN LIU JT TEN
142 EVERWILLOW CLOSE SW
CALGARY, AB, T2H 0G3, CANADA


Yi Hu
W Unit, #402 Bldg, ,HUILANNANYUAN,
CHENGXIANG, ST, XIAOSHAN DISTRICT
China


YI HU
W UNIT, #402,BUILDING 36,HUILANNANY
CHENGXIANG ST, XIAOSHAN DISTRICT
HANGZHOU, ZHEJIANG, 311200, CHINA


YIFAN CHEN
8908 W GOULD WAY
Littleton CO 80123


YIFU LEE & CHUNHUA LEE JT TEN
216 PHEASANT RUN ROAD
Mays Landing NJ 08330


YIMENG ZHANG
57 ARDMORE
Irvine CA 92602


Yimin Liu
818 W. Huntington Dr., #G
Arcadia CA 91007


Yimin Liu
5830 Hart Ave
Temple City CA 91780

Yimin Liu
5830 Hart Ave.
Temple City CA 91780


YIMIN LIU
5830 HART AVENUE
Temple City CA 91780


Yiming Zheng
19 Edmond Street
Cambridge MA 02140


YIMING ZHENG
19 EDMUNDS ST,
Cambridge MA 02140


Ying Chen
19505 38th Ave. NE
Seattle WA 98155


Ying Chen
19505 38th Ave NE
Lake Forrest Park
Seattle WA 98115


YING CHEN
19505 38TH AVE NE
Seattle WA 98115


YING CHEN
4001 BRIAR PARK DR
Katy TX 77450

YING LI DIEP
2947 WHITTINGTON DR
San Jose CA 95148


YING LU
30 N XIAOYAO RD.
CHENGGUANZHEN, MENGCHENG,
ANHUI, CHINA


YING LU
RM 702, NO. 5 LANE, 580 WANYUAN RD
MINHANG DISTRICT
SHANGHAI, CHINA, 201102, CHINA


Ying Pin Lin
38 Hong In Nong Changt Tie Tou
Gia Shan Zheng, Cang Shan Qu
Fu Zhou City, Fu Jian, China


Ying Pin Lin
38 Hong In Nong Changt Tie Tou,
Gia shan Zheng, Cang Shan Que
Fu Zhou City, Fu Jian,China


Ying Ping Lin
38 HONG IN NONG CHANGT TIE TOU,
GIA SHAN ZHENG, CANG SHAN QU
FU ZHOU CITY, FU JIAN, CHINA


YING SHAO
800 W MENGJIANGNV AVENUE, APT# 10
1-106, JINSHI, HUNAN
415400, CHINA


YING SHAO
800 MENGJIANV AVE BLDG 10, UNIT1
M106,, JINSHI, HUNAN, 415400, CHINA

YING SUN
#403 NO.8 305 LANE ZHENGTONG ROAD
ANGPU DISTRICT, SHANGHAI, CHINA


YING WONG
144-70 41 ST AVE. #3M
Flushing NY 11355


Ying Zhu
144-70 4st Ave., #3M
Flushing NY 11355


YIQING ZHENG
ROOM 605, NO 864 HUAIDE ROAD
DISTRICT, SHANGHAI, CHINA


Yiqun Qiu
Room 502, 24, Tongchun Rd., Putou
District, Shanghi 200333 China


YIQUN QIU
ROOM 502, 24, TONGCHUN RD
UTOU DISTRICT
 SHANGHAI, 200333, CHINA


Yoke Peng Liew
2232 61st Street, 2nd Fl
Brooklyn NY 11204


YOKE PENG LIEW
2232 61ST , 2FL
Brooklyn NY 11204

YONG HONG YAO
5722 FLEET
HAMPSTEAD, H3X1G7, CANADA


Yong Yu
2201-930 Cambie Street
Vancouver, BC, V6B, 5X6, Canada


YONG YU
2203-930 CAMBIE ST
VANCOUVER, BC, V6B5X6, CANADA


Yu Dan Wong
8111 45th Ave.
Elmhurst NY 11373


YU QI ZHENG-FREDERICKS
238 VERNON VALLEY RD, NORTHPORT
Northport NY 11768


Yue Cheng
RM202, No7, Lane112, Boshan E Rd
Suzhou City, Jiangsu Provice, China


YUE WU
ROOM 404, BUILDING 4, LANE 1910
INZHA ROAD, JING'AN DISTRICT
SHANGHAI, CHINA, 200042


Yuh Shiang LLC
5306 Murray Ct.
Livingston NJ 07039

Yuhua Li
1519 Gayser Street
Upland CA 91784

YUK TUNG KENNETH HO
67-25 DARTMOUTH ST APT 6H
Forest Hills NY 11375

YUN-MEI LEE
528 WELLINGTON CT.
West Fargo ND 58078

YUNHAN XU
ROOM 17B, NO. 19, LANE 99
EAST NANDAN ROAD, XUHUI
SHANGHAI, 200030, CHINA

Yuqi Zheng-Fredericks
238 Vernon Valley Rd.
Northport NY 11768

Yvonne Wu
34173 Finnigan Terrace
Fremont CA 94555

Yvonne Wu
34173 Finingan Terrance
Fremont CA 94555

Yvonne Wu
34173 Finningan Terrace
Fremont CA 94555

ZHEN YING LIU
2123 CLINTON AVE #C,
Alameda CA 94501


ZHENG GE
1850 BATSON AVE #207
Rowland Heights CA 91748


ZHENG GE
2 COURTNEY CRES.,
RICHMOND HILL, ON, L4E 4C1, CANADA


ZHILAN GONG
245-16 61ST AVE
Little Neck NY 11362


Zhilang Gong
245-16 61st Ave.
Little Neck NY 11362


Zhiping Zhou
2209 Los Padres Dr
Rowland Heights CA 91748


Zhou Zou
1967 Arcdale Ave.
Rowland Heights CA 91748


ZHOU ZOU
1967 ARCDALE AVE
Rowland Heights CA 91748

ZhuoQun Shi
12039 Magnolia Street
El Monte CA 91732


Zi Xu Zhu
531 Willow Ave
Milpitas CA 95035

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James Andrew Hinds Jr., (SBN 71222)<br>THE HINDS LAW GROUP, APC<br>21257 Hawthorne Blvd., Second Floor<br>Torrance, CA 90503<br>(310) 316-0500<br>Fax: (310) 792-5977<br>E-mail: jhinds@hindslawgroup.com | |

☒ *Attorney for:* Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Chineseinvestors.com, Inc.<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Wei Warren Wang                     06/18/2020 , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____

   _____

   _____

   [For additional names, attach an addendum to this form.]

   b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: _06/18/2020_

By: _____
Signature of Debtor, or attorney for Debtor

Name: _Wei Warren Wang_____
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**United States Bankruptcy Court**
**Central District of California**

In
re ___ **Chineseinvestors.com, Inc.** _____   Case No. _____

_____ Debtor(s)   Chapter __ **11** _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Wei Warren Wang, declare under penalty of perjury that I am the CEO of Chineseinvestors.com, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ____ day of _____ 2020.

**WHEREAS**, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**BE IT THEREFORE RESOLVED**, that Wei Warren Wang, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

**BE IT FURTHER THEREFORE RESOLVED**, that Wei Warren Wang, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

**BE IT FURTHER THEREFORE RESOLVED**, that Wei Warren Wang, CEO of this Corporation is authorized and directed to employ James Andrew Hinds, Jr. and Rachel M. Sposato, attorneys and the law firm of The Hinds Law Group, APC to represent the corporation in such bankruptcy case.

**BE IT FURTHER THEREFORE RESOLVED**, that Wei Warren Wang, CEO of this Corporation is authorized and directed to employ other professionals as deemed necessary to successfully prosecute such bankruptcy case.

Date ___ 06/18/2020 _____   Signed _____
Wei Warren Wang

DocuSign Envelope ID: D508F814-86C4-4EFD-B8F0-C4C7CF19C56B3

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
CHINESEINVESTORS.COM, INC.**

The undersigned, constituting all the members of the Board of Directors (the "Board") of
ChineseInvestors.com, Inc., an Indiana corporation (the "Corporation"), adopt the following resolutions
by written consent:

**WHEREAS**, it is in the best interest of the Corporation to file a voluntary petition in the United
States Bankruptcy Court pursuant to Chapter 11 Title 11 of the United States Bankruptcy Code;

**NOW, THEREFORE, BE IT RESOLVED**, that the President and CEO of this Corporation, Wei (Warren)
Wang, is authorized and to directed to execute and deliver all documents necessary to perfect the
filing of Chapter 11 voluntary bankruptcy case on behalf of the Corporation and;

**RESOLVED FURTHER** that the President and CEO of this Corporation, Wei (Warren) Wang, is
authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to
otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf
of the Corporation in connection with such bankruptcy case, and

**RESOLVED FURTHER**, that the President and CEO of this Corporation, Wei (Warren) Wang, is
authorized and directed to employ James Andrew Hinds and Rachel M. Sposato  and the law firm of THE
HINDS LAW GROUP, APC to represent the Corporation in such bankruptcy case.

**WAIVER OF NOTICE**

**RESOLVED**, the Directors, for purposes of these resolutions, each waive the notice required by
the Corporation's bylaws for this meeting of the board of directors.

**Dated as of May 19, 2020**

DocuSigned by:

*Warren Wang*

JFFD2F9BE1A6434...

**Wei (Warren) Wang, CEO and Chairman of the Board**

DocuSigned by:

*Keevin Gillespie*

DFB9G4B65D43432...

**Keevin Gillespie, Director**

DocuSigned by:

*Delray Wannemacher*

B0688561O2A2417...

**Delray Wannemacher, Independent Director**

DocuSigned by:

DEA414876507447...

**Patrick Leung**

DocuSigned by:

D778D3EA5B57420...

**Shelby Chan**